**DEBTOR:** _____ Adolphus M Grant _____      **CASE NUMBER:** _____ 16-00105-SMT

## OFFICE OF THE UNITED STATES TRUSTEE
### DISTRICT OF ALEXANDRIA/DISTRICT OF COLUMBIA DIVISIONS
#### MONTHLY OPERATING REPORT
#### CHAPTER 11
#### INDIVIDUAL DEBTORS

### Form 3
#### COVER SHEET AND QUESTIONNAIRE

**For Period Ended:** March-19 _____

---

***THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH***
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|---|
| [x] | [ ] | 1 Cash Flow Statement (Page 2) |
| [x] | [ ] | 2 Cash Reconciliation(s) and Narrative (Page 3) |
| [x] | [ ] | 3 Cash Receipts Detail (Page 4) |
| [x] | [ ] | 4 Cash Disbursements Detail (Page 5) |
| [x] | [ ] | 5 Receipts and Disbursements Recap Case to Date (Page 6) |
| [x] | [ ] | 6 **Bank Statements for All Bank Accounts** (remember to redact all but last four digits of bank account number) |

| QUESTIONNAIRE | Yes | No |
|---|:---:|:---:|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | x | |
| 2. Are all insurance policies current and in effect? | x | |
| 3. Have all taxes been timely filed and paid? | x | |
| 4. Did you pay all your bills on time this month? | x | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | x | |
| 6. Did you borrow money from anyone this month? | | x |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | x | |
| 8. Do you have any bank accounts open other than the DIP account? | | x |

---

***I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.***

**Executed on:** _____ 3/31/2019 _____      **Signature (Debtor):** _____

**Print name:** _Adolphus M. Grant_

**Signature (Co-Debtor, if one):** _____

**Print name:** _____

Rev. 2012-06
PAGE 1

**DEBTOR:** _____ Adolphus M Grant _____    **CASE NUMBER:** 16-00105-SMT _____

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

|  | Month Reporting: March-19 |
|---|---|
| CASH FLOW SUMMARY (SEE NOTE A) | |
| 1. **Beginning Cash Balance** | $    9,215.29 (1) |
| 2. **Cash Receipts** | |
| Wages | |
| Sole Proprietorship Revenues | 9,900.00 |
| Draws from owned entities other than Sole Prop | 2,400.00 |
| Rental Income | 17,496.98 |
| Other    Schwab withdrawal | 1,345.00 |
| Total Cash Receipts | $    31,141.98 |
| 3. **Cash Disbursements** | |
| Rent or home mortgage payment | $ |
| Utilities and Telephone Expenses | 2,499.14 |
| Home maintenance (repairs/upkeep) | 0.00 |
| Food / Groceries | 783.25 |
| Insurance payments | 424.85 |
| Installment payments (including auto) | |
| Transportation (not including car payments) | |
| Legal / Professional Fees / U.S. Trustee Fees | |
| Sole Proprietorship Expenses | 3,300.00 |
| Rental property expenses / repairs | 19,788.20 |
| Other    Daughter School & Expnses | 335.00 |
| Other    DC Taxes | 8,131.00 |
| Other    Transfer from 6811 to 3915 | 2,400.00 |
| Miscellaneous | 135.65 |
| Total Cash Disbursements | $    37,797.09 |
| 4. **Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements)** | -6,655.11 |
| 5. **Ending Cash Balance** | $    2,560.18 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 37,797.09 |
| Less: Transfers between bank accounts | 0 |
| Add: Any amounts paid on behalf of the debtor by others | 0 |
| **Disbursements for U.S. Trustee Fee Calculation** | **37,797.09** |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Current month beginning cash balance should equal the previous month's ending balance.*

Rev. 2012-06

PAGE 2

**DEBTOR:**    **Adolphus M Grant**                                    Case Number: 16-00105-SMT

**BANK RECONCILIATIONS**

| Month ending:                    Mar-19 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust | SunTrust | | |
| Last four digits of account | 3915 | 6811 | | |
| Purpose of Acct (Personal or Business) | Both | Both | | |
| Type of account (Checking or Savings) | Checking | Checking | | |
| **Balance per Bank Statement** | 1,015.09 | 8,200.20 | | |
| **ADD**: Deposits not credited (attach list) | 24,804.74 | 6,337.24 | | |
| **SUBTRACT**: Outstanding check (attach list) | 23,663.64 | 14,133.45 | | |
| Other reconciling items (attach list) | 0.00 | | | |
| **Month end Balance (Must agree with books)** | 2,156.19 | 403.99 | 0.00 | 0.00 |
| **TOTAL OF ALL ACCOUNTS** | | | | 2,560.18 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | |
| - Business (if applicable) (attach list) | |
| **TOTAL OWED POST PETITION** | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | |
| - Business (if applicable) (attach list) | |
| **TOTAL AMOUNT OWED TO YOU** | 0.00 |

## NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

| |
|---|
| |
| |
| |
| |

*(2)  Total of all accounts should equal page 2, line 5 - Ending Cash Balance.*

**DEBTOR:** Adolphus M Grant                                    **CASE NO:** 16-00105-SMT

## CASH RECEIPTS DETAIL (SEE NOTE A)

For Period:  3/1/2019  **to**       3/31/2019

*(attach additional sheets as necessary)*

### Debtor In Possession Account:

| Date | Payer | Description | Amount |
|---|---|---|---|
| 2/22/19 | Total from Page 4 A | | 27,837.76 |
| 3/8/19 | Payment | GS Cookies | 20.00 |
| 3/15/19 | Payment | GS Cookies | 25.00 |
| 3/27/19 | Rental Property | Rents for Rental Property | 859.19 |
| 3/27/19 | Bank transfer 6811 | | 1,500.00 |
| 3/29/19 | Bank transfer 6811 | | 900.00 |
| 3/29/19 | Interest | | 0.03 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total automatic credits for the month which identify source of deposit _____

Total Cash Receipts          $_____ (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders* 31,141.98

*(1)  Total for all accounts should agree with total cash receipts listed on page 2.*



