DEBTOR: Adolphus M Grant                                    CASE NUMBER: 16-00105-SMT

## OFFICE OF THE UNITED STATES TRUSTEE
### DISTRICT OF ALEXANDRIA/DISTRICT OF COLUMBIA DIVISIONS
### MONTHLY OPERATING REPORT
### CHAPTER 11
### INDIVIDUAL DEBTORS

#### Form 3
#### COVER SHEET AND QUESTIONNAIRE

For Period Ended: February-19

**THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH**

Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| x |  | 1 Cash Flow Statement (Page 2) |
| x |  | 2 Cash Reconciliation(s) and Narrative (Page 3) |
| x |  | 3 Cash Receipts Detail (Page 4) |
| x |  | 4 Cash Disbursements Detail (Page 5) |
| x |  | 5 Receipts and Disbursements Recap Case to Date (Page 6) |
| x |  | 6 **Bank Statements for All Bank Accounts** (remember to redact all but last four digits of bank account number) |

### QUESTIONNAIRE

Please answer the questions below for the month being reported:

| | Yes | No |
|---|---|---|
| 1. Did you deposit all receipts into your DIP account this month? | x | |
| 2. Are all insurance policies current and in effect? | x | |
| 3. Have all taxes been timely filed and paid? | x | |
| 4. Did you pay all your bills on time this month? | x | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | x | |
| 6. Did you borrow money from anyone this month? | | x |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | x | |
| 8. Do you have any bank accounts open other than the DIP account? | | x |

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

Executed on: 2/28/2019        Signature (Debtor): *[signature: Adolphus Grant]*
                              Print name:

                              Signature (Co-Debtor, if one): _____
                              Print name: _____

Rev. 2012-06
PAGE 1

Bankruptcy Feburary 2019 Monthly Operating Report  New Individual IDI #1

**DEBTOR:** Adolphus M Grant    **CASE NUMBER:** 16-00105-SMT

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

**Month Reporting:** February-19

### CASH FLOW SUMMARY (SEE NOTE A)

1. **Beginning Cash Balance** $ 11,026.33 (1)

2. **Cash Receipts**

   | | |
   |---|---:|
   | Wages | |
   | Sole Proprietorship Revenues | 0.00 |
   | Draws from owned entities other than Sole Prop | |
   | Rental Income | 2,131.11 |
   | Other: Referral Fee | |
   | Total Cash Receipts | $ 2,131.11 |

3. **Cash Disbursements**

   | | |
   |---|---:|
   | Rent or home mortgage payment | $ |
   | Utilities and Telephone Expenses | 310.98 |
   | Home maintenance (repairs/upkeep) | 0.00 |
   | Food / Groceries | 61.57 |
   | Insurance payments | 170.47 |
   | Installment payments (including auto) | |
   | Transportation (not including car payments) | 209.14 |
   | Legal / Professional Fees / U.S. Trustee Fees | |
   | Sole Proprietorship Expenses | 184.50 |
   | Rental property expenses / repairs | |
   | Other: Daughter School & Expnses | |
   | Other: DC Taxes | 2,869.84 |
   | Other: Returned Tenant Check | |
   | Miscellaneous | 135.65 |
   | Total Cash Disbursements | $ 3,942.15 |

4. **Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements)** -1,811.04

5. **Ending Cash Balance** $ 9,215.29

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---:|
| Total Disbursements for the Month (from above) | 3,942.15 |
| Less: Transfers between bank accounts | 0 |
| Add: Any amounts paid on behalf of the debtor by others | 0 |
| Disbursements for U.S. Trustee Fee Calculation | 3,942.15 |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(1) Current month beginning cash balance should equal the previous month's ending balance.*

Rev. 2012-06
PAGE 2

**DEBTOR:** Adolphus M Grant

Case Number: 16-00105-SMT

**BANK RECONCILIATIONS**
Month ending: Feb-19

| | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust | SunTrust | | |
| Last four digits of account | 3915 | 6811 | | |
| Purpose of Acct (Personal or Business) | Both | Both | | |
| Type of account (Checking or Savings) | Checking | Checking | | |
| Balance per Bank Statement | 2,894.83 | 8,131.50 | | |
| ADD: Deposits not credited (attach list) | 1,930.99 | 1,031.17 | | |
| SUBTRACT: Outstanding check (attach list) | 3,810.73 | 962.47 | | |
| Other reconciling items (attach list) | 0.00 | | | |
| Month end Balance (Must agree with books) | 1,015.09 | 8,200.20 | 0.00 | 0.00 |
| TOTAL OF ALL ACCOUNTS | | | | 9,215.29 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | |
| - Business (if applicable) (attach list) | |
| TOTAL OWED POST PETITION | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | |
| - Business (if applicable) (attach list) | |
| TOTAL AMOUNT OWED TO YOU | 0.00 |

## NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

| |
|---|
| |
| |
| |
| |

Rev. 2012-06

(2) Total of all accounts should equal page 2, line 5 - Ending Cash Balance.

PAGE 3

**DEBTOR:** Adolphus M Grant  **CASE NO:** 16-00105-SMT

## CASH RECEIPTS DETAIL (SEE NOTE A)

For Period: 2/1/2019 to 2/28/2019

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** _____

| Date | Payer | Description | Amount |
|---|---|---|---|
| 2/19/19 | Rental Property | Rents for Rental Property | 619.83 |
| 2/20/19 | Rental Property | Rents for Rental Property | 411.28 |
| 2/21/19 | Rental Property | Rents for Rental Property | 1,100.00 |

Total automatic credits for the month which identify source of deposit _____

Total Cash Receipts  $ _____ (1)   2,131.11

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash receipts listed on page 2.

Rev. 2012-06
PAGE 4

DEBTOR: Adolphus M Grant    CASE NO: 16-00105-SMT

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period: 2/19/19 to 2/28/19

*(attach additional sheets as necessary)*

Debtor In Possession Account: _____

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 2/27/19 | | DC | Taxes | 2,869.84 |
| 2/22/19 | | Prince Ha | Marketing | 184.50 |
| | | AT&T | | 310.98 |
| 2/20/19 | | State Farm | Insurance | 170.47 |
| Summary | | USPS | Postage | |
| Summary | | Gas | Gas for Travel | 209.14 |
| Summary | | Safeway | Groceries | 61.57 |
| Summary | | Costco | Groceries | |
| | | Shepherd Park Elem | Daughter School & Aftercare | |
| | | Lakia Smi  Smith | Assistant Salary | |
| Summary | | Utilies | Utilies | |
| Summary | | Real Estate | Dues | |
| | | Landscaping | Rental Propert | |

Total automatic debits for the month which identify who is paid     135.65

Total Cash Disbursements     $ 3,942.15 (1)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash disbursements listed on page 2.

Rev. 2012-06
PAGE 5

# INCOME AND DISBURSEMENTS RECAP

**Debtor:** Adolphus M Grant

**Case Number:** 16-00105-SMT

**Date Case was filed:** 2/19/2019

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case.

| | Year: | | | Year: | | |
|---|---|---|---|---|---|---|
| | Income | Expenses | Net Inc/ (Loss) | Income | Expenses | Net Inc/ (Loss) |
| Jan | | | - | | | #VALUE! |
| Feb | 2,131 | 3,942 | (1,811) | | | #VALUE! |
| Mar | | | - | | | #VALUE! |
| Apr | | | - | | | #VALUE! |
| May | | | - | | | #VALUE! |
| Jun | | | #VALUE! | | | #VALUE! |
| Jul | | | #VALUE! | | | #VALUE! |
| Aug | | | #VALUE! | | | #VALUE! |
| Sep | | | #VALUE! | | | #VALUE! |
| Oct | | | #VALUE! | | | #VALUE! |
| Nov | | | #VALUE! | | | |
| Dec | | | #VALUE! | | | - |
| TOTAL | 2,131 | 3,942 | (1,811) | - | - | #VALUE! |

Rev. 2012-06
PAGE 6

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 3
63/B20/0175/0/72
1000183973915
02/28/2019

# SunTrust

## Account Statement

ADOLPHUS M GRANT DIP
CASE #16-00291 CHAPTER 11
1346 HEMLOCK ST NW
WASHINGTON DC 20012-1551

Questions? Please call
1-800-786-8787

---

**Paying for college?**
Know your options. SunTrust offers private student loans to help cover what's left after savings, grants, scholarships and federal student loans.
Visit suntrust.com/studentloans to learn more and apply.

