**DEBTOR:** _____ Adolphus M Grant _____     **CASE NUMBER:** _____ 19-00105-SMT _____

## OFFICE OF THE UNITED STATES TRUSTEE
### DISTRICT OF ALEXANDRIA/DISTRICT OF COLUMBIA DIVISIONS
### MONTHLY OPERATING REPORT
### CHAPTER 11
### INDIVIDUAL DEBTORS

### Form 3
### COVER SHEET AND QUESTIONNAIRE

**For Period Ended:** April-19 _____

---

*THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH*
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

---

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| X | ☐ | 1 Cash Flow Statement (Page 2) |
| X | ☐ | 2 Cash Reconciliation(s) and Narrative (Page 3) |
| X | ☐ | 3 Cash Receipts Detail (Page 4) |
| X | ☐ | 4 Cash Disbursements Detail (Page 5) |
| X | ☐ | 5 Receipts and Disbursements Recap Case to Date (Page 6) |
| X | ☐ | 6 **Bank Statements for All Bank Accounts** (remember to redact all but last four digits of bank account number) |

---

### QUESTIONNAIRE

Please answer the questions below for the month being reported:

| | Yes | No |
|---|---|---|
| 1. Did you deposit all receipts into your DIP account this month? | x | |
| 2. Are all insurance policies current and in effect? | x | |
| 3. Have all taxes been timely filed and paid? | x | |
| 4. Did you pay all your bills on time this month? | x | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | x | |
| 6. Did you borrow money from anyone this month? | | x |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | x | |
| 8. Do you have any bank accounts open other than the DIP account? | | x |

---

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

**Executed on:** _____ 4/30/2019 _____     **Signature (Debtor):** _____ *[signature]* _____

**Print name:** _____ *Adolphus Grant* _____

**Signature (Co-Debtor, if one):** _____

**Print name:** _____

Rev. 2012-06
PAGE 1

**DEBTOR:** _____ Adolphus M Grant _____          **CASE NUMBER:** 19-00105-SMT _____

### CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

|  |  | Month Reporting: |
|---|---|---|
| <u>CASH FLOW SUMMARY (SEE NOTE A)</u> | | April-19 |
| 1. **Beginning Cash Balance** | $ | 2,560.18 (1) |
| 2. **Cash Receipts** | | |
| Wages | | |
| Sole Proprietorship Revenues | | 36,992.45 |
| Draws from owned entities other than Sole Prop | | 37,700.82 |
| Rental Income | | 18,154.63 |
| Other    Schwab withdrawal | | 5,402.03 |
| Total Cash Receipts | $ | 98,249.93 |
| 3. **Cash Disbursements** | | |
| Rent or home mortgage payment | $ | 4,036.51 |
| Utilities and Telephone Expenses | | 1,692.43 |
| Home maintenance (repairs/upkeep) | | 0.00 |
| Food / Groceries | | 1,046.29 |
| Insurance payments | | 846.70 |
| Installment payments (including auto) | | |
| Transportation (not including car payments) | | 5,000.00 |
| Legal / Professional Fees / U.S. Trustee Fees | | |
| Sole Proprietorship Expenses | | 3,358.00 |
| Rental property expenses / repairs | | 25,648.83 |
| Other    Daughter School & Expnses | | 378.38 |
| Other    DC Taxes | | |
| Other    Transfer from 6811 to 3915 | | 37,700.82 |
| Miscellaneous | | 811.17 |
| Total Cash Disbursements | $ | 80,519.13 |
| 4. **Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements)** | | 17,730.80 |
| 5. **Ending Cash Balance** | $ | 20,290.98 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 80,519.13 |
| Less: Transfers between bank accounts | 0 |
| Add: Any amounts paid on behalf of the debtor by others | 0 |
| **Disbursements for U.S. Trustee Fee Calculation** | **80,519.13** |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*          Rev. 2012-06

*(1) Current month beginning cash balance should equal the previous month's ending balance.*          PAGE 2

