CASE NUMBER: 19-00105-SMT

DEBTOR: Adolphus M Grant

# OFFICE OF THE UNITED STATES TRUSTEE
## DISTRICT OF ALEXANDRIA/DISTRICT OF COLUMBIA DIVISIONS
### MONTHLY OPERATING REPORT
### CHAPTER 11
### INDIVIDUAL DEBTORS

**Form 3**
**COVER SHEET AND QUESTIONNAIRE**

For Period Ended: May-19

**THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH**

Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| X | ☐ | 1 Cash Flow Statement (Page 2) |
| X | ☐ | 2 Cash Reconciliation(s) and Narrative (Page 3) |
| X | ☐ | 3 Cash Receipts Detail (Page 4) |
| X | ☐ | 4 Cash Disbursements Detail (Page 5) |
| X | ☐ | 5 Receipts and Disbursements Recap Case to Date (Page 6) |
| X | ☐ | 6 Bank Statements for All Bank Accounts (remember to redact all but last four digits of bank account number) |

### QUESTIONNAIRE

Please answer the questions below for the month being reported:

| | Yes | No |
|---|---|---|
| 1. Did you deposit all receipts into your DIP account this month? | X | |
| 2. Are all insurance policies current and in effect? | X | |
| 3. Have all taxes been timely filed and paid? | X | |
| 4. Did you pay all your bills on time this month? | X | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | X | |
| 6. Did you borrow money from anyone this month? | | X |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | X | |
| 8. Do you have any bank accounts open other than the DIP account? | | X |

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

Executed on: 5/31/2019   Signature (Debtor): *[signed] Adolphus Grant*
Print name:

Signature (Co-Debtor, if one):
Print name:

Rev. 2012-06
PAGE 1

CASE NUMBER: 19-00105-SMT

DEBTOR: Adolphus M Grant

**CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)**

Month Reporting: May-19

**CASH FLOW SUMMARY (SEE NOTE A)**

1. Beginning Cash Balance     $ 20,290.98 (1)

2. Cash Receipts
   - Wages                                          24,352.50
   - Sole Proprietorship Revenues                   27,240.69
   - Draws from owned entities other than Sole Prop    60.00
   - Rental Income
   - Other    Girl Scout Cookies
   - Total Cash Receipts                      $     51,653.19

3. Cash Disbursements                         $
   - Rent or home mortgage payment                   2,670.50
   - Utilities and Telephone Expenses                    0.00
   - Home maintenance (repairs/upkeep)               1,207.14
   - Food / Groceries                                  886.41
   - Insurance payments
   - Installment payments (including auto)
   - Transportation (not including car payments)     1,747.29
   - Legal / Professional Fees / U.S. Trustee Fees   6,696.41
   - Sole Proprietorship Expenses                    5,340.01
   - Rental property expenses / repairs              3,585.00
   - Other    Daughter School & Expnses              2,000.00
   - Other    Client Payment
   - Other
   - Miscellaneous                                     484.49
   - Total Cash Disbursements                  $    24,617.25

4. Net Cash Flow for Month (Total Cash Receipts
   less Total Cash Disbursements)                   27,035.94

5. Ending Cash Balance                          $   47,326.92

**CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES**

| | |
|---|---:|
| Total Disbursements for the Month (from above) | 24,617.25 |
| Less: Transfers between bank accounts | 0 |
| Add: Any amounts paid on behalf of the debtor by others | 0 |
| **Disbursements for U.S. Trustee Fee Calculation** | **24,617.25** |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.      Rev. 2012-06

(1) Current month beginning cash balance should equal the previous month's ending balance.      PAGE 2