**DEBTOR:** Adolphus M Grant          **CASE NO:** 16-00105-SMT

### CASH RECEIPTS DETAIL (SEE NOTE A)

For Period:    3/1/2019  **to**  3/31/2019

*(attach additional sheets as necessary)*

#### Debtor In Possession Account:

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 2/22/19 | Rental Property | Rents for Rental Property | 597.52 |
| 3/1/19 | Transfer from account | | 1,300.00 |
| 3/4/19 | Rental Property | Rents for Rental Property | 693.55 |
| 3/8/19 | Rental Property | Rents for Rental Property | 347.26 |
| 3/12/19 | Rental Property | Rents for Rental P | 556.78 |
| 3/13/19 | Rental Property | Rents for Rer | 725.56 |
| 3/19/19 | Rental Property | Rents for Rental P | 411.28 |
| 3/20,3/25/,3/27 | Rental Property | Rents for Rental Property | 1,705.26 |
| 3/1/19 | Rental Property | Rents for Rental Property | 1,250.00 |
| 3/4/19 | Rental Property | Rents for Rental Property | 4,492.00 |
| 3/6/19 | Rental Property | Rents for Rental Property | 5,858.55 |
| 3/12/19 | Remax | Real Estate Sales | 9,900.00 |

Total automatic credits for the month which identify source of deposit

Total Cash Receipts          $                    (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*          27,837.76

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-06
PAGE 4 — B

**DEBTOR:** Adolphus M Grant

**CASE NO:** 16-00105-SMT

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)

For Period: 3/1/19 to 3/31/19

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** _____

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| | | Carryover 1 | Carryover fom page 5 | 22,946.94 |
| 3/8/19 | | Luis Vides | Rental repairs | 360.00 |
| 3/15/19 | | Ray Micael | Trash Rem | 200.00 |
| 3/18/19 | | Frank Fitzh | Painting | 1,400.00 |
| 3/18/19 | 353 | Weldon McCloud | Floor Repair | 1,800.00 |
| 3/19/19 | | MetroPetD | Rental repairs R St | 1,000.00 |
| 3/19/19 | 354 | Willie Williams | Alumni Gala | 90.00 |
| 3/20/19 | 408 | Frank Fitzhugh | Painting 2nd payment | 1,400.00 |
| 3/21/19 | 409 | Self | Cash -waiting for new debit card | 350.00 |
| 3/4/19 | 355 | NOVA Inc | Real Estate advertisment | 100.00 |
| 3/22/19 | 407 | Madeline F | Daughters shoes | 80.00 |
| 3/8/19 | 406 | Madeline Ramos | Girl Scout cookies | 201.00 |
| ## | | | | |
| 3/26 & 3/28 | | M Care | Furniture for rental | 2,000.00 |
| 3/27/19 | | Liberty Discount Appliances | Appliances for top rental | 1,519.00 |
| 3/27/19 | | Frank Fitzhugh | Roofing | 175.00 |
| 3/28/19 | | MetroPetD | Rental repa Supplies | 800.00 |
| 3/27 &3/29 | | Bank TransferAcct 68 | Acct 6811 to 3915 | 2,400.00 |

Total automatic debits for the month which identify who is paid    975.15

Total Cash Disbursements    37,797.09

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

0

PAGE 5



**DEBTOR:**   Adolphus M Grant

**CASE NO:**  16-00105-SMT

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period:   3/1/19   to   3/31/19
*(attach additional sheets as necessary)*

### Debtor In Possession Account:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 2/27/19 | | DC | Taxes | 8,131.50 |
| 3/4/19 | | MetroPet[ | Rental repairs | 1,469.21 |
| 3/5/19 | | Sears | Appliances f | 867.87 |
| 3/7 &3/13 | | M Care | Managemer | 2,702.99 |
| 2/20/19 | | State Farm | Insurance | 170.47 |
| Summary | | USPS | Postage | |
| Summary | | Gas | Gas for Travel | 104.15 |
| Summary | | Safeway | Groceries | 518.20 |
| Summary | | Costco | Groceries | 265.05 |
| 3/4/19 | | Shepherd Park Elem | Daughter School & Aftercare | 335.00 |
| 3/5,3/12,3/15 | | Lakia    **Smith** | Assistant Salary | 3,300.00 |
| 3/8/19 | | AT&T | Cell Phone | 445.28 |
| Summary | | Utilies | Utilies | 2,053.86 |
| Summary | | Real Estate | Dues | |
| Summary | | Insurance | State Farm | 570.32 |
| 3/25/19 | | MetroPet[ | Rental repai   Supplies | 1,500.00 |
| 3/1/19 | | Facebook | Real Estate A( | 240.00 |
| 3/5/19 | | MRIS | Real Estate service | 273.04 |

Total automatic debits for the month which identify who is paid

**Total Cash Disbursements**     $   22,946.94 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

Rev. 2012-06
PAGE 5 

# INCOME AND DISBURSEMENTS RECAP

Debtor: **Adolphus M Grant**          Case Number: **16-00105-SMT**

Date Case was filed: **2/19/2019**

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date.
It serves as a running total of overall income, expenses and net income (or loss) for the case.

| | Year: | | | | Year: | | |
|---|---|---|---|---|---|---|---|
| | Income | Expenses | Net Inc/ (Loss) | | Income | Expenses | Net Inc/ (Loss) |
| Jan | | | - | | | | #VALUE! |
| Feb | 2,131 | 3,942 | (1,811) | | | | #VALUE! |
| Mar | 31,142 | 37,797 | (6,655) | | | | #VALUE! |
| Apr | | | - | | | | #VALUE! |
| May | | | - | | | | #VALUE! |
| Jun | | | #VALUE! | | | | #VALUE! |
| Jul | | | #VALUE! | | | | #VALUE! |
| Aug | | | #VALUE! | | | | #VALUE! |
| Sep | | | #VALUE! | | | | #VALUE! |
| Oct | | | #VALUE! | | | | #VALUE! |
| Nov | | | #VALUE! | | | | |
| Dec | | | #VALUE! | | | | - |
| TOTAL | 33,273 | 41,739 | (8,466) | | - | - | #VALUE! |

Rev. 2012-06
PAGE 6

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 4
63/B20/0175/0/72
1000183973915
03/29/2019