---

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| ESSENTIAL CHECKING | 1000183973915 | 02/01/2019 - 02/28/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $11,807.82 | Average Balance | $6,562.68 |
| Deposits/Credits | $15,590.99 | Average Collected Balance | $6,385.90 |
| Checks | $6,384.50 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $19,999.22 | | |
| Ending Balance | $1,015.09 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 1000183973915 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 02/01 | | **Beginning Balance** | | | 11,807.82 |
| 02/01 | | Recurring Check Card Purchase TR DATE 01/31<br>Facebk X92gcke8y2 Menlo Park  Ca | | 120.00 | |
| 02/01 | | Point of Sale Debit TR DATE 02/01<br>Cwc Wdc LLC #1 Washington  Dc 93116511 | | 49.11 | |
| 02/01 | | Point of Sale Debit TR DATE 02/01<br>Costco Whse #1 Washington  Dc 99112013 | | 464.51 | 11,174.20 |
| 02/04 | | Electronic/ACH Credit<br>District of Colu Deposit 000138 | 4,094.00 | | |
| 02/04 | | Electronic/ACH Credit<br>Square Inc Adolp T20094791458 | 516.00 | | |
| 02/04 | | Recurring Check Card Purchase TR DATE 02/01<br>Star Achievers (Sessa) 2024650514  Dc | | 335.00 | |
| 02/04 | | Electronic/ACH Debit<br>Ocwen Mortg Pmnt 7190951249 | | 7.50 | |
| 02/04 | | Electronic/ACH Debit<br>Ocwen Mortg Pmnt 7190951249 | | 3,261.89 | 12,179.81 |
| 02/05 | | Check Card Purchase TR DATE 02/04<br>Sqc*frank 4153753176  Ca | | 2,600.00 | |
| 02/05 | | Check Card Purchase TR DATE 02/05<br>Parkmobile 770-818-9036 Dc | | 5.25 | 9,574.56 |
| 02/06 | | Electronic/ACH Credit<br>Paypal Transfer  *********6041 | 2,600.00 | | |

236652      Member FDIC      Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 3
63/B20/0175/0/72
1000183973915
02/28/2019

# SUNTRUST

## Account Statement

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 02/06 | | Recurring Check Card Purchase TR DATE 02/05 Sears Warranty 855-256-2467 Fl | | 49.99 | |
| 02/06 | | Check Card Purchase TR DATE 02/05 Dc Water And Sewer Ivr 2023543600 Dc | | 344.13 | |
| 02/06 | | Electronic/ACH Debit Phi Sdpy Pepco 55023116233 | | 850.00 | |
| 02/06 | *404 | Check | | 200.00 | 10,730.44 |
| 02/07 | | Deposit | 3,850.00 | | |
| 02/07 | | Recurring Check Card Purchase TR DATE 02/06 Apl*itunes.Com/Bill 866-712-7753 Ca | | 3.17 | |
| 02/07 | | Check Card Purchase TR DATE 02/06 Sqc*frank 4153753176 Ca | | 2,600.00 | |
| 02/07 | | Over-The-Counter Withdrawal | | 1,150.00 | 10,827.27 |
| 02/08 | | Recurring Check Card Purchase TR DATE 02/07 Fcf*alpha King 877-4927243 Ma | | 74.98 | |
| 02/08 | | Check Card Purchase TR DATE 02/07 Lowell School 2025772006 Dc | | 215.00 | |
| 02/08 | | Recurring Check Card Purchase TR DATE 02/08 Aol* Service 800-827-6364 Va | | 21.99 | |
| 02/08 | | Electronic/ACH Debit Paypal Inst Xfer 1004903928613 | | 905.00 | 9,610.30 |
| 02/11 | | Point of Sale Debit TR DATE 02/10 7-Eleven Silver Springmd 00Msc501 | | 33.79 | 9,576.51 |
| 02/12 | | Point of Sale Debit TR DATE 02/12 Safeway Store Silver Springmd 13690003 | | 121.47 | |
| 02/12 | | Electronic/ACH Debit Paypal Inst Xfer Thevitamins | | 138.35 | 9,316.69 |
| 02/13 | | Electronic/ACH Credit Paypal Transfer *********9259 | 2,600.00 | | 11,916.69 |
| 02/14 | | Check Card Purchase TR DATE 02/13 Rism LLC Washington Dc | | 1,717.00 | |
| 02/14 | | Check Card Purchase TR DATE 02/13 Sqc*luis G Vides Le 4153753176 Ca | | 280.00 | |
| 02/14 | | Point of Sale Debit TR DATE 02/14 Pepco Washington Dc E001308 | | 401.95 | |
| 02/14 | 352 | Check | | 6,000.00 | 3,517.74 |
| 02/15 | | Check Card Purchase TR DATE 02/14 Dc Water And Sewer Ivr 2023543600 Dc | | 500.00 | |
| 02/15 | | Point of Sale Debit TR DATE 02/15 Safeway Store Silver Springmd 13690005 | | 122.91 | 2,894.83 |
| 02/19 | | Check Card Purchase TR DATE 02/15 Start Fresh Today 800-435-9138 Fl | | 24.99 | 2,869.84 |
| 02/20 | | Electronic/ACH Credit Ameritas Life In Direct Dep ********8897Jy3 | .99 | | |
| 02/20 | | Paid Item | | 310.98 | 2,559.85 |
| 02/21 | | Online Banking Transfer From 0175 1000113416811 | 800.00 | | |
| 02/21 | | Deposit | 1,100.00 | | |
| 02/21 | | Point of Sale Debit TR DATE 02/21 Safeway Store Washington Dc 12760005 | | 61.57 | 4,398.28 |
| 02/22 | | Check Card Purchase TR DATE 02/21 Ameritas Life Insur Co 4024654565 NE | | 25.00 | |