**DEBTOR:**   **Adolphus M Grant**                          Case Number: 19-00105-SMT

## BANK RECONCILIATIONS

| Month ending:          Apr-19 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust | SunTrust | | |
| Last four digits of account | 3915 | 6811 | | |
| Purpose of Acct (Personal or Business) | Both | Both | | |
| Type of account (Checking or Savings) | Checking | Checking | | |
| **Balance per Bank Statement** | 2,156.19 | 403.99 | | |
| **ADD:** Deposits not credited (attach list) | 59,406.85 | 38,843.08 | | |
| **SUBTRACT:** Outstanding check (attach list) | 42,486.97 | 38,032.16 | | |
| Other reconciling items (attach list) | 0.00 | | | |
| **Month end Balance (Must agree with books)** | 19,076.07 | 1,214.91 | 0.00 | 0.00 |
| **TOTAL OF ALL ACCOUNTS** | | | | 20,290.98 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post petition)**

| | |
|---|---|
| **- Personally (attach list stating who, amount, when due)** | |
| **- Business (if applicable) (attach list)** | |
| **TOTAL OWED POST PETITION** | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)**

| | |
|---|---|
| **- Personally (attach list stating who, amount, when due)** | |
| **- Business (if applicable) (attach list)** | |
| **TOTAL AMOUNT OWED TO YOU** | 0.00 |

## NARRATIVE

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

| |
|---|
| |
| |
| |
| |

*(2) Total of all accounts should equal page 2, line 5 - Ending Cash Balance.*

**DEBTOR:** Adolphus M Grant          **CASE NO:** 19-00105-SMT

## CASH RECEIPTS DETAIL (SEE NOTE A)
For Period: 4/1/2019 **to** 4/30/2019

*(attach additional sheets as necessary)*

### Debtor In Possession Account:

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 4/1/19 | Rental Property | Rents for Rental Property | 568.42 |
| 4/2/19 | Rental Property | Rents for Rental Prope | 382.18 |
| 4/2/19 | Remax | Real Estate Sales | 8,268.32 |
| 4/11/19 | Remax | Real Estate Sales | 12,932.50 |
| 4/26/19 | Remax | Real Estate Sales | 15,791.63 |
| 4/1/19 | Rental Property | Rents for F | 508.26 |
| 4/2/19 | Rental Property | Rents for Rental Prope | 4,094.00 |
| 4/5/19 | Rental Property | Rents for Rental Property | 1,298.00 |
| 4/10/19 | Rental Property | Rents for Rental Property | 2,110.00 |
| 4/11/19 | Rental Property | Rents for Rental Property | 626.62 |
| 4/16/19 | Rental Property | Rents for Rental Property | 1,258.66 |
| 4/17/19 | Rental Property | Rents for Rental Property | 597.52 |

**Total automatic credits for the month which identify source of deposit**

**Total Cash Receipts**    $ _____ (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money or* 48,436.11

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-06
PAGE 4

**DEBTOR:** Adolphus M Grant                    **CASE NO:** 19-00105-SMT

## CASH RECEIPTS DETAIL (SEE NOTE A)

For Period:   4/1/2019  **to**        4/30/2019

*(attach additional sheets as necessary)*

### Debtor In Possession Account: _____

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 4/1/19 | Total from Page 4 A | | 48,436.11 |
| 4/22/19 | | | 243.50 |
| 4/23/19 | Rental Property | Rents for Rental Property | 909.86 |
| 4/23/19 | Rental Property | Rents for Rental Property | 1,400.00 |
| 4/24/2019 & | Rental Property | Rents for F | 619.83 |
| 4/25/19 | Rental Property | Rents for F | 602.37 |
| 4/29/19 | Rental Property | Rents for Rental Prope | 597.52 |
| 4/30/19 | Rental Property | Rents for Rental Property | 1,358.19 |
| | Transfer for 6811 to 2915 | | 37,700.82 |
| | Deposit for client EMD | | 5,000.00 |
| 4/4/19 | Rental Property | Rents for Reantal Property | 979.70 |
| 4/1/19 | Transfer for FromSchwab | | 402.03 |

**Total automatic credits for the month which identify source of deposit** _____

_____

**Total Cash Receipts**          $ _____ (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orde* 98,249.93

*(1)  Total for all accounts should agree with total cash receipts listed on page 2.*

0
PAGE 4

**DEBTOR:** Adolphus M Grant                    **CASE NO:** 19-00105-SMT

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period:  4/1/19  to  4/30/19