Case Number: 19-00105-SMT

DEBTOR: Adolphus M Grant

## BANK RECONCILIATIONS
Month ending: May-19

| | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust | SunTrust | | |
| Last four digits of account | 3915 | 6811 | | |
| Purpose of Acct (Personal or Business) | Both | Both | | |
| Type of account (Checking or Savings) | Checking | Checking | | |
| Balance per Bank Statement | 19,076.07 | 1,214.91 | | |
| ADD: Deposits not credited (attach list) | 32,460.66 | 19,192.53 | | |
| SUBTRACT: Outstanding check (attach list) | 24,054.78 | 562.47 | | |
| Other reconciling items (attach list) | 0.00 | | | |
| Month end Balance (Must agree with books) | 27,481.95 | 19,844.97 | 0.00 | 0.00 |
| TOTAL OF ALL ACCOUNTS | | | | 47,326.92 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | |
| - Business (if applicable) (attach list) | |
| TOTAL OWED POST PETITION | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | |
| - Business (if applicable) (attach list) | |
| TOTAL AMOUNT OWED TO YOU | 0.00 |

## NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

| |
|---|
| |
| |
| |
| |

(2) Total of all accounts should equal page 2, line 5 - Ending Cash Balance.

Rev. 2012-06
PAGE 3

DEBTOR: Adolphus M Grant

CASE NO: 19-00105-SMT

## CASH RECEIPTS DETAIL (SEE NOTE A)
For Period: 5/1/2019 to 5/31/2019

*(attach additional sheets as necessary)*

Debtor In Possession Account: _____

| Date | Payer | Description | Amount |
|---|---|---|---|
| 5/1/19 | Remax | Real Estate Sales | 5,160.00 |
| 5/2/19 | Rental Property | Rents for Rental Prope | 552.90 |
| 5/2/19 | Rental Property | Rents for Rental Property | 4,075.00 |
| 5/3/19 | Rental Property | Rents for Rental Property | 512.16 |
| 5/6/19 | Rental Property | Rents for Rental Prope | 1,361.26 |
| 5/7/19 | Rental Property | Rents for F | 2,242.64 |
| 5/9/19 | Rental Property | Rents for Rental Prope | 1,500.00 |
| 5/8/19 | Rental Property | Rents for Rental Property | 948.66 |
| 5/13/19 | Rental Property | Rents for Rental Property | 597.52 |
| 5/14/19 | Rental Property | Rents for Rental Property | 1,567.52 |
| 5/14/19 | Rental Property | Rents for Rental Property | 1,860.00 |
| 5/15/19 | Rental Property | Rents for Rental Property | 319.13 |

Total automatic credits for the month which identify source of deposit _____

Total Cash Receipts  $_____ (1)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orde 20,696.79

(1) Total for all accounts should agree with total cash receipts listed on page 2.

Rev. 2012-06
PAGE 4

CASE NO: 19-00105-SMT

**DEBTOR:** Adolphus M Grant

## CASH RECEIPTS DETAIL (SEE NOTE A)
For Period: 5/1/2019 to 5/31/2019

*(attach additional sheets as necessary)*

**Debtor In Possession Account:**

| Date | Payer | Description | Amount |
|---|---|---|---|
| 5/1/19 | Total from Page 4 A | | 20,696.79 |
| 5/15/19 | Rental Property | Rents for Rental Property | 955.45 |
| 5/17/19 | Rental Property | Rents for Rental Property | 2,413.46 |
| | Rental Property | Rents for Rental Property | |
| 5/17/19 | Rental Property | Rents for R | 3,005.02 |
| 5/21/19 | Rental Property | Rents for R | 147.44 |
| 5/22/19 | Rental Property | Rents for Rental Property | 673.42 |
| 5/23/19 | Rental Property | Rents for Rental Property | 1,213.40 |
| 5/28/19 | Girl Scout Cookies | | 60.00 |
| 5/29/19 | Rental Property | Rents for Rental Property | 3,492.00 |
| 5/30/19 | Remax | Real Estate Sales | 17,692.50 |
| 5/31/19 | Rental Property | Rents for Rental Property | 1,303.68 |

Total automatic credits for the month which identify source of deposit _____

Total Cash Receipts   $ ____0.03__ (1)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money order   51,653.19

(1) Total for all accounts should agree with total cash receipts listed on page 2.