# SUNTRUST

## Account Statement

ADOLPHUS M GRANT
CASE 19-00105-SMT CHAPTER 11
1346 HEMLOCK ST NW
WASHINGTON DC 20012-1551

Questions? Please call
1-800-786-8787

Activate your SunTrust Deals in Online or Mobile Baking!
Earn up to 10% cash back when you shop at select retailers with your SunTrust debit or credit card. Simply log in, activate your favorite deals, shop and get cash back. SunTrust Deals is separate from SunTrust Rewards and cash earned is not eligible for Loyalty Cash Bonuses.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| ESSENTIAL CHECKING | 1000183973915 | 03/01/2019 - 03/29/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $1,015.09 | Average Balance | $5,557.75 |
| Deposits/Credits | $24,804.74 | Average Collected Balance | $5,087.06 |
| Checks | $4,021.00 | Number of Days in Statement Period | 29 |
| Withdrawals/Debits | $19,642.64 | | |
| Ending Balance | $2,156.19 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 1000183973915 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 1,015.09 |
| 03/01 | | Deposit | 1,250.00 | | |
| 03/01 | | Recurring Check Card Purchase TR DATE 02/28 Facebk 5Zxsckn8y2 Menlo Park  Ca | | 240.00 | |
| 03/01 | | Point of Sale Debit TR DATE 03/01 Costco Whse #1 Lanham     MD 99107813 | | 36.50 | |
| 03/01 | | Point of Sale Debit TR DATE 03/01 Costco Whse #1 Lanham     MD 99107813 | | 265.05 | |
| 03/01 | | Point of Sale Debit TR DATE 03/01 Costco Whse #1 Lanham     MD 99107813 | | 5.29 | 1,718.25 |
| 03/04 | | Electronic/ACH Credit Square Inc Adolp T200101183951 | 398.00 | | |
| 03/04 | | Electronic/ACH Credit District of Colu Deposit 000138 | 4,094.00 | | |
| 03/04 | | Check Card Purchase TR DATE 02/28 Friends of Angela D. A Upper Marlbormd | | 48.00 | |
| 03/04 | | Check Card Purchase TR DATE 03/01 Primary Care Physician Bowie      MD | | 50.00 | |
| 03/04 | | Recurring Check Card Purchase TR DATE 03/01 Star Achievers (Sessa) 2024650514  Dc | | 335.00 | |
| 03/04 | | Check Card Purchase TR DATE 03/02 Parkmobile 770-818-9036 Dc | | 5.05 | |
| 03/04 | | Recurring Check Card Purchase TR DATE 03/04 Amazon Prime Amzn.Com/Billwa | | 13.09 | |

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 4
63/B20/0175/0/72
1000183973915
03/29/2019

# Account Statement

# SUNTRUST

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| 03/04 | | Teller Connect Withdrawal | | 300.00 | 5,459.11 |
| 03/05 | | Check Card Purchase TR DATE 03/02 Bright Mls Inc 301-8387100  MD | | 273.04 | |
| 03/05 | | Point of Sale Debit TR DATE 03/05 Sears Outlet 9282 Wheaton    MD 04368812 | | 867.87 | |
| 03/05 | | Over-The-Counter Withdrawal | | 1,500.00 | |
| 03/05 | | Point of Sale Debit TR DATE 03/05 Safeway  Store Silver Springmd 13690004 | | 71.81 | 2,746.39 |
| 03/06 | | Check Card Purchase TR DATE 03/05 Paypal *Thevitamins 4029357733  Nj | | 99.17 | |
| 03/06 | | Recurring Check Card Purchase TR DATE 03/05 Sears Warranty 855-256-2467 Fl | | 49.99 | 2,597.23 |
| 03/07 | | Electronic/ACH Credit Paypal Transfer *********6176 | 5,858.55 | | |
| 03/07 | | Recurring Check Card Purchase TR DATE 03/06 Apl*itunes.Com/Bill 866-712-7753 Ca | | 3.17 | |
| 03/07 | | Check Card Purchase TR DATE 03/06 State Farm Insurance 8009566310  Il | | 424.85 | |
| 03/07 | | Electronic/ACH Debit Paypal Echeck 1005107113967 | | 1,677.99 | 6,349.77 |
| 03/08 | | Electronic/ACH Credit Square Inc Adolp T200102133625 | 20.00 | | |
| 03/08 | | Check Card Purchase TR DATE 03/07 Sqc*luis G Vides Le 4153753176  Ca | | 360.00 | |
| 03/08 | | Recurring Check Card Purchase TR DATE 03/07 At&t*bill Payment 8003310500  Ga | | 445.28 | |
| 03/08 | | Recurring Check Card Purchase TR DATE 03/08 Aol* Service 800-827-6364 Va | | 21.99 | 5,542.50 |
| 03/11 | | Recurring Check Card Purchase TR DATE 03/09 Fcf*alpha King 877-4927243 Ma | | 74.98 | |
| 03/11 | | Electronic/ACH Debit Square Inc Chamb T200102566348 | | 39.15 | 5,428.37 |
| 03/12 | | Deposit | 9,900.00 | | |
| 03/12 | | Point of Sale Debit TR DATE 03/12 7-Eleven Silver Springmd 00Msc501 | | 28.08 | |
| 03/12 | | Point of Sale Debit TR DATE 03/12 Safeway  Store Silver Springmd 13690004 | | 98.09 | |
| 03/12 | | Over-The-Counter Withdrawal | | 800.00 | |
| 03/12 | | Electronic/ACH Debit Paypal Inst Xfer Walmart Com | | 11.99 | 14,390.21 |
| 03/13 | | Electronic/ACH Debit Paypal Inst Xfer 1005148103292 | | 1,025.00 | 13,365.21 |
| 03/14 | | Check Card Purchase TR DATE 03/14 Comcast 800-Comcast  MD | | 525.57 | |
| 03/14 | | Point of Sale Debit TR DATE 03/14 Washingtongas Phonepmt Washington  Dc 002 | | 78.37 | 12,761.27 |
| 03/15 | | Electronic/ACH Credit Square Inc Adolp T200103966091 | 25.00 | | |
| 03/15 | | Check Card Purchase TR DATE 03/14 Dc Water And Sewer Ivr 2023543600  Dc | | 300.00 | |
| 03/15 | | Zelle Transfer To M Care 03/15 9074P02Ofesg | | 1,000.00 | |

246585

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 4
63/B20/0175/0/72
1000183973915
03/29/2019