236653                                    Member FDIC                           Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 3
63/B20/0175/0/72
1000183973915
02/28/2019

# SUNTRUST

## Account Statement

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| 02/22 | | Point of Sale Debit TR DATE 02/22 Jeong Ho Im Washington Dc 12592201 | | 57.19 | |
| 02/22 | 405 | Check | | 184.50 | 4,131.59 |
| 02/25 | | Check Card Purchase TR DATE 02/22 Realtor Association/MI 3123298245  Il | | 135.00 | |
| 02/25 | | Check Card Purchase TR DATE 02/23 Parkmobile 770-818-9036 Dc | | 5.05 | |
| 02/25 | | Check Card Purchase TR DATE 02/24 Parkmobile 770-818-9036 Dc | | 2.75 | |
| 02/25 | | Point of Sale Debit TR DATE 02/24 N Q S USA Inc Woodbridge  Va 12723801 | | 35.14 | 3,953.65 |
| 02/26 | | Check Card Purchase TR DATE 02/25 Blink Health 8442929100  Ny | | 39.59 | 3,914.06 |
| 02/27 | | Electronic/ACH Credit Square Inc Adolp T20099811740 | 30.00 | | |
| 02/27 | | Legal Order Debit | | 2,869.84 | 1,074.22 |
| 02/28 | | Check Card Purchase TR DATE 02/28 Parkmobile 770-818-9036 Dc | | 3.90 | |
| 02/28 | | Point of Sale Debit TR DATE 02/28 Jeong Ho Im Washington Dc 12592201 | | 52.23 | |
| 02/28 | | Paper Statement Fee | | 3.00 | 1,015.09 |
| 02/28 | | **Ending Balance** | | | 1,015.09 |
| | | **Credit and Debit Totals** | $15,590.99 | $26,383.72 | |

* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.
The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/01 | 11,174.20 | 11,174.20 | 02/15 | 2,894.83 | 2,894.83 |
| 02/04 | 12,179.81 | 12,179.81 | 02/19 | 2,869.84 | 2,869.84 |
| 02/05 | 9,574.56 | 9,574.56 | 02/20 | 2,559.85 | 2,559.85 |
| 02/06 | 10,730.44 | 10,730.44 | 02/21 | 4,398.28 | 3,298.28 |
| 02/07 | 10,827.27 | 6,977.27 | 02/22 | 4,131.59 | 4,131.59 |
| 02/08 | 9,610.30 | 9,610.30 | 02/25 | 3,953.65 | 3,953.65 |
| 02/11 | 9,576.51 | 9,576.51 | 02/26 | 3,914.06 | 3,914.06 |
| 02/12 | 9,316.69 | 9,316.69 | 02/27 | 1,074.22 | 1,074.22 |
| 02/13 | 11,916.69 | 11,916.69 | 02/28 | 1,015.09 | 1,015.09 |
| 02/14 | 3,517.74 | 3,517.74 | | | |