*(attach additional sheets as necessary)*

### Debtor In Possession Account:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 4/1/19 | | Welton M | Install /repair fl | 1,500.00 |
| 4/2/19 | | Moreno | Rental repairs | 350.00 |
| 4/2/19 | 412 | Beth Hens | Return Rent | 8,500.00 |
| 4/4/19 | | Stanley St **Steemer** | Carpet Clea | 548.02 |
| 4/11/19 | | State Farm | Insurance | 846.70 |
| Summary | | USPS | Postage | |
| Summary | | Gas | Gas for Travel | 287.64 |
| Summary | | Safeway | Groceries | 602.70 |
| Summary | | Costco | Groceries | 443.59 |
| 3/4/19 | | Shepherd Park Elem | Daughter School & Aftercare | 378.38 |
| 4/15,4/23,4/5 | Ck 413.,414,415 | Lakia **Smith** | Assistant Salary | 3,258.00 |
| 3/8/19 | | AT&T | Cell Phone | 445.28 |
| Summary | | Utilies | Utilies | 1,428.63 |
| Summary | | MetroPetDc | Rental Repairs and Cleaning | 4,026.93 |
| 4/12/19 | | Sears | Appiance | 919.79 |
| 4/30/19 | | Luis | Repairs | 950.00 |
| 4/17/19 | | Select Portfo | Real Estate A( | 4,036.51 |
| 4/302019 | 417 | Beth Henson | Moving fron Rental | 1,874.08 |

Total automatic debits for the month which identify who is paid _____

Total Cash Disbursements   $   30,396.25 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

Rev. 2012-06
PAGE 5

**DEBTOR:** ___Adolphus M Grant___      **CASE NO: 19-00105-SMT**

### CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period:   ___4/1/19___ to ___4/30/19___

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** _____

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| | | Carryover † | Carryover fom page 5 | 30,396.25 |
| 415/2019 | | Sawyer | Rental repairs | 325.00 |
| 3/17/19 | | | Transfer to | 500.00 |
| 4/23/19 | | Shepherd I | Aftercare | 378.38 |
| 4/26/19 | | Century Club | Real Estate Marketing | 400.00 |
| 4/19/19 | | Transfer fo | | 5,000.00 |
| 4/22/19 | | Luis | Painting and Repair 58 Seaton PL | 375.00 |
| 4/30/19 | | Luis | Maintance and repairs | 950.00 |
| 4/29/19 | | M Care | | 1,000.00 |
| 4/29/19 | | Virin Giving | Cancer donation | 135.84 |
| 4/22/19 | 416 | | | 125.00 |
| | ## | | | |
| | | | | |
| | | | | |
| | | Bank TransferAcct 68· | Acct 6811 to 3915 | 37,700.82 |
| | | | | |

Total automatic debits for the month which identify who is paid      3,232.84

**Total Cash Disbursements**      80,519.13

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

0
PAGE 5

# INCOME AND DISBURSEMENTS RECAP

Debtor: **Adolphus M Grant**    Case Number: **19-00105-SMT**

Date Case was filed: **2/19/2019**

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date.
It serves as a running total of overall income, expenses and net income (or loss) for the case.

| | Year: | | | | Year: | | |
|---|---|---|---|---|---|---|---|
| | Income | Expenses | Net Inc/ (Loss) | | Income | Expenses | Net Inc/ (Loss) |
| Jan | | | - | | | | #VALUE! |
| Feb | 2,131 | 3,942 | (1,811) | | | | #VALUE! |
| Mar | 31,142 | 37,797 | (6,655) | | | | #VALUE! |
| Apr | 98,249 | 80,519 | 17,730 | | | | #VALUE! |
| May | | | - | | | | #VALUE! |
| Jun | | | #VALUE! | | | | #VALUE! |
| Jul | | | #VALUE! | | | | #VALUE! |
| Aug | | | #VALUE! | | | | #VALUE! |
| Sep | | | #VALUE! | | | | #VALUE! |
| Oct | | | #VALUE! | | | | #VALUE! |
| Nov | | | #VALUE! | | | | |
| Dec | | | #VALUE! | | | | - |
| TOTAL | 131,522 | 122,258 | 9,264 | | - | - | #VALUE! |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 5
63/B20/0175/0/72
1000183973915
04/30/2019

## Account Statement



ADOLPHUS M GRANT
CASE 19-00105-SMT CHAPTER 11
1346 HEMLOCK ST NW
WASHINGTON DC 20012-1551

Questions? Please call
1-800-786-8787

SunTrust Debit Card Controls are now available!
Enjoy enhanced card security by controlling how and where your card is used. Lock/unlock your card
by transaction type or manage your spending limits right from SunTrust Online or Mobile Banking.
Learn more at suntrust.com/cardcontrols.

### Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| ESSENTIAL CHECKING | 1000183973915 | 03/30/2019 - 04/30/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $2,156.19 | Average Balance | $5,819.05 |
| Deposits/Credits | $59,406.85 | Average Collected Balance | $5,184.86 |
| Checks | $15,311.08 | Number of Days in Statement Period | 32 |
| Withdrawals/Debits | $27,175.89 | | |
| Ending Balance | $19,076.07 | | |

### Overdraft Protection

| Account Number | Protected By |
|---|---|
| 1000183973915 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| | | **Beginning Balance** | | | 2,156.19 |
| 03/30 | | Point of Sale Credit TR DATE 03/30 Sqc*adolphus Grant San Franciscoca 804182 | 508.26 | | |
| 04/01 | | Recurring Check Card Purchase TR DATE 03/31 Facebk Ttulskw8y2 Menlo Park  Ca | | 60.00 | |
| 04/01 | 410 | Check | | 1,500.00 | |
| 04/01 | | Electronic/ACH Debit Ameritas Life Webpymt1 L20027011a | | 99.07 | 1,005.38 |
| 04/02 | | Electronic/ACH Credit Airbnb Payments Nq6inyyxoj G-Nyt5rbwisg6ar | .01 | | |
| 04/02 | | Electronic/ACH Credit District of Colu Deposit 000138 | 4,094.00 | | |
| 04/02 | | Online Banking Transfer From 0175 1000113416811 | 8,268.32 | | |
| 04/02 | | Check Card Purchase TR DATE 03/31 Myeyedr - Silver Sprin Silver Springmd | | 310.50 | |
| 04/02 | | Check Card Purchase TR DATE 04/01 Sq *Moreno 877-417-4551 MD | | 350.00 | |
| 04/02 | | Point of Sale Debit TR DATE 04/01 7-Eleven Silver Springmd 00Msc501 | | 47.20 | |
| 04/02 | 412 | Check | | 8,500.00 | 4,160.01 |
| 04/03 | | Electronic/ACH Credit Ameritas Life In Direct Dep  ********6429Jy3 | 1.98 | | |
| 04/03 | | Point of Sale Debit TR DATE 04/02 Safeway  Store Washington  Dc 12760006 | | 95.64 | 4,066.35 |

Member FDIC
Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 5
63/B20/0175/0/72
1000183973915
04/30/2019