0

PAGE 4

CASE NO: 19-00105-SMT

DEBTOR: Adolphus M Grant

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)

For Period: 5/1/19 to 5/31/19

*(attach additional sheets as necessary)*

**Debtor In Possession Account:**

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 5/1/19 | | Facebook | Marketing | 210.00 |
| 5/2/10 | | Century C | Marketing | 225.00 |
| 5/2/19 | | DR Horton | Client Depc | 2,000.00 |
| 5/9/19 | | US Trustee | Carpet Clea | 325.00 |
| 5/13/19 | | Steemer | | 506.46 |
| 5/13/19 | | Tapco | Insurance | 122.50 |
| 5/15/19 | | AAA | | 267.20 |
| Summary | | Gas | Gas for Travel | 906.59 |
| Summary | | Safeway | Groceries | 300.55 |
| Summary | | Costco | Groceries | 3,585.00 |
| 5/02 & 5/13 | | Shepherd Park Elem | Daughter School & Aftercare | 2,338.00 |
| | Ck 419,,422 | Lakia Smith | Assistant Salary | 238.79 |
| 5/22/19 | | AT&T | Cell Phone | |
| Summary | | Utilies | Utilies | 2,431.71 |
| Summary | | MetroPetDc | Rental Repairs and Cleaning | 3,002.01 |
| 5/21/19 | | Frank Fritz | Roof Work | 260.00 |
| 5/28.19 | | State Farr | Insurance | 257.45 |
| 5/29/19 | | Luis M | Painting Repai | 1,747.29 |
| 5/31/19 | | Painting | | 608.03 |

Total automatic debits for the month which identify who is paid _____

Total Cash Disbursements $ 19,331.58 (1)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash disbursements listed on page 2.

Rev. 2012-06
PAGE 5

CASE NO: 19-00105-SMT

DEBTOR: Adolphus M Grant

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)

For Period: 5/1/19 to 5/31/19

*(attach additional sheets as necessary)*

**Debtor In Possession Account:**

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| | | Carryover 1 | Carryover fom page 5 | 19,331.58 |
| 415/2019 | | DR Horton | Earnest Deposit for client | 2,000.00 |
| 5/20/19 | 423 | Remax | Real Estate | 1,747.29 |
| 5/9//2019 | 420 | | | 325.00 |
| 5/6/19 | | Century Club | Real Estate Marketing | 200.00 |
| | ## | | | |

Total automatic debits for the month which identify who is paid    1,013.38

Total Cash Disbursements    24,617.25

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash disbursements listed on page 2.

0
PAGE 5

# INCOME AND DISBURSEMENTS RECAP

Debtor: **Adolphus M Grant**

Case Number: **19-00105-SMT**

Date Case was filed: **2/19/2019**

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case.

| Month | Year: Income | Expenses | Net Inc/ (Loss) | Year: Income | Expenses | Net Inc/ (Loss) |
|---|---|---|---|---|---|---|
| Jan |  |  | - |  |  | #VALUE! |
| Feb | 2,131 | 3,942 | (1,811) |  |  | #VALUE! |
| Mar | 31,142 | 37,797 | (6,655) |  |  | #VALUE! |
| Apr | 98,249 | 80,519 | 17,730 |  |  | #VALUE! |
| May | 51,653 | 24,617 | 27,036 |  |  | #VALUE! |
| Jun |  |  | #VALUE! |  |  | #VALUE! |
| Jul |  |  | #VALUE! |  |  | #VALUE! |
| Aug |  |  | #VALUE! |  |  | #VALUE! |
| Sep |  |  | #VALUE! |  |  | #VALUE! |
| Oct |  |  | #VALUE! |  |  | #VALUE! |
| Nov |  |  | #VALUE! |  |  | #VALUE! |
| Dec |  |  | #VALUE! |  |  | - |
| TOTAL | 183,175 | 146,876 | 36,300 | - | - | #VALUE! |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 5
63/B20/0175/0/72
1000183973915
05/31/2019