# Account Statement

# SunTrust

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|------|---------|--------------------------------|------------------|--------------------|-----------------|
| 03/15 | | Electronic/ACH Debit<br>Phi Sdpy Pepco 55023116233 | | 800.00 | |
| 03/15 | | Electronic/ACH Debit<br>Square Inc Chick T200103966346 | | 200.00 | 10,486.27 |
| 03/18 | | Point of Sale Debit TR DATE 03/15<br>USPS PO 1 6323 Washington  Dc 49020999 | | 10.40 | |
| 03/18 | | Check Card Purchase TR DATE 03/15<br>Sq *Frank 4153753176  Ca | | 1,400.00 | |
| 03/18 | | Recurring Check Card Purchase TR DATE 03/17<br>Comcast 800-Comcast  MD | | 327.93 | |
| 03/18 | 353 | Check | | 1,800.00 | 6,947.94 |
| 03/19 | | Check Card Purchase TR DATE 03/19<br>Parkmobile 770-818-9036 Dc | | 5.05 | |
| 03/19 | | Zelle Transfer To M Care 03/19 9077P030f0tg | | 1,000.00 | 5,852.89 |
| 03/19 | 354 | Check | | 90.00 | 5,848.94 |
| 03/20 | | Check Card Purchase TR DATE 03/20<br>Parkmobile 770-818-9036 Nj | | 3.95 | |
| 03/21 | 408 | Check | | 1,400.00 | |
| 03/21 | 409 | Check | | 350.00 | |
| 03/21 | 355 | Check | | 100.00 | 3,998.94 |
| 03/22 | 407 | Check | | 80.00 | 3,918.94 |
| 03/25 | | Zelle Transfer To M Care 03/25 9083P050epb2 | | 1,000.00 | 2,918.94 |
| 03/26 | | Check Card Purchase TR DATE 03/25<br>Dc Gov't Payment 202-727-5000 Dc | | 185.00 | |
| 03/26 | | Zelle Transfer To M Care 03/26 9085P020h59m | | 1,000.00 | 1,733.94 |
| 03/27 | | Mobile App Transfer From 1000113416811 | 1,500.00 | | |
| 03/27 | | Incoming Rtp Credit<br>From Paypal | 859.19 | | |
| 03/27 | | Check Card Purchase TR DATE 03/25<br>Liberty Discount Appli Randallstown MD | | 1,519.00 | |
| 03/27 | | Point of Sale Debit TR DATE 03/27<br>7-Eleven Silver Springmd 00Msc501 | | 39.57 | |
| 03/27 | | Electronic/ACH Debit<br>Square Inc Frank T200106766931 | | 175.00 | 2,359.56 |
| 03/28 | | Point of Sale Debit TR DATE 03/27<br>Safeway Store Washington  Dc 12760007 | | 99.37 | |
| 03/28 | | Zelle Transfer To M Care 03/28 9087P040fvuu | | 800.00 | |
| 03/28 | *406 | Check | | 201.00 | 1,259.19 |
| 03/29 | | Online Banking Transfer From 0175 1000113416811 | 900.00 | | 2,156.19 |
| 03/29 | | Paper Statement Fee | | 3.00 | 2,156.19 |
| 03/29 | | **Ending Balance** | | | 2,156.19 |
| | | **Credit and Debit Totals** | $24,804.74 | $23,663.64 | |

\* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.
The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your
available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|--------------------------|------|---------|-------------------|------|---------|-------------------|
| | 03/01 | 1,718.25 | 468.25 | 03/05 | 2,746.39 | 2,746.39 |
| | 03/04 | 5,459.11 | 5,459.11 | 03/06 | 2,597.23 | 2,597.23 |

246586

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 4 of 4
63/B20/0175/0/72
1000183973915
03/29/2019

## Account Statement

# SUNTRUST

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 03/07 | 6,349.77 | 6,349.77 | 03/20 | 5,848.94 | 5,848.94 |
| | 03/08 | 5,542.50 | 5,542.50 | 03/21 | 3,998.94 | 3,998.94 |
| | 03/11 | 5,428.37 | 5,428.37 | 03/22 | 3,918.94 | 3,918.94 |
| | 03/12 | 14,390.21 | 4,490.21 | 03/25 | 2,918.94 | 2,918.94 |
| | 03/13 | 13,365.21 | 13,365.21 | 03/26 | 1,733.94 | 1,733.94 |
| | 03/14 | 12,761.27 | 12,761.27 | 03/27 | 2,359.56 | 2,359.56 |
| | 03/15 | 10,486.27 | 10,486.27 | 03/28 | 1,259.19 | 1,259.19 |
| | 03/18 | 6,947.94 | 6,947.94 | 03/29 | 2,156.19 | 2,156.19 |
| | 03/19 | 5,852.89 | 5,852.89 | | | |

SunTrust is helping you take control of your personal data with credit and identity monitoring
through IDnotify (T) by Experian (R). This premium experience is provided at no cost
for SunTrust clients - just visit  suntrust.com/IDnotify to enroll for free.

Keep your SunTrust Accounts safer.
Use unique usernames and passwords for your online bank accounts.
It's best not to recycle the same username and password on multiple websites where you have an online
profile - especially your financial accounts.
Also, try to avoid characters from your email, phone number, birthdate or other personal information.

246587

Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 2
63/B20/0175/0/72
1000113416811
03/29/2019

# SUNTRUST

## Account Statement

ADOLPHUS M GRANT
CASE 19-00105-SMT CHAPTER 11
1346 HEMLOCK ST NW
WASHINGTON DC 20012-1551

Questions? Please call
1-800-786-8787

Activate your SunTrust Deals in Online or Mobile Baking!
Earn up to 10% cash back when you shop at select retailers with your SunTrust debit or credit card. Simply log in,
activate your favorite deals, shop and get cash back. SunTrust Deals is separate from SunTrust Rewards and
cash earned is not eligible for Loyalty Cash Bonuses.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SOLID CHOICE BANKING | 1000113416811 | 02/22/2019 - 03/29/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $8,200.20 | Average Balance | $2,886.49 |
| Deposits/Credits | $6,337.24 | Average Collected Balance | $2,886.49 |
| Checks | $.00 | Number of Days in Statement Period | 36 |
| Withdrawals/Debits | $14,133.45 | Annual Percentage Yield Earned | .01% |
| Ending Balance | $403.99 | Interest Paid Year to Date | $.13 |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 1000113416811 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| | | | | | 8,200.20 |
| 02/22 | | **Beginning Balance** | | | 8,200.20 |
| 02/25 | | Electronic/ACH Credit Airbnb Payments Dufitm5anr G-W7szknkyjpv7a | 597.52 | | 8,797.72 |
| 02/27 | | Legal Order Debit | | 8,131.50 | 666.22 |
| 03/01 | | Electronic/ACH Credit Schwab Brokerage Moneylink ***********9004 | 1,300.00 | | 1,966.22 |
| 03/04 | | Electronic/ACH Credit Airbnb Payments Cznij3dkvlc G-Q2licwdctytwk | 693.55 | | |
| 03/04 | | Electronic/ACH Debit Paypal Echeck Metropetdc | | 1,469.21 | 1,190.56 |
| 03/08 | | Electronic/ACH Credit Airbnb Payments G4arzi7agu G-Njzs4c5hwdklz | 347.26 | | 1,537.82 |
| 03/12 | | Electronic/ACH Credit Airbnb Payments Fkyy2nkpdj G-H2yg6mgyxuplx | 273.54 | | |
| 03/12 | | Electronic/ACH Credit Airbnb Payments Ui3nzx5lym G-Zjwwdzevs4kfz | 283.24 | | 2,094.60 |
| 03/13 | | Electronic/ACH Credit Airbnb Payments Xixvrxksrx G-4276Yrbfpb724 | 725.56 | | 2,820.16 |
| 03/15 | | Electronic/ACH Debit Schwab Brokerage Moneylink 558622438329004 | | 400.00 | 2,420.16 |
| 03/19 | | Electronic/ACH Credit Airbnb Payments Srddcnpfln G-3Wcls4rmsdoqp | 411.28 | | 2,685.97 |
| 03/19 | | Electronic/ACH Debit American Gen Lif Ins Paymt Cy00797439  13 | | 145.47 | |