236654

Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 2
63/B14/0175/0/72
1000113416811
02/21/2019

# SunTrust

## Account Statement

ADOLPHUS M GRANT, DIP
CASE # 16-000291
1346 HEMLOCK ST NW
WASHINGTON DC 20012-1551

Questions? Please call
1-800-786-8787

Paying for college?
Know your options. SunTrust offers private student loans to help cover what's left after savings, grants, scholarships and federal student loans.
Visit suntrust.com/studentloans to learn more and apply.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SOLID CHOICE BANKING | 1000113416811 | 01/25/2019 - 02/21/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $4,061.20 | Average Balance | $7,519.17 |
| Deposits/Credits | $6,745.44 | Average Collected Balance | $7,519.17 |
| Checks | $.00 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $2,606.44 | Annual Percentage Yield Earned | .01% |
| Ending Balance | $8,200.20 | Interest Paid Year to Date | $.10 |

## Overdraft Protection

Account Number: 1000113416811

Protected By: Not enrolled

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 01/25 | | Beginning Balance | | | 4,061.20 |
| 01/25 | | Electronic/ACH Credit<br>Airbnb Payments Rqjtte3cnq G-V6vvaqf422jp2 | 663.48 | | 4,724.68 |
| 01/31 | | Electronic/ACH Credit<br>Bank of America P2p Bank of America | 3,492.00 | | 8,216.68 |
| 02/05 | | Electronic/ACH Credit<br>Airbnb Payments Oapmeoapbm G-Mgn3xgf6osz3h | 347.26 | | |
| 02/05 | | Electronic/ACH Credit<br>Airbnb Payments Abbbwrb2pq G-Y24ajcxuorfsm | 472.39 | | 9,036.33 |
| 02/06 | | Electronic/ACH Debit<br>Go Daddy Echeck 1818558297 | | 18.17 | 9,018.16 |
| 02/07 | | Electronic/ACH Debit<br>Paypal Inst Xfer Metropetdc | | 1,225.80 | 7,792.36 |
| 02/12 | | Electronic/ACH Credit<br>Airbnb Payments Truwpau2jc G-Dv2whudpf6ww7 | 347.26 | | |
| 02/12 | | Electronic/ACH Credit<br>Airbnb Payments Rdwk4pt5kj G-Klq7rrwtgdufl | 391.88 | | 8,531.50 |
| 02/15 | | Electronic/ACH Debit<br>Schwab Brokerage Moneylink 558622438329004 | | 400.00 | 8,131.50 |
| 02/19 | | Electronic/ACH Credit<br>Airbnb Payments Lsge4lnq7h G-Zbazihj3ndlue | 619.83 | | 8,751.33 |
| 02/20 | | Electronic/ACH Credit<br>Airbnb Payments R55oxh6ku5 G-4M7h7bndzun47 | 411.28 | | |

404062

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 2
63/B14/0175/0/72
1000113416811
02/21/2019

# SunTrust

# Account Statement

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 02/20 | | Electronic/ACH Debit American Gen Lif Ins Paymt Cy00797439  13 | | 145.47 | 9,017.14 |
| 02/21 | | Online Banking Transfer To 0175 1000183973915 | | 800.00 | |
| 02/21 | | Interest Paid This Statement Thru 02/21 | .06 | | |
| 02/21 | | Maintenance Fee | | 17.00 | 8,200.20 |
| 02/21 | | **Ending Balance** | | | 8,200.20 |
| | | **Credit and Debit Totals** | $6,745.44 | $2,606.44 | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/25 | 4,724.68 | 4,724.68 | 02/12 | 8,531.50 | 8,531.50 |
| 01/31 | 8,216.68 | 8,216.68 | 02/15 | 8,131.50 | 8,131.50 |
| 02/05 | 9,036.33 | 9,036.33 | 02/19 | 8,751.33 | 8,751.33 |
| 02/06 | 9,018.16 | 9,018.16 | 02/20 | 9,017.14 | 9,017.14 |
| 02/07 | 7,792.36 | 7,792.36 | 02/21 | 8,200.20 | 8,200.20 |

404063                                            Member FDIC