# SunTrust

# Account Statement

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|--------------------------------|-------------------|---------------------|-----------------|
| 04/04 | | Electronic/ACH Credit <br> Airbnb Payments Xmlx54pe7f G-Jkpldiuiindzl | 979.70 | | |
| 04/04 | | Check Card Purchase TR DATE 04/04 <br> Stanley Steemer 73R 703-642-7204 Va | | 548.02 | |
| 04/04 | | Check Card Purchase TR DATE 04/03 <br> Your Wood Post Sign Co 4105512666  MD | | 50.00 | 4,448.03 |
| 04/05 | | Online Banking Transfer From 0175 1000113416811 | 1,000.00 | | |
| 04/05 | | Deposit | 1,298.00 | | |
| 04/05 | | Electronic/ACH Debit <br> Paypal Inst Xfer Metropetdc | | 1,825.62 | |
| 04/05 | 413 | Check | | 1,400.00 | 3,520.41 |
| 04/08 | | Point of Sale Debit TR DATE 04/05 <br> Safeway  Store Silver Springmd 13690004 | | 115.55 | |
| 04/08 | | Check Card Purchase TR DATE 04/06 <br> Sq   *Sq *Clh Cosmo Gosq.Com   MD | | 395.00 | |
| 04/08 | | Recurring Check Card Purchase TR DATE 04/06 <br> Apl*itunes.Com/Bill 866-712-7753 Ca | | 3.17 | |
| 04/08 | | Point of Sale Debit TR DATE 04/08 <br> 7-Eleven Silver Springmd 00Msc501 | | 56.64 | |
| 04/08 | 411 | Check | | 54.00 | 2,896.05 |
| 04/09 | | Recurring Check Card Purchase TR DATE 04/08 <br> Fcf*alpha King 877-4927243  Ma | | 4.99 | |
| 04/09 | | Recurring Check Card Purchase TR DATE 04/08 <br> Fcf*alpha King 877-4927243  Ma | | 69.99 | 2,821.07 |
| 04/10 | | Electronic/ACH Credit <br> Paypal Transfer ********6205 | 2,110.00 | | 4,931.07 |
| 04/11 | | Electronic/ACH Credit <br> Airbnb Payments Molywanzhz G-775Gnvffnbsb6 | 626.62 | | |
| 04/11 | | Check Card Purchase TR DATE 04/10 <br> State Farm Insurance 8009566310  Il | | 846.70 | |
| 04/11 | | Electronic/ACH Debit <br> Square Inc Chick T200110905039 | | 250.00 | 4,460.99 |
| 04/12 | | Point of Sale Debit TR DATE 04/11 <br> Safeway  Store Silver Springmd 13690004 | | 115.57 | |
| 04/12 | | Point of Sale Debit TR DATE 04/12 <br> Best Buy     00011296 Wheaton    MD 06581939 | | 211.99 | |
| 04/12 | | Point of Sale Debit TR DATE 04/12 <br> Sears Outlet 9282 Wheaton    MD 04368812 | | 919.79 | 3,213.64 |
| 04/15 | | Electronic/ACH Credit <br> Airbnb Payments Z7slmrnwzv G-6Eozh37p2v7rj | .01 | | |
| 04/15 | | Check Card Purchase TR DATE 04/12 <br> Sawyer*createartscente 8778877815  Ny | | 325.00 | |
| 04/15 | | Point of Sale Debit TR DATE 04/12 <br> Amazon.Com*mz0ye6ch2 Seattle    Wa 00000101 | | 24.99 | |
| 04/15 | | Recurring Check Card Purchase TR DATE 04/13 <br> Amazon Prime Amzn.Com/Billwa | | 13.77 | |
| 04/15 | | Point of Sale Debit TR DATE 04/14 <br> Safeway  Store Rockville    MD 19560001 | | 39.90 | |
| 04/15 | | Electronic/ACH Debit <br> Paypal Inst Xfer 1005385763175 | | 125.00 | |

239840

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 5
63/B20/0175/0/72
1000183973915
04/30/2019

# Account Statement

# SunTrust

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|--------------------------------|-------------------|---------------------|-----------------|
| 04/15 | | Electronic/ACH Debit Paypal Inst Xfer Thevitamins | | 62.45 | |
| 04/15 | | Electronic/ACH Debit Phi Sdpy Pepco 55023116233 | | 400.00 | |
| 04/15 | | Electronic/ACH Debit Phi Sdpy Pepco 50016526936 | | 459.47 | |
| 04/15 | | Electronic/ACH Debit Square Inc Moren T200111617895 | | 550.00 | |
| 04/15 | 414 | Check | | 800.00 | 413.07 |
| 04/16 | | Electronic/ACH Credit District of Colu Deposit 000138 | 19.00 | | |
| 04/16 | | Electronic/ACH Credit Airbnb Payments 3lcowsgk5t G-D4pskm2myi3oe | 339.50 | | |
| 04/16 | | Electronic/ACH Credit Airbnb Payments 4Cw6aona2d G-2R2j4dznzl5wi | 450.08 | | |
| 04/16 | | Electronic/ACH Credit Airbnb Payments Btcszstfnu G-4X6covfp6677z | 450.08 | | |
| 04/16 | | Online Banking Transfer From 0175 1000113416811 | 12,932.50 | | |
| 04/16 | | Recurring Check Card Purchase TR DATE 04/15 Sawyer*createartscente 8778877815  Ny | | 20.00 | |
| 04/16 | | Point of Sale Debit TR DATE 04/16 Shell Service Woodbridge  Va 84238601 | | 76.03 | 14,508.20 |
| 04/17 | | Electronic/ACH Credit Airbnb Payments Xkz4tb2aea G-Zbannar73cp2x | 597.52 | | |
| 04/17 | | Recurring Check Card Purchase TR DATE 04/17 Comcast 800-Comcast  MD | | 326.00 | |
| 04/17 | | ATM Cash Withdrawal TR DATE 04/16 Pnc Bank Silver Springmd Pi6240 | | 243.50 | |
| 04/17 | | ATM Cash Withdrawal Fee | | 3.00 | |
| 04/17 | | Zelle Transfer To M Care 04/17 9106P040jpqm | | 1,000.00 | |
| 04/17 | | Mobile App Transfer To 1000113416811 | | 500.00 | |
| 04/17 | | Electronic/ACH Debit Select Portfolio Sps 0017207754 | | 4,036.51 | 8,996.71 |
| 04/18 | | Check Card Purchase TR DATE 04/17 At&t*bill Payment 8003310500  Ga | | 263.80 | |
| 04/18 | | Recurring Check Card Purchase TR DATE 04/17 Sawyer*createartscente 8778877815  Ny | | 20.00 | |
| 04/18 | | Point of Sale Debit TR DATE 04/18 Costco Whse #1 Washington  Dc 99112013 | | 231.99 | |
| 04/18 | | Electronic/ACH Debit Paypal Inst Xfer Metropetdc | | 2,150.00 | 6,330.92 |
| 04/19 | | Deposit | 5,000.00 | | |
| 04/19 | | Check Card Purchase TR DATE 04/18 Your Wood Post Sign Co 4105512666  MD | | 50.00 | |
| 04/19 | | Over-The-Counter Withdrawal | | 5,000.00 | |
| 04/19 | | Electronic/ACH Debit Square Inc Chick T200112811583 | | 40.00 | 6,240.92 |
| 04/22 | | Check Card Credit TR DATE 04/18 Myeyedr - Silver Sprin Silver Springmd | 243.50 | | |
| 04/22 | | Check Card Purchase TR DATE 04/19 Sqc*cash App Luis G 4153753176  Ca | | 375.00 | |