# Account Statement

ADOLPHUS M GRANT
CASE 19-00105-SMT CHAPTER 11
1346 HEMLOCK ST NW
WASHINGTON DC 20012-1551

Questions? Please call
1-800-786-8787

SunTrust Debit Card Controls are now available!
Enjoy enhanced card security by controlling how and where your card is used. Lock/unlock your card by transaction type or manage your spending limits right from SunTrust Online or Mobile Banking.
Learn more at suntrust.com/cardcontrols.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| ESSENTIAL CHECKING | 1000183973915 | 05/01/2019 - 05/31/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $19,076.07 | Average Balance | $25,141.50 |
| Deposits/Credits | $32,460.66 | Average Collected Balance | $24,845.43 |
| Checks | $4,410.29 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $19,644.50 | | |
| Ending Balance | $27,481.94 | | |

## Overdraft Protection

Account Number: 1000183973915

Protected By: Not enrolled

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| | | **Beginning Balance** | | | 19,076.07 |
| 05/01 | | Deposit | 5,160.00 | | |
| 05/01 | | Recurring Check Card Purchase TR DATE 04/30 Facebk Y7p7rk29y2 Menlo Park Ca | | 210.00 | |
| 05/01 | | Point of Sale Debit TR DATE 05/01 Safeway Store Silver Springmd 13690004 | | 163.52 | |
| 05/01 | | Electronic/ACH Debit Paypal Inst Xfer 1005522423981 | | 250.00 | |
| 05/01 | 419 | Check | | 1,058.00 | 22,554.55 |
| 05/02 | | Electronic/ACH Credit Airbnb Payments I6sgnepc3p G-Wowlu2ciyv4nf | 552.90 | | |
| 05/02 | | Electronic/ACH Credit District of Colu Deposit 000138 | 4,075.00 | | |
| 05/02 | | Check Card Purchase TR DATE 05/01 Lowell School 2025772006 Dc | | 3,250.00 | |
| 05/02 | | Electronic/ACH Debit Century Limited Bill.Com 016Guweiy11nkim | | 225.00 | |
| 05/02 | | Electronic/ACH Debit Paypal Inst Xfer Metropetdc | | 666.73 | |
| 05/02 | | Electronic/ACH Debit Dr Horton Deposit 1116856 | | 2,000.00 | 21,040.72 |
| 05/03 | | Electronic/ACH Credit Airbnb Payments Rr42p3b7j5 G-Vs37sduwyglbs | 512.16 | | |
| 05/03 | | Recurring Check Card Purchase TR DATE 05/02 Anc*ancestry.Com 800-2623787 Ut | | 104.94 | 21,447.94 |

246885

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 5
63/B20/0175/0/72
1000183973915
05/31/2019