Continued on next page

1501011

Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 2
63/B20/0175/0/72
1000113416811
03/29/2019

# Account
# Statement

## SUNTRUST

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| 03/20 | | Electronic/ACH Credit Airbnb Payments Dzjh3rnu7c G-Jw7xkosbx3jww | 568.42 | | |
| 03/20 | | Electronic/ACH Debit Paypal Inst Xfer 1005203506690 | | 70.27 | 3,184.12 |
| 03/25 | | Electronic/ACH Credit Airbnb Payments Ctxrit6kjl G-Rvgxumszgrnua | 568.42 | | |
| 03/25 | | Electronic/ACH Debit Paypal Inst Xfer Metropetdc | | 1,500.00 | 2,252.54 |
| 03/27 | | Electronic/ACH Credit Airbnb Payments Xok37air2n G-Hxhrozhujrwzd | 568.42 | | |
| 03/27 | | Mobile App Transfer To 1000183973915 | | 1,500.00 | 1,320.96 |
| 03/29 | | Online Banking Transfer To 0175 1000183973915 | | 900.00 | |
| 03/29 | | Interest Paid This Statement Thru 03/29 | .03 | | |
| 03/29 | | Maintenance Fee | | 17.00 | 403.99 |
| 03/29 | | **Ending Balance** | | | 403.99 |

| | Credit and Debit Totals | $6,337.24 | $14,133.45 |
|---|---|---|---|

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your
available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 02/22 | 8,200.20 | 8,200.20 | 03/13 | 2,820.16 | 2,820.16 |
| | 02/25 | 8,797.72 | 8,797.72 | 03/15 | 2,420.16 | 2,420.16 |
| | 02/27 | 666.22 | 666.22 | 03/19 | 2,685.97 | 2,685.97 |
| | 03/01 | 1,966.22 | 1,966.22 | 03/20 | 3,184.12 | 3,184.12 |
| | 03/04 | 1,190.56 | 1,190.56 | 03/25 | 2,252.54 | 2,252.54 |
| | 03/08 | 1,537.82 | 1,537.82 | 03/27 | 1,320.96 | 1,320.96 |
| | 03/12 | 2,094.60 | 2,094.60 | 03/29 | 403.99 | 403.99 |

SunTrust is helping you take control of your personal data with credit and identity monitoring
through IDnotify (T)  by Experian (R). This premium experience is provided at no cost
for SunTrust clients - just visit  suntrust.com/IDnotify to enroll for free.

Keep your SunTrust Accounts safer.
Use unique usernames and passwords for your online bank accounts.
It's best not to recycle the same username and password on multiple websites where you have an online
profile - especially your financial accounts.
Also, try to avoid characters from your email, phone number, birthdate or other personal information.

1501012

Member FDIC













ADOLPHUS M. GRANT DIP
1346 HEMLOCK ST. NW
WASHINGTON, DC 20012

85-270/550

408

DATE _Mar 20 2019_

PAY TO THE ORDER OF _Frank Fitzhugh_    $ _1400_

_One Thousand Four Hundred_ DOLLARS

SUNTRUST

ACH RT 061000104

MEMO _____

⑈:0550027076: 1000 18397391510 0408

>063102152< 03/21/2019 0005350019

4434832 0006 00022



















ADOLPHUS M. GRANT DIP
1346 HEMLOCK ST. NW
WASHINGTON, DC 20012

68-270/330

406

DATE _March 28, 2019_

PAY TO THE
ORDER OF _Madeline Ramos_    $ _201_

_Two Hundred One Dollars_    DOLLARS

SUNTRUST
ACH RT 081000764

MEMO _Bed Month_

⑆055002070⑆ ⑈1000183973915⑈ 0406

>063102152< 03/28/2019 0003245907

4434686 0003 00270

063102152 03/28/2019 0003245907
4434686 0003 00270

**DEBTOR:** _____Adolphus M Grant_____     **CASE NUMBER:** _____16-00105-SMT_____

## OFFICE OF THE UNITED STATES TRUSTEE
### DISTRICT OF ALEXANDRIA/DISTRICT OF COLUMBIA DIVISIONS
#### MONTHLY OPERATING REPORT
#### CHAPTER 11
#### INDIVIDUAL DEBTORS

### Form 3
### COVER SHEET AND QUESTIONNAIRE

**For Period Ended:** February-19 _____

---

*THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH*

Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

---

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|:---|
| [x] | [ ] | 1 Cash Flow Statement (Page 2) |
| [x] | [ ] | 2 Cash Reconciliation(s) and Narrative (Page 3) |
| [x] | [ ] | 3 Cash Receipts Detail (Page 4) |
| [x] | [ ] | 4 Cash Disbursements Detail (Page 5) |
| [x] | [ ] | 5 Receipts and Disbursements Recap Case to Date (Page 6) |
| [x] | [ ] | 6 **Bank Statements for All Bank Accounts** (remember to redact all but last four digits of bank account number) |

---

### QUESTIONNAIRE

Please answer the questions below for the month being reported:

| | Yes | No |
|:---|:---:|:---:|
| 1. Did you deposit all receipts into your DIP account this month? | x | |
| 2. Are all insurance policies current and in effect? | x | |
| 3. Have all taxes been timely filed and paid? | x | |
| 4. Did you pay all your bills on time this month? | x | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | x | |
| 6. Did you borrow money from anyone this month? | | x |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | x | |
| 8. Do you have any bank accounts open other than the DIP account? | | x |