239841

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 4 of 5
63/B20/0175/0/72
1000183973915
04/30/2019

## Account Statement

# SUNTRUST

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|--------------------------------|-------------------|---------------------|-----------------|
| 04/22 | | Point of Sale Debit TR DATE 04/20 Safeway Store Rockville   MD 19560001 | | 111.03 | |
| 04/22 | | Point of Sale Debit TR DATE 04/21 Shell Service Lanham     MD 81564201 | | 52.17 | |
| 04/22 | 416 | Check | | 125.00 | |
| 04/22 | | Electronic/ACH Debit Paypal Inst Xfer Metropetdc | | 250.00 | |
| 04/22 | | Electronic/ACH Debit Paypal Inst Xfer Metropetdc | | 626.93 | 4,944.29 |
| 04/23 | | Electronic/ACH Credit Airbnb Payments Zlmlx4nkm3 G-Pmh3z7rpxqfq3 | 430.68 | | |
| 04/23 | | Electronic/ACH Credit Airbnb Payments Q7y2vlimol G-2Tbgohn3x27yj | 479.18 | | |
| 04/23 | | Deposit | 1,400.00 | | |
| 04/23 | | Check Card Purchase TR DATE 04/22 Star Achievers (Sessa) 2024650514  Dc | | 378.38 | |
| 04/23 | 415 | Check | | 1,058.00 | 5,817.77 |
| 04/24 | | Electronic/ACH Credit Airbnb Payments Amazqgrawy G-P5l3cok4ml22k | 479.18 | | 6,296.95 |
| 04/25 | | Electronic/ACH Credit Airbnb Payments Ndi3u6gm5x G-lnuqenzfew2og | 602.37 | | |
| 04/25 | | Point of Sale Debit TR DATE 04/24 Vitaminshoppe8 Silver Springmd 002 | | 19.48 | 6,879.84 |
| 04/26 | | Electronic/ACH Credit Airbnb Payments Ttxifyq4ww G-Ezvkimhzbsvpo | 140.65 | | |
| 04/26 | | Electronic/ACH Debit Century Limited Bill.Com 016Rkujeh11gy0h | | 400.00 | 6,620.49 |
| 04/29 | | Electronic/ACH Credit Airbnb Payments 4Wf2ig354m G-5Rpovb6p5bmhv | 597.52 | | |
| 04/29 | | Online Banking Transfer From 0175 1000113416811 | 15,000.00 | | |
| 04/29 | | Point of Sale Debit TR DATE 04/28 Jeong Ho Im Washington   Dc 12592201 | | 26.90 | |
| 04/29 | | Zelle Transfer To M Care 04/29 9119P060kk6t | | 1,000.00 | |
| 04/29 | | Electronic/ACH Debit Virgin Money Giving Limited | | 135.84 | 21,055.27 |
| 04/30 | | Electronic/ACH Credit Airbnb Payments X6sswbfvjk G-J73ktb6gupbit | 608.19 | | |
| 04/30 | | Electronic/ACH Credit Airbnb Payments lxi7cou2on G-25Ppra27hulsw | 750.00 | | |
| 04/30 | | Point of Sale Debit TR DATE 04/29 Washingtongas Phonepmt Washington   Dc 001 | | 243.16 | |
| 04/30 | | Point of Sale Debit TR DATE 04/30 Cwc Wdc LLC #1 Washington   Dc 93116513 | | 55.55 | |
| 04/30 | | Point of Sale Debit TR DATE 04/30 Costco Whse #1 Washington   Dc 99112013 | | 211.60 | |
| 04/30 | 417 | Check | | 1,874.08 | |
| 04/30 | | Electronic/ACH Debit Square Inc Luis T200115521936 | | 950.00 | |
| 04/30 | | Paper Statement Fee | | 3.00 | 19,076.07 |
| 04/30 | | **Ending Balance** | | | 19,076.07 |