# SunTrust

## Account Statement

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 05/06 | | Electronic/ACH Credit<br>Airbnb Payments Z3fae4herg G-Pfce7ow737zye | 339.50 | | |
| 05/06 | | Electronic/ACH Credit<br>Square Inc Adolp T200116922828 | 432.00 | | |
| 05/06 | | Electronic/ACH Credit<br>Airbnb Payments Z3fae4herg G-Syu3l66jgeigp | 589.76 | | |
| 05/06 | | Check Card Purchase TR DATE 05/03<br>Nipr Licensing Serv 8556746477 Mo | | 60.18 | |
| 05/06 | | Check Card Purchase TR DATE 05/03<br>Dc Water And Sewer Ivr 2023543600 Dc | | 180.00 | |
| 05/06 | | Recurring Check Card Purchase TR DATE 05/04<br>Amazon Prime Amzn.Com/Billwa | | 13.77 | |
| 05/06 | | Recurring Check Card Purchase TR DATE 05/05<br>Aol* Service 800-827-6364 Va | | 24.95 | |
| 05/06 | | Zelle Transfer To M Care 05/06 9125P070lccy | | 1,000.00 | |
| 05/06 | | Point of Sale Debit TR DATE 05/06<br>USPS PO 1 6323 Washington Dc 49020998 | | 25.50 | |
| 05/06 | | Electronic/ACH Debit<br>Paypal Inst Xfer Princehall1 | | 184.50 | |
| 05/06 | | Electronic/ACH Debit<br>Century Limited Bill.Com 016Kutbzu11qx2s | | 200.00 | |
| 05/06 | | Electronic/ACH Debit<br>Phi Sdpy Pepco 50016526936 | | 498.89 | 20,621.41 |
| 05/07 | | Electronic/ACH Credit<br>Airbnb Payments 6Pt6lldkuv G-Rcv4vicwnyyft | 347.26 | | |
| 05/07 | | Electronic/ACH Credit<br>Airbnb Payments Ndjzohz453 G-Vfnxnbtwyr6vk | 498.58 | | |
| 05/07 | | Electronic/ACH Credit<br>Airbnb Payments R7gcql7523 G-3076zxr5tv66t | 498.58 | | |
| 05/07 | | Zelle Transfer To M Care 05/07 9127P080kxfc | | 1,000.00 | |
| 05/07 | | Point of Sale Debit TR DATE 05/07<br>N Q S USA Inc Woodbridge Va 12723801 | | 72.40 | 20,893.43 |
| 05/08 | | Electronic/ACH Credit<br>Airbnb Payments Oqa64v4rbh G-Hrtufoqv6h5t2 | 898.22 | | |
| 05/08 | | Recurring Check Card Purchase TR DATE 05/06<br>Apl*itunes.Com/Bill 866-712-7753 Ca | | 3.17 | |
| 05/08 | | Check Card Purchase TR DATE 05/08<br>Comcast 800-Comcast MD | | 200.14 | |
| 05/08 | | Recurring Check Card Purchase TR DATE 05/08<br>Aol* Service 800-827-6364 Va | | 24.95 | |
| 05/08 | | Zelle Transfer To M Care 05/08 9128P080I5q7 | | 536.90 | |
| 05/08 | | Point of Sale Debit TR DATE 05/08<br>Safeway Store Silver Springmd 13690004 | | 143.04 | 20,883.45 |
| 05/09 | | Electronic/ACH Credit<br>Airbnb Payments Joxiikwypu G-Bcglnemjdfhlc | 450.08 | | |
| 05/09 | | Electronic/ACH Credit<br>Airbnb Payments Joxiikwypu G-Qptp3joiid3eh | 498.58 | | |
| 05/09 | | Recurring Check Card Purchase TR DATE 05/08<br>Fcf*alpha King 877-4927243 Ma | | 4.99 | |
| 05/09 | | Recurring Check Card Purchase TR DATE 05/08<br>Fcf*alpha King 877-4927243 Ma | | 69.99 | |
| 05/09 | 420 | Check 246886 | | 325.00 | 21,432.13 |

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 5
63/B20/0175/0/72
1000183973915
05/31/2019