---

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

**Executed on:** _____2/28/2019_____     **Signature (Debtor):** _____

**Print name:** _____

**Signature (Co-Debtor, if one):** _____

**Print name:** _____

Rev. 2012-06
PAGE 1

**DEBTOR:** _____Adolphus M Grant_____      **CASE NUMBER:** _16-00105-SMT_____

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

| | Month Reporting: |
|---|---|
| | February-19 |

<u>CASH FLOW SUMMARY (SEE NOTE A)</u>

| | | |
|---|---|---:|
| 1. **Beginning Cash Balance** | $ | 11,026.33 **(1)** |
| 2. **Cash Receipts** | | |
|    Wages | | |
|    Sole Proprietorship Revenues | | 0.00 |
|    Draws from owned entities other than Sole Prop | | |
|    Rental Income | | 2,131.11 |
|    Other    Referral Fee | | |
|    Total Cash Receipts | $ | 2,131.11 |
| 3. **Cash Disbursements** | | |
|    Rent or home mortgage payment | $ | |
|    Utilities and Telephone Expenses | | 310.98 |
|    Home maintenance (repairs/upkeep) | | 0.00 |
|    Food / Groceries | | 61.57 |
|    Insurance payments | | 170.47 |
|    Installment payments (including auto) | | |
|    Transportation (not including car payments) | | 209.14 |
|    Legal / Professional Fees / U.S. Trustee Fees | | |
|    Sole Proprietorship Expenses | | 184.50 |
|    Rental property expenses / repairs | | |
|    Other    Daughter School & Expnses | | |
|    Other    DC Taxes | | 2,869.84 |
|    Other    Returned Tenant Check | | |
|    Miscellaneous | | 135.65 |
|    Total Cash Disbursements | $ | 3,942.15 |
| 4. **Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements)** | | -1,811.04 |
| 5. **Ending Cash Balance** | $ | 9,215.29 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---:|
| Total Disbursements for the Month (from above) | 3,942.15 |
| Less: Transfers between bank accounts | 0 |
| Add: Any amounts paid on behalf of the debtor by others | 0 |
| **Disbursements for U.S. Trustee Fee Calculation** | **3,942.15** |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*   <span style="float:right">Rev. 2012-06</span>

*(1) Current month beginning cash balance should equal the previous month's ending balance.*   <span style="float:right">PAGE 2</span>

**DEBTOR:**   Adolphus M Grant                      Case Number: 16-00105-SMT

**BANK RECONCILIATIONS**

Month ending:                         Feb-19

| | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust | SunTrust | | |
| Last four digits of account | 3915 | 6811 | | |
| Purpose of Acct (Personal or Business) | Both | Both | | |
| Type of account (Checking or Savings) | Checking | Checking | | |
| **Balance per Bank Statement** | 2,894.83 | 8,131.50 | | |
| **ADD**: Deposits not credited (attach list) | 1,930.99 | 1,031.17 | | |
| **SUBTRACT**: Outstanding check (attach list) | 3,810.73 | 962.47 | | |
| Other reconciling items (attach list) | 0.00 | | | |
| **Month end Balance (Must agree with books)** | 1,015.09 | 8,200.20 | 0.00 | 0.00 |
| **TOTAL OF ALL ACCOUNTS** | | | | 9,215.29 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post petition)**

| | |
|---|---|
| **- Personally (attach list stating who, amount, when due)** | |
| **- Business (if applicable) (attach list)** | |
| **TOTAL OWED POST PETITION** | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)**

| | |
|---|---|
| **- Personally (attach list stating who, amount, when due)** | |
| **- Business (if applicable) (attach list)** | |
| **TOTAL AMOUNT OWED TO YOU** | 0.00 |

## NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

| |
|---|
| |
| |
| |
| |

Rev. 2012-06

*(2)  Total of all accounts should equal page 2, line 5 - Ending Cash Balance.*

**DEBTOR:** Adolphus M Grant          **CASE NO:** 16-00105-SMT

## CASH RECEIPTS DETAIL (SEE NOTE A)

For Period: 2/1/2019 to 2/28/2019

*(attach additional sheets as necessary)*

### Debtor In Possession Account: _____

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 2/19/19 | Rental Property | Rents for Rental Property | 619.83 |
| 2/20/19 | Rental Property | Rents for Rental Property | 411.28 |
| 2/21/19 | Rental Property | Rents for Rental Property | 1,100.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total automatic credits for the month which identify source of deposit _____

Total Cash Receipts          $ _____ (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*          2,131.11

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-06
PAGE 4

**DEBTOR:** _Adolphus M Grant_                **CASE NO:** _16-00105-SMT_

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period:    _2/19/19_  to  _2/28/19_

*(attach additional sheets as necessary)*

### Debtor In Possession Account: _____

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 2/27/19 | | DC | Taxes | 2,869.84 |
| 2/22/19 | | Prince Ha | Marketing | 184.50 |
| | | AT&T | | 310.98 |
| | | | | |
| 2/20/19 | | State Farm | Insurance | 170.47 |
| Summary | | USPS | Postage | |
| Summary | | Gas | Gas for Travel | 209.14 |
| Summary | | Safeway | Groceries | 61.57 |
| Summary | | Costco | Groceries | |
| | | Shepherd Park Elem | Daughter School & Aftercare | |
| | | Lakia Smi **Smith** | Assistant Salary | |
| | | | | |
| | | | | |
| Summary | | Utilies | Utilies | |
| Summary | | Real Estate | Dues | |
| | | Landscaping | Rental Propert | |
| | | | | |
| | | | | |
| | | | | |

Total automatic debits for the month which identify who is paid    135.65

Total Cash Disbursements    $    3,942.15  (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

# INCOME AND DISBURSEMENTS RECAP

**Debtor:** **Adolphus M Grant**          **Case Number: 16-00105-SMT**

**Date Case was filed:** **2/19/2019**

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date.
It serves as a running total of overall income, expenses and net income (or loss) for the case.

| Year: | Income | Expenses | Net Inc/ (Loss) | Year: | Income | Expenses | Net Inc/ (Loss) |
|---|---|---|---|---|---|---|---|
| Jan |  |  | - |  |  |  | #VALUE! |
| Feb | 2,131 | 3,942 | (1,811) |  |  |  | #VALUE! |
| Mar |  |  | - |  |  |  | #VALUE! |
| Apr |  |  | - |  |  |  | #VALUE! |
| May |  |  | - |  |  |  | #VALUE! |
| Jun |  |  | #VALUE! |  |  |  | #VALUE! |
| Jul |  |  | #VALUE! |  |  |  | #VALUE! |
| Aug |  |  | #VALUE! |  |  |  | #VALUE! |
| Sep |  |  | #VALUE! |  |  |  | #VALUE! |
| Oct |  |  | #VALUE! |  |  |  | #VALUE! |
| Nov |  |  | #VALUE! |  |  |  |  |
| Dec |  |  | #VALUE! |  |  |  | - |
| TOTAL | 2,131 | 3,942 | (1,811) |  | - | - | #VALUE! |

Rev. 2012-06
PAGE 6

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 3
63/B20/0175/0/72
1000183973915
02/28/2019

## SunTrust

Account
Statement

ADOLPHUS M GRANT DIP
CASE #16-00291 CHAPTER 11
1346 HEMLOCK ST NW
WASHINGTON DC 20012-1551

Questions? Please call
1-800-786-8787

---

Paying for college?