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 5 of 5
63/B20/0175/0/72
1000183973915
04/30/2019

# Account
# Statement

# SUNTRUST

| Transaction History | | | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| Date | Check # | Transaction Description Details | | | |
| | | Credit and Debit Totals | $59,406.85 | $42,486.97 | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/30 | 2,156.19 | 2,156.19 | 04/16 | 14,508.20 | 14,508.20 |
| 04/01 | 1,005.38 | 1,005.38 | 04/17 | 8,996.71 | 8,996.71 |
| 04/02 | 4,160.01 | 4,160.01 | 04/18 | 6,330.92 | 6,330.92 |
| 04/03 | 4,066.35 | 4,066.35 | 04/19 | 6,240.92 | 1,240.92 |
| 04/04 | 4,448.03 | 4,448.03 | 04/22 | 4,944.29 | 4,944.29 |
| 04/05 | 3,520.41 | 2,222.41 | 04/23 | 5,817.77 | 4,417.77 |
| 04/08 | 2,896.05 | 2,896.05 | 04/24 | 6,296.95 | 6,296.95 |
| 04/09 | 2,821.07 | 2,821.07 | 04/25 | 6,879.84 | 6,879.84 |
| 04/10 | 4,931.07 | 4,931.07 | 04/26 | 6,620.49 | 6,620.49 |
| 04/11 | 4,460.99 | 4,460.99 | 04/29 | 21,055.27 | 21,055.27 |
| 04/12 | 3,213.64 | 3,213.64 | 04/30 | 19,076.07 | 19,076.07 |
| 04/15 | 413.07 | 413.07 | | | |

SunTrust is helping you take control of your personal data with credit and identity monitoring through IDnotify (T)  by Experian (R). This premium experience is provided at no cost for SunTrust clients - just visit  suntrust.com/IDnotify to enroll for free.

Paying for college? Know your options.
In addition to private student loans, SunTrust offers tools & resources to help you plan for college costs.
Visit suntrust.com/studentloans to learn more.

Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 2
63/B20/0175/0/72
1000113416811
04/30/2019

# SUNTRUST

ADOLPHUS M GRANT
CASE 19-00105-SMT CHAPTER 11
1346 HEMLOCK ST NW
WASHINGTON DC 20012-1551

## Account Statement

Questions? Please call
1-800-786-8787

SunTrust Debit Card Controls are now available!
Enjoy enhanced card security by controlling how and where your card is used. Lock/unlock your card
by transaction type or manage your spending limits right from SunTrust Online or Mobile Banking.
Learn more at suntrust.com/cardcontrols.

| Account Summary | Account Type | | Account Number | | Statement Period |
|---|---|---|---|---|---|
| | SOLID CHOICE BANKING | | 1000113416811 | | 03/30/2019 - 04/30/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $403.99 | Average Balance | $3,783.33 |
| Deposits/Credits | $38,843.08 | Average Collected Balance | $3,783.33 |
| Checks | $.00 | Number of Days in Statement Period | 32 |
| Withdrawals/Debits | $38,032.16 | Annual Percentage Yield Earned | .01% |
| Ending Balance | $1,214.91 | Interest Paid Year to Date | $.16 |

| Overdraft Protection | Account Number | Protected By | |
|---|---|---|---|
| | 1000113416811 | Not enrolled | |
| | For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft. | | |