# SunTrust

## Account Statement

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 05/10 | | Point of Sale Debit TR DATE 05/10 CVS/Pharm 0147 Silver Springmd 30147708 | | 23.07 | 21,409.06 |
| 05/13 | | Electronic/ACH Credit Airbnb Payments 27Baljcxgh G-Plwbtvvbwjib5 | 597.52 | | |
| 05/13 | | Check Card Purchase TR DATE 05/10 Tapco Underwriters Inc 800-3345579  Nc | | 506.46 | |
| 05/13 | | Check Card Purchase TR DATE 05/10 Star Achievers (Sessa) 2024650514  Dc | | 335.00 | |
| 05/13 | | Point of Sale Debit TR DATE 05/12 Safeway Store Rockville  MD 19560003 | | 76.72 | |
| 05/13 | | Check Card Purchase TR DATE 05/13 Comcast 800-Comcast  MD | | 204.70 | |
| 05/13 | | Electronic/ACH Debit Square Inc * Cash App T200119011298 | | 100.00 | 20,783.70 |
| 05/14 | | Electronic/ACH Credit Airbnb Payments P3ja26sz6c G-Kv4iwirfk3j2p | 766.30 | | |
| 05/14 | | Electronic/ACH Credit Airbnb Payments Xutsucesi2 G-Dozqfuxn45pte | 801.22 | | |
| 05/14 | | Electronic/ACH Credit Paypal Transfer *********5564 | 1,860.00 | | 24,211.22 |
| 05/15 | | Electronic/ACH Credit Airbnb Payments Gutis7hqvc G-Vkqeic3lxt55t | 319.13 | | |
| 05/15 | | Check Card Purchase TR DATE 05/14 AAA Midatlantic 3022994490  De | | 122.50 | |
| 05/15 | | Electronic/ACH Debit Paypal Inst Xfer Thevitamins | | 96.75 | 24,311.10 |
| 05/16 | | Electronic/ACH Credit Airbnb Payments Paf36oyxv5 G-Woeca2di3erqn | 955.45 | | |
| 05/16 | | Zelle Transfer To M Care 05/16 9136P0103010 | | 92.15 | 25,174.40 |
| 05/17 | | Electronic/ACH Credit Airbnb Payments W3bcbmgp6w G-Enjo25cnpxllp | 919.56 | | |
| 05/17 | | Electronic/ACH Credit Airbnb Payments W3bcbmgp6w G-E7gtbods3qw5j | 1,493.80 | | |
| 05/17 | | Deposit | 3,006.02 | | |
| 05/17 | | Recurring Check Card Purchase TR DATE 05/17 Comcast 800-Comcast  MD | | 327.41 | |
| 05/17 | | Point of Sale Debit TR DATE 05/17 Shell Service Washington  Dc 19476301 | | 58.59 | |
| 05/17 | *422 | Check | | 1,280.00 | 28,927.78 |
| 05/21 | | Electronic/ACH Credit Airbnb Payments Coiznohs7c G-Mfpoysfvuk2ne | 147.44 | | |
| 05/21 | | Check Card Purchase TR DATE 05/20 Sqc*cash App Frank 4153753176  Ca | | 260.00 | |
| 05/21 | | Point of Sale Debit TR DATE 05/20 Safeway Store Silver Springmd 13690005 | | 140.33 | |
| 05/21 | | Point of Sale Debit TR DATE 05/21 Jeffrey E Vaz Washington  Dc 12594601 | | 66.33 | 28,608.56 |
| 05/22 | | Electronic/ACH Credit Airbnb Payments Rfqflmbiq5 G-Xarhtme52uwlj | 281.30 | | |
| 05/22 | | Electronic/ACH Credit Airbnb Payments Rfqflmbiq5 G-Gzg2oarfvm5xi | 392.12 | | |

246887

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 4 of 5
63/B20/0175/0/72
1000183973915
05/31/2019