Know your options. SunTrust offers private student loans to help cover what's left after savings, grants,
scholarships and federal student loans.
Visit suntrust.com/studentloans to learn more and apply.

---

| **Account Summary** | Account Type | | Account Number | | Statement Period |
|---|---|---|---|---|---|
| | ESSENTIAL CHECKING | | 1000183973915 | | 02/01/2019 - 02/28/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $11,807.82 | Average Balance | $6,562.68 |
| Deposits/Credits | $15,590.99 | Average Collected Balance | $6,385.90 |
| Checks | $6,384.50 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $19,999.22 | | |
| Ending Balance | $1,015.09 | | |

| **Overdraft Protection** | Account Number | Protected By |
|---|---|---|
| | 1000183973915 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

---

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| 02/01 | | **Beginning Balance** | | | 11,807.82 |
| 02/01 | | Recurring Check Card Purchase TR DATE 01/31 Facebk X92gcke8y2 Menlo Park  Ca | | 120.00 | |
| 02/01 | | Point of Sale Debit TR DATE 02/01 Cwc Wdc LLC #1 Washington   Dc 93116511 | | 49.11 | |
| 02/01 | | Point of Sale Debit TR DATE 02/01 Costco Whse #1 Washington   Dc 99112013 | | 464.51 | 11,174.20 |
| 02/04 | | Electronic/ACH Credit District of Colu Deposit 000138 | 4,094.00 | | |
| 02/04 | | Electronic/ACH Credit Square Inc Adolp T20094791458 | 516.00 | | |
| 02/04 | | Recurring Check Card Purchase TR DATE 02/01 Star Achievers (Sessa) 2024650514  Dc | | 335.00 | |
| 02/04 | | Electronic/ACH Debit Ocwen Mortg Pmnt 7190951249 | | 7.50 | |
| 02/04 | | Electronic/ACH Debit Ocwen Mortg Pmnt 7190951249 | | 3,261.89 | 12,179.81 |
| 02/05 | | Check Card Purchase TR DATE 02/04 Sqc*frank 4153753176  Ca | | 2,600.00 | |
| 02/05 | | Check Card Purchase TR DATE 02/05 Parkmobile 770-818-9036 Dc | | 5.25 | 9,574.56 |
| 02/06 | | Electronic/ACH Credit Paypal Transfer  *********6041 | 2,600.00 | | |

236652

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 3
63/B20/0175/0/72
1000183973915
02/28/2019

## Account Statement

# SUNTRUST

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|--------------------------------|-------------------|---------------------|-----------------|
| 02/06 | | Recurring Check Card Purchase TR DATE 02/05 Sears Warranty 855-256-2467 Fl | | 49.99 | |
| 02/06 | | Check Card Purchase TR DATE 02/05 Dc Water And Sewer Ivr 2023543600   Dc | | 344.13 | |
| 02/06 | | Electronic/ACH Debit Phi Sdpy Pepco 55023116233 | | 850.00 | |
| 02/06 | *404 | Check | | 200.00 | 10,730.44 |
| 02/07 | | Deposit | 3,850.00 | | |
| 02/07 | | Recurring Check Card Purchase TR DATE 02/06 Apl*itunes.Com/Bill 866-712-7753 Ca | | 3.17 | |
| 02/07 | | Check Card Purchase TR DATE 02/06 Sqc*frank 4153753176   Ca | | 2,600.00 | |
| 02/07 | | Over-The-Counter Withdrawal | | 1,150.00 | 10,827.27 |
| 02/08 | | Recurring Check Card Purchase TR DATE 02/07 Fcf*alpha King 877-4927243 Ma | | 74.98 | |
| 02/08 | | Check Card Purchase TR DATE 02/07 Lowell School 2025772006   Dc | | 215.00 | |
| 02/08 | | Recurring Check Card Purchase TR DATE 02/08 Aol* Service 800-827-6364 Va | | 21.99 | |
| 02/08 | | Electronic/ACH Debit Paypal Inst Xfer 1004903928613 | | 905.00 | 9,610.30 |
| 02/11 | | Point of Sale Debit TR DATE 02/10 7-Eleven Silver Springmd 00Msc501 | | 33.79 | 9,576.51 |
| 02/12 | | Point of Sale Debit TR DATE 02/12 Safeway  Store Silver Springmd 13690003 | | 121.47 | |
| 02/12 | | Electronic/ACH Debit Paypal Inst Xfer Thevitamins | | 138.35 | 9,316.69 |
| 02/13 | | Electronic/ACH Credit Paypal Transfer *********9259 | 2,600.00 | | 11,916.69 |
| 02/14 | | Check Card Purchase TR DATE 02/13 Rism LLC Washington   Dc | | 1,717.00 | |
| 02/14 | | Check Card Purchase TR DATE 02/13 Sqc*luis G Vides Le 4153753176   Ca | | 280.00 | |
| 02/14 | | Point of Sale Debit TR DATE 02/14 Pepco Washington   Dc E001308 | | 401.95 | |
| 02/14 | 352 | Check | | 6,000.00 | 3,517.74 |
| 02/15 | | Check Card Purchase TR DATE 02/14 Dc Water And Sewer Ivr 2023543600   Dc | | 500.00 | |
| 02/15 | | Point of Sale Debit TR DATE 02/15 Safeway  Store Silver Springmd 13690005 | | 122.91 | 2,894.83 |
| 02/19 | | Check Card Purchase TR DATE 02/15 Start Fresh Today 800-435-9138 Fl | | 24.99 | 2,869.84 |
| 02/20 | | Electronic/ACH Credit Ameritas Life In Direct Dep *********8897Jy3 | .99 | | |
| 02/20 | | Paid Item | | 310.98 | 2,559.85 |
| 02/21 | | Online Banking Transfer From 0175 1000113416811 | 800.00 | | |
| 02/21 | | Deposit | 1,100.00 | | |
| 02/21 | | Point of Sale Debit TR DATE 02/21 Safeway  Store Washington   Dc 12760005 | | 61.57 | 4,398.28 |
| 02/22 | | Check Card Purchase TR DATE 02/21 Ameritas Life Insur Co 4024654565   NE | | 25.00 | |

236653 | Member FDIC | Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 3
63/B20/0175/0/72
1000183973915
02/28/2019