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| | | **Beginning Balance** | | | 403.99 |
| 03/30 | | | | | |
| 04/01 | | Electronic/ACH Credit | 400.00 | | |
| | | Schwab Brokerage Moneylink ***********9004 | | | |
| 04/01 | | Electronic/ACH Credit | 568.42 | | 1,372.41 |
| | | Airbnb Payments K7hmhnj4ae G-Sfqnkzlzyr7sv | | | |
| 04/02 | | Electronic/ACH Credit | 382.18 | | |
| | | Airbnb Payments Dsgozvy26v G-Csi36wfwvamrb | | | |
| 04/02 | | Electronic/ACH Credit | 8,268.32 | | |
| | | Arp LLC Payroll Co-850147 | | | |
| 04/02 | | Online Banking Transfer To 0175 1000183973915 | | 8,268.32 | 1,754.59 |
| 04/05 | | Online Banking Transfer To 0175 1000183973915 | | 1,000.00 | 754.59 |
| 04/09 | | Electronic/ACH Debit | | 10.99 | |
| | | Paypal Inst Xfer Tiam Empire | | | |
| 04/09 | | Electronic/ACH Debit | | 19.96 | 723.64 |
| | | Guo Xiu Hua | | | |
| 04/11 | | Electronic/ACH Debit | | 145.07 | 578.57 |
| | | Go Daddy Echeck 1824433977 | | | |
| 04/12 | | Electronic/ACH Credit | 12,932.50 | | |
| | | Arp LLC Payroll Co-850147 | | | |
| 04/12 | | Electronic/ACH Debit | | 54.51 | 13,456.56 |
| | | Go Daddy Echeck 1824510367 | | | |
| 04/15 | | Electronic/ACH Debit | | 400.00 | |
| | | Schwab Brokerage Moneylink 558622438329004 | | | |

653057

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 2
63/B20/0175/0/72
1000113416811
04/30/2019

# Account Statement

# SUNTRUST

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|-------------------------------|-------------------|---------------------|-----------------|
| 04/15 | | Electronic/ACH Debit Go Daddy Echeck 1824770397 | | 38.34 | 13,018.22 |
| 04/16 | | Online Banking Transfer To 0175 1000183973915 | | 12,932.50 | 85.72 |
| 04/17 | | Mobile App Transfer From 1000183973915 | 500.00 | | 440.25 |
| 04/17 | | Electronic/ACH Debit American Gen Lif Ins Paymt Cy00797439  13 | | 145.47 | |
| 04/26 | | Electronic/ACH Credit Arp LLC Payroll Co-850147 | 134.13 | | 16,231.88 |
| 04/26 | | Electronic/ACH Credit Arp LLC Payroll Co-850147 | 15,657.50 | | 1,231.88 |
| 04/29 | | Online Banking Transfer To 0175 1000183973915 | | 15,000.00 | |
| 04/30 | | Interest Paid This Statement Thru 04/30 | .03 | | 1,214.91 |
| 04/30 | | Maintenance Fee | | 17.00 | 1,214.91 |
| 04/30 | | **Ending Balance** | | | |

| | Credit and Debit Totals | |
|---|---|---|
| | $38,843.08 | $38,032.16 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|--------------------------|-------|---------|-------------------|-------|---------|-------------------|
| | 03/30 | 403.99 | 403.99 | 04/15 | 13,018.22 | 13,018.22 |
| | 04/01 | 1,372.41 | 1,372.41 | 04/16 | 85.72 | 85.72 |
| | 04/02 | 1,754.59 | 1,754.59 | 04/17 | 440.25 | 440.25 |
| | 04/05 | 754.59 | 754.59 | 04/26 | 16,231.88 | 16,231.88 |
| | 04/09 | 723.64 | 723.64 | 04/29 | 1,231.88 | 1,231.88 |
| | 04/11 | 578.57 | 578.57 | 04/30 | 1,214.91 | 1,214.91 |
| | 04/12 | 13,456.56 | 13,456.56 | | | |

SunTrust is helping you take control of your personal data with credit and identity monitoring through IDnotify (T)  by Experian (R). This premium experience is provided at no cost for SunTrust clients - just visit  suntrust.com/IDnotify to enroll for free.

Paying for college? Know your options.
In addition to private student loans, SunTrust offers tools & resources to help you plan for college costs.
Visit suntrust.com/studentloans to learn more.

653058

