# SunTrust

## Account Statement

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 05/22 | | Recurring Check Card Purchase TR DATE 05/21 At&t*bill Payment 8003310500 Ga | | 238.79 | |
| 05/22 | | Point of Sale Debit TR DATE 05/21 Safeway Store Washington Dc 12760005 | | 22.52 | |
| 05/22 | | Point of Sale Debit TR DATE 05/22 Costco Whse #1 Washington Dc 99112013 | | 190.57 | 28,830.10 |
| 05/23 | | Electronic/ACH Credit Airbnb Payments Mzbnb2w7a5 G-Sjs6uhpplqxcb | 338.53 | | |
| 05/23 | | Electronic/ACH Credit Airbnb Payments Mzbnb2w7a5 G-Cs7ply6lmey3o | 469.48 | | |
| 05/23 | | Check Card Purchase TR DATE 05/23 Parkmobile 770-818-9036 Dc | | 5.05 | |
| 05/23 | | Zelle Transfer To M Care 05/23 9143P06030aj | | 246.13 | 29,386.93 |
| 05/24 | | Electronic/ACH Credit Airbnb Payments Z4bzqj3s7o G-X3xupmfpsodfh | 404.49 | | 29,791.42 |
| 05/28 | | Electronic/ACH Credit Square Inc * Cash App T200122494721 | 60.00 | | |
| 05/28 | | Check Card Purchase TR DATE 05/24 State Farm Insurance 8009566310 Il | | 257.45 | |
| 05/28 | | Check Card Purchase TR DATE 05/25 Comcast 800-Comcast MD | | 236.74 | |
| 05/28 | | Check Card Purchase TR DATE 05/25 Parkmobile 770-818-9036 Dc | | .45 | |
| 05/28 | | Check Card Purchase TR DATE 05/25 Sq *Cash App Tricak 877-417-4551 Va | | 30.00 | |
| 05/28 | | Point of Sale Debit TR DATE 05/25 Safeway Store Rockville MD 19560003 | | 155.85 | |
| 05/28 | | Check Card Purchase TR DATE 05/27 Bp#9323452Kent Islaqps Stevensville MD | | 69.88 | |
| 05/28 | | Electronic/ACH Debit Square Inc * Cash App T200122671484 | | 120.00 | |
| 05/28 | | Electronic/ACH Debit Phi Sdpy Pepco 55023116233 | | 383.83 | |
| 05/28 | | Electronic/ACH Debit Phi Sdpy Pepco 50016526936 | | 400.00 | |
| 05/28 | | Electronic/ACH Debit Paypal Inst Xfer 1005713012562 | | 2,700.00 | 25,497.22 |
| 05/29 | | Electronic/ACH Credit Airbnb Payments Bynlei3ejp G-Kwnunrmdvgncx | 479.18 | | |
| 05/29 | | Electronic/ACH Credit Airbnb Payments 6Kpyaye65c G-Blfwviqfr4txv | 655.72 | | |
| 05/29 | | Electronic/ACH Credit Airbnb Payments Bynlei3ejp G-Bvsz2iarutc2v | 1,086.40 | | |
| 05/29 | | Electronic/ACH Credit Airbnb Payments 6Kpyaye65c G-Nzua52rxujuyg | 1,270.70 | | |
| 05/29 | | Point of Sale Debit TR DATE 05/29 The Home Depot Silver Springmd 06180706 | | 21.20 | |
| 05/29 | 423 | Check | | 1,747.29 | 27,220.73 |
| 05/30 | | Electronic/ACH Debit Square Inc * Cash App T200123435015 | | 216.60 | 27,004.13 |

Member FDIC

Continued on next page

246888

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 5 of 5
63/B20/0175/0/72
1000183973915
05/31/2019

# SunTrust

## Account Statement

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 05/31 | | Electronic/ACH Credit<br>Airbnb Payments Becaleyrdn G-Cgptmtwhxz4vv | 616.92 | | |
| 05/31 | | Electronic/ACH Credit<br>Airbnb Payments Becaleyrdn G-lit5bilzxjrxj | 686.76 | | |
| 05/31 | | Check Card Purchase TR DATE 05/30<br>Sq *Sq *Esbc-Sam ¦ JdaGosq.Com   MD | | 608.03 | |
| 05/31 | | Point of Sale Debit TR DATE 05/31<br>Costco Whse #1 Lanham    MD 99107813 | | 96.49 | |
| 05/31 | | Point of Sale Debit TR DATE 05/31<br>Costco Whse #1 Lanham    MD 99107813 | | 13.49 | |
| 05/31 | | Electronic/ACH Debit<br>Paypal Inst Xfer Allstarheal | | 104.86 | |
| 05/31 | | Paper Statement Fee | | 3.00 | 27,481.94 |
| 05/31 | | **Ending Balance** | | | 27,481.94 |
| | | **Credit and Debit Totals** | $32,460.66 | $24,054.79 | |

* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.
The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 05/01 | 22,554.55 | 22,394.55 | 05/16 | 25,174.40 | 25,174.40 |
| 05/02 | 21,040.72 | 21,040.72 | 05/17 | 28,927.78 | 25,921.78 |
| 05/03 | 21,447.94 | 21,447.94 | 05/20 | 28,927.78 | 28,927.78 |
| 05/06 | 20,621.41 | 20,621.41 | 05/21 | 28,608.56 | 28,608.56 |
| 05/07 | 20,893.43 | 20,893.43 | 05/22 | 28,830.10 | 28,830.10 |
| 05/08 | 20,883.45 | 20,883.45 | 05/23 | 29,386.93 | 29,386.93 |
| 05/09 | 21,432.13 | 21,432.13 | 05/24 | 29,791.42 | 29,791.42 |
| 05/10 | 21,409.06 | 21,409.06 | 05/28 | 25,497.22 | 25,497.22 |
| 05/13 | 20,783.70 | 20,783.70 | 05/29 | 27,220.73 | 27,220.73 |
| 05/14 | 24,211.22 | 24,211.22 | 05/30 | 27,004.13 | 27,004.13 |
| 05/15 | 24,311.10 | 24,311.10 | 05/31 | 27,481.94 | 27,481.94 |

SunTrust is helping you take control of your personal data with credit and identity monitoring through IDnotify (T) by Experian (R). This premium experience is provided at no cost for SunTrust clients - just visit suntrust.com/IDnotify to enroll for free.

Paying for college? Know your options.
In addition to private student loans, SunTrust offers tools & resources to help you plan for college costs.
Visit suntrust.com/studentloans to learn more.

246889

Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 2
63/B20/0175/0/72
1000113416811
05/31/2019

## Account Statement

# SunTrust

ADOLPHUS M GRANT
CASE 19-00105-SMT CHAPTER 11
1346 HEMLOCK ST NW
WASHINGTON DC 20012-1551

Questions? Please call
1-800-786-8787

SunTrust Debit Card Controls are now available!
Enjoy enhanced card security by controlling how and where your card is used. Lock/unlock your card by transaction type or manage your spending limits right from SunTrust Online or Mobile Banking.
Learn more at suntrust.com/cardcontrols.

### Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SOLID CHOICE BANKING | 1000113416811 | 05/01/2019 - 05/31/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $1,214.91 | Average Balance | $3,178.97 |
| Deposits/Credits | $19,192.53 | Average Collected Balance | $3,178.97 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $562.47 | Annual Percentage Yield Earned | .01% |
| Ending Balance | $19,844.97 | Interest Paid Year to Date | $.19 |

### Overdraft Protection

Account Number: 1000113416811
Protected By: Not enrolled

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 1,214.91 |
| 05/01 | | Electronic/ACH Credit<br>Bank of America P2p Herbert - Belto | 1,500.00 | | 2,714.91 |
| 05/09 | | Electronic/ACH Debit<br>Schwab Brokerage Moneylink 558622438329004 | | 400.00 | 2,314.91 |
| 05/15 | | Electronic/ACH Debit<br>American Gen Lif Ins Paymt Cy00797439  13 | | 145.47 | 2,169.44 |
| 05/17 | | Electronic/ACH Credit<br>Arp LLC Payroll Co-850147 | 17,692.50 | | 19,861.94 |
| 05/30 | | Interest Paid This Statement Thru 05/31 | .03 | | |
| 05/31 | | Maintenance Fee | | 17.00 | 19,844.97 |
| 05/31 | | Ending Balance | | | 19,844.97 |
| | | Credit and Debit Totals | $19,192.53 | $562.47 | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 05/01 | 1,214.91 | 1,214.91 | 05/17 | 2,169.44 | 2,169.44 |
| 05/09 | 2,714.91 | 2,714.91 | 05/30 | 19,861.94 | 19,861.94 |
| 05/15 | 2,314.91 | 2,314.91 | 05/31 | 19,844.97 | 19,844.97 |

Member FDIC

Continued on next page

745527

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 2
63/B20/0175/0/72
1000113416811
05/31/2019

# SUNTRUST

## Account Statement

SunTrust is helping you take control of your personal data with credit and identity monitoring through IDnotify (T) by Experian (R). This premium experience is provided at no cost for SunTrust clients - just visit suntrust.com/IDnotify to enroll for free.

Paying for college? Know your options.
In addition to private student loans, SunTrust offers tools & resources to help you plan for college costs.
Visit suntrust.com/studentloans to learn more.

745528

Member FDIC