# SUNTRUST

## Account Statement

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|--------------------------------|-------------------|---------------------|-----------------|
| 02/22 | | Point of Sale Debit TR DATE 02/22<br>Jeong Ho Im Washington   Dc 12592201 | | 57.19 | |
| 02/22 | 405 | Check | | 184.50 | 4,131.59 |
| 02/25 | | Check Card Purchase TR DATE 02/22<br>Realtor Association/MI 3123298245   Il | | 135.00 | |
| 02/25 | | Check Card Purchase TR DATE 02/23<br>Parkmobile 770-818-9036 Dc | | 5.05 | |
| 02/25 | | Check Card Purchase TR DATE 02/24<br>Parkmobile 770-818-9036 Dc | | 2.75 | |
| 02/25 | | Point of Sale Debit TR DATE 02/24<br>N Q S USA Inc Woodbridge   Va 12723801 | | 35.14 | 3,953.65 |
| 02/26 | | Check Card Purchase TR DATE 02/25<br>Blink Health 8442929100  Ny | | 39.59 | 3,914.06 |
| 02/27 | | Electronic/ACH Credit<br>Square Inc Adolp T20099811740 | 30.00 | | |
| 02/27 | | Legal Order Debit | | 2,869.84 | 1,074.22 |
| 02/28 | | Check Card Purchase TR DATE 02/28<br>Parkmobile 770-818-9036 Dc | | 3.90 | |
| 02/28 | | Point of Sale Debit TR DATE 02/28<br>Jeong Ho Im Washington   Dc 12592201 | | 52.23 | |
| 02/28 | | Paper Statement Fee | | 3.00 | 1,015.09 |
| 02/28 | | **Ending Balance** | | | 1,015.09 |
| | | **Credit and Debit Totals** | $15,590.99 | $26,383.72 | |

* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.
The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 02/01 | 11,174.20 | 11,174.20 | 02/15 | 2,894.83 | 2,894.83 |
| | 02/04 | 12,179.81 | 12,179.81 | 02/19 | 2,869.84 | 2,869.84 |
| | 02/05 | 9,574.56 | 9,574.56 | 02/20 | 2,559.85 | 2,559.85 |
| | 02/06 | 10,730.44 | 10,730.44 | 02/21 | 4,398.28 | 3,298.28 |
| | 02/07 | 10,827.27 | 6,977.27 | 02/22 | 4,131.59 | 4,131.59 |
| | 02/08 | 9,610.30 | 9,610.30 | 02/25 | 3,953.65 | 3,953.65 |
| | 02/11 | 9,576.51 | 9,576.51 | 02/26 | 3,914.06 | 3,914.06 |
| | 02/12 | 9,316.69 | 9,316.69 | 02/27 | 1,074.22 | 1,074.22 |
| | 02/13 | 11,916.69 | 11,916.69 | 02/28 | 1,015.09 | 1,015.09 |
| | 02/14 | 3,517.74 | 3,517.74 | | | |

236654

Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 2
63/B14/0175/0/72
1000113416811
02/21/2019

# SUNTRUST

Account
Statement

ADOLPHUS M GRANT, DIP
CASE # 16-000291
1346 HEMLOCK ST NW
WASHINGTON DC 20012-1551

Questions? Please call
1-800-786-8787

Paying for college?

Know your options. SunTrust offers private student loans to help cover what's left after savings, grants,
scholarships and federal student loans.
Visit suntrust.com/studentloans to learn more and apply.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SOLID CHOICE BANKING | 1000113416811 | 01/25/2019 - 02/21/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $4,061.20 | Average Balance | $7,519.17 |
| Deposits/Credits | $6,745.44 | Average Collected Balance | $7,519.17 |
| Checks | $.00 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $2,606.44 | Annual Percentage Yield Earned | .01% |
| Ending Balance | $8,200.20 | Interest Paid Year to Date | $.10 |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 1000113416811 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| 01/25 | | **Beginning Balance** | | | 4,061.20 |
| 01/25 | | Electronic/ACH Credit Airbnb Payments Rqjtte3cnq G-V6vvaqf422jp2 | 663.48 | | 4,724.68 |
| 01/31 | | Electronic/ACH Credit Bank of America P2p Bank of America | 3,492.00 | | 8,216.68 |
| 02/05 | | Electronic/ACH Credit Airbnb Payments Oapmeoapbm G-Mgn3xgf6osz3h | 347.26 | | |
| 02/05 | | Electronic/ACH Credit Airbnb Payments Abbbwrb2pq G-Y24ajcxuorfsm | 472.39 | | 9,036.33 |
| 02/06 | | Electronic/ACH Debit Go Daddy Echeck 1818558297 | | 18.17 | 9,018.16 |
| 02/07 | | Electronic/ACH Debit Paypal Inst Xfer Metropetdc | | 1,225.80 | 7,792.36 |
| 02/12 | | Electronic/ACH Credit Airbnb Payments Truwpau2jc G-Dv2whudpf6ww7 | 347.26 | | |
| 02/12 | | Electronic/ACH Credit Airbnb Payments Rdwk4pt5kj G-Klq7rrwtgdufl | 391.88 | | 8,531.50 |
| 02/15 | | Electronic/ACH Debit Schwab Brokerage Moneylink 558622438329004 | | 400.00 | 8,131.50 |
| 02/19 | | Electronic/ACH Credit Airbnb Payments Lsge4lnq7h G-Zbazihj3ndlue | 619.83 | | 8,751.33 |
| 02/20 | | Electronic/ACH Credit Airbnb Payments R55oxh6ku5 G-4M7h7bndzun47 | 411.28 | | |

404062

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 2
63/B14/0175/0/72
1000113416811
02/21/2019

# SUNTRUST

## Account Statement

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|--------------------------------|-------------------|---------------------|-----------------|
| 02/20 | | Electronic/ACH Debit<br>American Gen Lif Ins Paymt Cy00797439  13 | | 145.47 | 9,017.14 |
| 02/21 | | Online Banking Transfer To 0175 1000183973915 | | 800.00 | |
| 02/21 | | Interest Paid This Statement Thru 02/21 | .06 | | |
| 02/21 | | Maintenance Fee | | 17.00 | 8,200.20 |
| 02/21 | | **Ending Balance** | | | 8,200.20 |
| | | **Credit and Debit Totals** | $6,745.44 | $2,606.44 | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|------|---------|-------------------|------|---------|-------------------|
| 01/25 | 4,724.68 | 4,724.68 | 02/12 | 8,531.50 | 8,531.50 |
| 01/31 | 8,216.68 | 8,216.68 | 02/15 | 8,131.50 | 8,131.50 |
| 02/05 | 9,036.33 | 9,036.33 | 02/19 | 8,751.33 | 8,751.33 |
| 02/06 | 9,018.16 | 9,018.16 | 02/20 | 9,017.14 | 9,017.14 |
| 02/07 | 7,792.36 | 7,792.36 | 02/21 | 8,200.20 | 8,200.20 |

404063

Member FDIC



