| DEBTOR: | Adolphus M Grant | CASE NUMBER: | 19-00105-SMT |
|---|---|---|---|

## OFFICE OF THE UNITED STATES TRUSTEE
### DISTRICT OF ALEXANDRIA/DISTRICT OF COLUMBIA DIVISIONS
### MONTHLY OPERATING REPORT
### CHAPTER 11
### INDIVIDUAL DEBTORS

### Form 3
### COVER SHEET AND QUESTIONNAIRE

**For Period Ended:** June-19

---

*THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH*
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| x |  | 1 Cash Flow Statement (Page 2) |
| x |  | 2 Cash Reconciliation(s) and Narrative (Page 3) |
| x |  | 3 Cash Receipts Detail (Page 4) |
| x |  | 4 Cash Disbursements Detail (Page 5) |
| x |  | 5 Receipts and Disbursements Recap Case to Date (Page 6) |
| x |  | 6 **Bank Statements for All Bank Accounts** (remember to redact all but last four digits of bank account number) |

---

| QUESTIONNAIRE | Yes | No |
|---|---|---|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | x | |
| 2. Are all insurance policies current and in effect? | x | |
| 3. Have all taxes been timely filed and paid? | x | |
| 4. Did you pay all your bills on time this month? | x | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | x | |
| 6. Did you borrow money from anyone this month? | | x |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | x | |
| 8. Do you have any bank accounts open other than the DIP account? | | x |

---

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

| Executed on: | 7/1/2019 | Signature (Debtor): | |
|---|---|---|---|
| | | Print name: | Adolphus M. Grant |
| | | Signature (Co-Debtor, if one): | |
| | | Print name: | |

Rev. 2012-06
PAGE 1

**DEBTOR:**  Adolphus M Grant          **CASE NUMBER:**  19-00105-SMT

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

|  |  | Month Reporting: |
|---|---|---|
|  |  | **May-19** |
| CASH FLOW SUMMARY (SEE NOTE A) | | |
| 1. **Beginning Cash Balance** | $ | 47,326.91 (1) |
| 2. **Cash Receipts** | | |
| Wages | | |
| Sole Proprietorship Revenues | | |
| Draws from owned entities other than Sole Prop | | |
| Rental Income | | 24,830.18 |
| Other    Girl Scout Cookies | | 2,000.15 |
| Total Cash Receipts | $ | 26,830.33 |
| 3. **Cash Disbursements** | | |
| Rent or home mortgage payment | $ | |
| Utilities and Telephone Expenses | | 1,473.17 |
| Home maintenance (repairs/upkeep) | | 0.00 |
| Food / Groceries | | 600.93 |
| Insurance payments | | |
| Installment payments (including auto) | | |
| Transportation (not including car payments) | | 437.52 |
| Legal / Professional Fees / U.S. Trustee Fees | | 982.34 |
| Sole Proprietorship Expenses | | 13,539.13 |
| Rental property expenses / repairs | | 8,104.27 |
| Other    Daughter School & Expnses | | 500.00 |
| Other    Deposit to title Co for 26 R St | | 15,025.00 |
| Other | | |
| Miscellaneous | | 1,510.88 |
| Total Cash Disbursements | $ | 42,173.24 |
| 4. **Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements)** | | -15,342.91 |
| 5. **Ending Cash Balance** | $ | 31,984.00 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 42,173.24 |
| Less: Transfers between bank accounts | 0 |
| Add: Any amounts paid on behalf of the debtor by others | 0 |
| **Disbursements for U.S. Trustee Fee Calculation** | **42,173.24** |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*          Rev. 2012-06

*(1) Current month beginning cash balance should equal the previous month's ending balance.*          PAGE 2

**DEBTOR:** **Adolphus M Grant**                          Case Number: 19-00105-SMT

**BANK RECONCILIATIONS**

| Month ending:                          Jun-19 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust | SunTrust | | |
| Last four digits of account | 3915 | 6811 | | |
| Purpose of Acct (Personal or Business) | Both | Both | | |
| Type of account (Checking or Savings) | Checking | Checking | | |
| **Balance per Bank Statement** | 27,481.94 | 19,844.97 | | |
| **ADD**: Deposits not credited (attach list) | 26,830.18 | 0.15 | | |
| **SUBTRACT**: Outstanding check (attach list) | 41,627.77 | 545.47 | | |
| Other reconciling items (attach list) | 0.00 | | | |
| **Month end Balance (Must agree with books)** | 12,684.35 | 19,299.65 | 0.00 | 0.00 |
| **TOTAL OF ALL ACCOUNTS** | | | | 31,984.00 |(2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post petition)**

| | |
|---|---|
| **- Personally (attach list stating who, amount, when due)** | |
| **- Business (if applicable) (attach list)** | |
| **TOTAL OWED POST PETITION** | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)**

| | |
|---|---|
| **- Personally (attach list stating who, amount, when due)** | |
| **- Business (if applicable) (attach list)** | |
| **TOTAL AMOUNT OWED TO YOU** | 0.00 |

## NARRATIVE

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

| |
|---|
| |
| |
| |
| |

*(2)  Total of all accounts should equal page 2, line 5 - Ending Cash Balance.*

**DEBTOR:** Adolphus M Grant                                    **CASE NO:** 19-00105-SMT

## CASH RECEIPTS DETAIL (SEE NOTE A)

For Period:  6/1/2019  **to**          6/30/2019

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** _____

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 6/1/19 | Total from Page 4 A | | 18,049.86 |
| 6/18/19 | DR Horton | Return of E Return of E | 2,000.00 |
| 6/20/19 | Rental Property | Rents for Rental Property | 1,434.36 |
| 6/24/19 | Rental Property | Rents for Rental Property | 1,193.10 |
| 6/24/19 | Rental Property | Rents for F | 1,513.20 |
| 6/27/19 | Rental Property | Rents for F | 1,239.66 |
| 6/28/19 | Rental Property | Rents for Rental Prope | 1,400.00 |
| 6/28/19 | Rental Property | Rents for Rental Property | 0.15 |

**Total automatic credits for the month which identify source of deposit**_____

**Total Cash Receipts**    $_____ (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orde* 26,830.33

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

0
PAGE 4

**DEBTOR:** Adolphus M Grant _____    **CASE NO:** 19-00105-SMT _____

## CASH RECEIPTS DETAIL (SEE NOTE A)
For Period: 6/1/2019 **to** 6/30/2019

*(attach additional sheets as necessary)*

### Debtor In Possession Account: _____

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 6/3/19 | Rental Property | Rents for Rental Property | 516.00 |
| 6/4/19 | Rental Property | Rents for Rental Prope | 6,856.96 |
| 6/5/19 | Rental Property | Rents for Rental Property | 766.30 |
| 6/5/19 | Rental Property | Rents for Rental Property | 1,250.00 |
| 6/6/19 | Rental Property | Rents for Rental Prope | 541.26 |
| 6/7/19 | Rental Property | Rents for F | 435.00 |
| 6/10/19 | Rental Property | Rents for Rental Property | 766.30 |
| 6/11/19 | Rental Property | Rents for Rental Property | 1,817.78 |
| 6/12/19 | Rental Property | Rents for Rental Property | 1,251.30 |
| 6/14/19 | Rental Property | Rents for Rental Property | 353.08 |
| 6/18/19 | Rental Property | Rents for Rental Property | 3,495.88 |

Total automatic credits for the month which identify source of deposit _____

**Total Cash Receipts** $ _____ (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orde* 18,049.86

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-06
PAGE 4

**DEBTOR:**    Adolphus M Grant                    **CASE NO:**  19-00105-SMT

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)

For Period:    6/1/19    to    6/30/19

*(attach additional sheets as necessary)*

### Debtor In Possession Account:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 6/3/19 | | Bright Mill G | Real Esta MLS | 124.02 |
| 6/4/19 | | JdaGosq | Painting Repair | 608.03 |
| 6/4/19 | | Welton Fl | Floor Repair | 1,040.00 |
| 6/5/19 | | Dr Smith | Co Pay | 200.00 |
| 6/5/19 | | Premium Title | Refinance 26 I | 15,025.00 |
| 6/5/19 | | Home **Depot** | New Sink and facut | 581.94 |
| Summary | | Gas | Gas for Travel | 437.52 |
| Summary | | Safeway | Groceries | 600.93 |
| Summary | | Costco | Groceries | |
| 6/18/19 | | Shepherd Park Elem | Daughter School & Aftercare | 500.00 |
| | Ck 1152 & 363 | Lakia **Smith** | Assistant Salary | 2,952.00 |
| 6/14/19 | 3 | US Trustee | | 350.00 |
| | | | | |
| Summary | | Utilies | Utilies | 1,240.69 |
| Summary | | MetroPetDc | Rental Repairs and Cleaning | 8,587.13 |
| 6/13/19 | | Frank Fritz | Roof Work | 600.00 |
| 6/21/19 | | Footlocke | Shoes | 185.50 |
| 6/19/19 | | Welton Floor | Floor Repair | 1,800.00 |
| 6/26/19 | | Century C | Marketing Real Estate | 200.00 |

Total automatic debits for the month which identify who is paid

**Total Cash Disbursements**        $    35,032.76 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

**DEBTOR:**  Adolphus M Grant    **CASE NO:**  19-00105-SMT

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period:      6/1/19  to  6/30/19

*(attach additional sheets as necessary)*

### Debtor In Possession Account:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| | | Carryover 1 | Carryover fom page 5 | 35,032.76 |
| 6/27/19 | | DC Govt | Registration | 150.00 |
| 6/18/19 | | ATT | Cell | 232.48 |
| 6/4/19 | | Plumbing | | 850.00 |
| 6/11/19 | | Painting | | 1,200.00 |
| 6/4/19 | | Metro Pet | Cleaning ABNB | 1,837.07 |
| 6/20/19 | | Hernandez Lawn Service | | 140.00 |
| 6/4/19 | | Metro Pet | Cleaning ABNB | 2,696.79 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| ## | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total automatic debits for the month which identify who is paid      34.14

**Total Cash Disbursements**      42,173.24

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

0

PAGE 5

# INCOME AND DISBURSEMENTS RECAP

**Debtor:** **Adolphus M Grant**          **Case Number: 19-00105-SMT**

**Date Case was filed:** **2/19/2019**

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date.
It serves as a running total of overall income, expenses and net income (or loss) for the case.

| | Year: | | | Year: | | |
|---|---|---|---|---|---|---|
| | Income | Expenses | Net Inc/ (Loss) | Income | Expenses | Net Inc/ (Loss) |
| Jan | | | - | | | #VALUE! |
| Feb | 2,131 | 3,942 | (1,811) | | | #VALUE! |
| Mar | 31,142 | 37,797 | (6,655) | | | #VALUE! |
| Apr | 98,249 | 80,519 | 17,730 | | | #VALUE! |
| May | 51,653 | 24,617 | 27,036 | | | #VALUE! |
| Jun | 26,830 | 42,173 | (15,343) | | | #VALUE! |
| Jul | | | #VALUE! | | | #VALUE! |
| Aug | | | #VALUE! | | | #VALUE! |
| Sep | | | #VALUE! | | | #VALUE! |
| Oct | | | #VALUE! | | | #VALUE! |
| Nov | | | #VALUE! | | | #VALUE! |
| Dec | | | #VALUE! | | | - |
| TOTAL | 210,006 | 189,049 | 20,957 | - | - | #VALUE! |

Rev. 2012-06
PAGE 6

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 5
63/B20/0175/0/72
1000183973915
06/28/2019

# Account Statement

## SUNTRUST

ADOLPHUS M GRANT
CASE 19-00105-SMT CHAPTER 11
1346 HEMLOCK ST NW
WASHINGTON DC 20012-1551

Questions? Please call
1-800-786-8787

As of 7/1/19, Mastercard(R) will update their Guide to Benefits for debit cards and will no longer offer the Price Protection benefit. A new Mastercard Guide to Benefits will be available on 7/1/19 at suntrust.com/debitcards.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| ESSENTIAL CHECKING | 1000183973915 | 06/01/2019 - 06/28/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $27,481.94 | Average Balance | $12,998.82 |
| Deposits/Credits | $26,830.18 | Average Collected Balance | $12,904.18 |
| Checks | $5,742.00 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $35,885.77 | | |
| Ending Balance | $12,684.35 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 1000183973915 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| | | **Beginning Balance** | | | 27,481.94 |
| 06/01 | | | | | |
| 06/03 | | Electronic/ACH Credit Square Inc * Cash App T200124130209 | 516.00 | | |
| 06/03 | | Recurring Check Card Purchase TR DATE 05/31 Facebk Xagkal69y2 Menlo Park  Ca | | 11.46 | |
| 06/03 | | Check Card Purchase TR DATE 05/31 Bright Mls Inc 301-8387100  MD | | 124.02 | |
| 06/03 | | Zelle Transfer To M Care 06/03 9154P0704vn2 | | 1,000.00 | |
| 06/03 | | Electronic/ACH Debit Paypal Inst Xfer 1005769736703 | | 435.00 | 26,427.46 |
| 06/04 | | Electronic/ACH Credit Airbnb Payments Cmkfquz5gn G-Jpiua4zyp44ak | 339.50 | | |
| 06/04 | | Electronic/ACH Credit Airbnb Payments Cmkfquz5gn G-Viijwslhpr7hh | 655.72 | | |
| 06/04 | | Electronic/ACH Credit Airbnb Payments Tr3ksdn6uq G-Bjlzwbl37hern | 1,786.74 | | |
| 06/04 | | Electronic/ACH Credit District of Colu Deposit 000138 | 4,075.00 | | |
| 06/04 | | Check Card Purchase TR DATE 06/03 Sq *Sq *Esbc-Sam ¦  JdaGosq.Com   MD | | 608.03 | |
| 06/04 | | Recurring Check Card Purchase TR DATE 06/04 Amazon Prime Amzn.Com/Billwa | | 13.77 | |
| 06/04 | | Point of Sale Debit TR DATE 06/04 Harbour Way Bowie      MD 12632401 | | 36.88 | |
| 06/04 | | Point of Sale Debit TR DATE 06/04 Vioc Ba0017 Bowie      MD 38409001 | | 84.20 | |

248423

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 5
63/B20/0175/0/72
1000183973915
06/28/2019

# Account Statement

# SUNTRUST

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| 06/04 | | Electronic/ACH Debit<br>Paypal Inst Xfer Metropetdc | | 1,837.07 | |
| 06/04 | | Electronic/ACH Debit<br>Paypal Inst Xfer Metropetdc | | 2,696.79 | |
| 06/04 | | Electronic/ACH Debit<br>Square Inc * Cash App T200124786752 | | 1,040.00 | 26,967.68 |
| 06/05 | | Electronic/ACH Credit<br>Airbnb Payments A35srb2ujf G-3Ohzqbonmqfca | 766.30 | | |
| 06/05 | | Deposit | 1,250.00 | | |
| 06/05 | | Check Card Purchase TR DATE 06/04<br>Primary Care Physician Bowie    MD | | 200.00 | |
| 06/05 | | Check Card Purchase TR DATE 06/04<br>Kfc K071130 Clinton    MD | | 5.82 | |
| 06/05 | | Check Card Purchase TR DATE 06/04<br>McDonald's F6449 Washington   Dc | | 9.99 | |
| 06/05 | | Point of Sale Debit TR DATE 06/04<br>7-Eleven Silver Springmd 00Msc501 | | 3.69 | |
| 06/05 | | Outgoing Fedwire Dr Trn #015417 | | 15,000.00 | |
| 06/05 | | Outgoing Fedwire Transfer Fee Trn #015417 | | 25.00 | |
| 06/05 | | Electronic/ACH Debit<br>Paypal Inst Xfer Metropetdc | | 1,448.27 | |
| 06/05 | | Electronic/ACH Debit<br>Paypal Inst Xfer Home Depot | | 581.94 | 11,709.27 |
| 06/06 | | Electronic/ACH Credit<br>Airbnb Payments B5arcx56ni G-C62zzuluyauol | 541.26 | | |
| 06/06 | | Check Card Purchase TR DATE 06/05<br>Fairway Village Dash I Waldorf    MD | | 62.57 | |
| 06/06 | | ATM Cash Withdrawal TR DATE 06/05<br>Silver Spring Silver Springmd L205md419 | | 200.00 | |
| 06/06 | | Electronic/ACH Debit<br>Square Inc * Cash App T200125324934 | | 850.00 | 11,137.96 |
| 06/07 | | Electronic/ACH Credit<br>Paypal Transfer 4Qqj2as3zpqxs | 435.00 | | |
| 06/07 | | Recurring Check Card Purchase TR DATE 06/06<br>Apl*itunes.Com/Bill 866-712-7753 Ca | | 3.17 | |
| 06/07 | | Point of Sale Debit TR DATE 06/06<br>Safeway  Store Washington   Dc 12760005 | | 239.59 | |
| 06/07 | | Electronic/ACH Debit<br>Square Inc * Cash App T200125630504 | | 450.00 | |
| 06/07 | 357 | Check | | 1,152.00 | 9,728.20 |
| 06/10 | | Electronic/ACH Credit<br>Airbnb Payments Gktuau3wl4 G-4Meyfffji5k3s | 766.30 | | |
| 06/10 | | Recurring Check Card Purchase TR DATE 06/07<br>Fcf*alpha King 877-4927243 Ma | | 4.99 | |
| 06/10 | | Recurring Check Card Purchase TR DATE 06/07<br>Fcf*alpha King 877-4927243 Ma | | 69.99 | |
| 06/10 | | Check Card Purchase TR DATE 06/07<br>Dc Water And Sewer Ivr 2023543600  Dc | | 300.00 | |
| 06/10 | | Check Card Purchase TR DATE 06/08<br>Comcast 800-Comcast MD | | 250.68 | |
| 06/10 | | Check Card Purchase TR DATE 06/08<br>Comcast 800-Comcast MD | | 139.03 | |

248424

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 5
63/B20/0175/0/72
1000183973915
06/28/2019

# Account
# Statement

# SUNTRUST

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|-------------------------------|-------------------|---------------------|-----------------|
| 06/10 | | Check Card Purchase TR DATE 06/07<br>Sqc*cash App Troy P 4153753176   Ca | | 100.00 | |
| 06/10 | | Recurring Check Card Purchase TR DATE 06/08<br>Aol* Service 800-827-6364 Va | | 24.95 | |
| 06/10 | | Check Card Purchase TR DATE 06/08<br>Sqc*cash App Frank 4153753176   Ca | | 600.00 | |
| 06/10 | | Point of Sale Debit TR DATE 06/10<br>7-Eleven Silver Springmd 00Msc501 | | 63.75 | 8,941.11 |
| 06/11 | | Electronic/ACH Credit<br>Airbnb Payments Gts5luflfh G-34K3ly4sseaxh | 378.30 | | |
| 06/11 | | Electronic/ACH Credit<br>Airbnb Payments 2Eairuaek6 G-Mt2myjoihycdt | 488.88 | | |
| 06/11 | | Electronic/ACH Credit<br>Airbnb Payments Lncca3ihni G-Yiub7qj4mz2az | 950.60 | | |
| 06/11 | | Electronic/ACH Debit<br>Square Inc * Cash App T200126654784 | | 1,200.00 | 9,558.89 |
| 06/12 | | Electronic/ACH Credit<br>Airbnb Payments F4wzqjyizn G-Pali5xexnkkag | 1,251.30 | | 10,810.19 |
| 06/13 | | Electronic/ACH Debit<br>Square Inc * Cash App T200127126119 | | 600.00 | 10,210.19 |
| 06/14 | | Electronic/ACH Credit<br>Airbnb Payments 67Vfmyjrh3 G-Ilf7bjw5zzjm3 | 353.08 | | |
| 06/14 | | Check Card Purchase TR DATE 06/13<br>Eb Kappa Takeover III 8014137200   Ca | | 102.34 | |
| 06/14 | | Zelle Transfer To M Care 06/14 9165P0106r63 | | 289.30 | |
| 06/14 | | Zelle Transfer To M Care 06/14 9165P0309x3 | | 300.00 | |
| 06/14 | 356 | Check | | 350.00 | 9,521.63 |
| 06/17 | | Check Card Purchase TR DATE 06/14<br>Dc Water And Sewer Ivr 2023543600   Dc | | 256.02 | |
| 06/17 | | Check Card Purchase TR DATE 06/15<br>Parkmobile 770-818-9036 Dc | | 2.75 | |
| 06/17 | | Point of Sale Debit TR DATE 06/14<br>Safeway  Store Silver Springmd 48170002 | | 122.72 | |
| 06/17 | | Point of Sale Debit TR DATE 06/14<br>Bp#9320821Four Corners Silver Springmd 39002301 | | 65.23 | |
| 06/17 | | Check Card Purchase TR DATE 06/15<br>Parkmobile 770-818-9036 Dc | | 5.05 | |
| 06/17 | | Check Card Purchase TR DATE 06/15<br>Parkmobile 770-818-9036 Dc | | 5.05 | |
| 06/17 | | Check Card Purchase TR DATE 06/16<br>Parkmobile 770-818-9036 Dc | | 5.05 | |
| 06/17 | | Recurring Check Card Purchase TR DATE 06/17<br>Comcast 800-Comcast  MD | | 294.96 | |
| 06/17 | | Check Card Purchase TR DATE 06/16<br>Staples     00110510 Ellicott Citymd | | 63.59 | |
| 06/17 | | Electronic/ACH Debit<br>Paypal Inst Xfer Thevitamins | | 79.38 | |
| 06/17 | | Electronic/ACH Debit<br>Square Inc * Cash App T200128105747 | | 80.00 | |
| 06/17 | | Electronic/ACH Debit<br>Paypal Inst Xfer Thevitamins | | 89.25 | |

Member FDIC
Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 4 of 5
63/B20/0175/0/72
1000183973915
06/28/2019

# SUNTRUST

## Account Statement

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|--------------------------------|-------------------|---------------------|-----------------|
| 06/17 | | Electronic/ACH Debit<br>Phi Sdpy Pepco 55023116233 | | 1,105.00 | 7,347.58 |
| 06/18 | | Electronic/ACH Credit<br>Airbnb Payments Tqwrm5p7mi G-Aicmjtbtubwie | 737.20 | | |
| 06/18 | | Electronic/ACH Credit<br>Airbnb Payments Tqwrm5p7mi G-3Xllondkujpmm | 2,758.68 | | |
| 06/18 | | Electronic/ACH Credit<br>Dr Horton Deposit 0122766 | 2,000.00 | | |
| 06/18 | | Recurring Check Card Purchase TR DATE 06/17<br>At&t*bill Payment 8003310500   Ga | | 232.48 | |
| 06/18 | *362 | Check | | 500.00 | 12,110.98 |
| 06/19 | | Point of Sale Debit TR DATE 06/18<br>Target T- 7828 Washington Dcdc 13328164 | | 98.81 | |
| 06/19 | *360 | Check | | 1,800.00 | 10,212.17 |
| 06/20 | | Electronic/ACH Credit<br>Square Inc * Cash App T200129033656 | 185.00 | | |
| 06/20 | | Electronic/ACH Credit<br>Airbnb Payments 7D2jzk3frf G-Tevcf7x4xf7b7 | 611.10 | | |
| 06/20 | | Electronic/ACH Credit<br>Airbnb Payments 7D2jzk3frf G-Ldx4ncouwy55j | 638.26 | | |
| 06/20 | 358 | Check | | 140.00 | 11,506.53 |
| 06/21 | | Check Card Purchase TR DATE 06/20<br>Sq *Sq *Gosq.Com Lukma Gosq.Com    MD | | 250.00 | |
| 06/21 | | Check Card Purchase TR DATE 06/20<br>Dc *Gov't Payment 202-442-4423 Dc | | 104.50 | |
| 06/21 | | Check Card Purchase TR DATE 06/21<br>Parkmobile 770-818-9036 Dc | | 5.05 | |
| 06/21 | | Zelle Transfer To M Care 06/21 9172P050a430 | | 305.00 | |
| 06/21 | | Point of Sale Debit TR DATE 06/21<br>Dsw Wheat 1116 Wheaton     MD 06948001 | | 79.49 | |
| 06/21 | | Point of Sale Debit TR DATE 06/21<br>Foot Locker 06988 Wheaton     MD 06988000 | | 185.50 | 10,576.99 |
| 06/24 | | Electronic/ACH Credit<br>Airbnb Payments Vllfrjs263 G-Kki5cxnhhbu6w | 1,193.10 | | |
| 06/24 | | Electronic/ACH Credit<br>Airbnb Payments Vllfrjs263 G-O2ajynyciw4n4 | 1,513.20 | | |
| 06/24 | | Point of Sale Debit TR DATE 06/21<br>K & G Rockville, MD #0 Kensington   MD 02630816 | | 145.18 | |
| 06/24 | | Point of Sale Debit TR DATE 06/22<br>Jeong Ho Im Washington   Dc 12592201 | | 45.40 | |
| 06/24 | | Zelle Transfer To M Care 06/24 9173P08089j8 | | 260.00 | |
| 06/24 | | Check Card Purchase TR DATE 06/23<br>Nh-Hotel Cater & Banq Oxon Hill    MD | | 14.01 | |
| 06/24 | | Zelle Transfer To M Care 06/24 9174P040b6mt | | 206.00 | 12,612.70 |
| 06/25 | | Point of Sale Debit TR DATE 06/24<br>Safeway  Store Silver Springmd 13690004 | | 200.01 | |
| 06/25 | | Zelle Transfer To W Garcia 06/25 9175P060a0r9 | | 115.00 | |
| 06/25 | | Electronic/ACH Debit<br>Square Inc * Cash App T200130423095 | | 100.00 | 12,197.69 |

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
63/B20/0175/0/72
1000113416811
06/28/2019



# Account
# Statement

ADOLPHUS M GRANT
CASE 19-00105-SMT CHAPTER 11
1346 HEMLOCK ST NW
WASHINGTON DC 20012-1551

Questions? Please call
1-800-786-8787

> As of 7/1/19, Mastercard(R) will update their Guide to Benefits for debit cards and will no longer offer the Price Protection benefit. A new Mastercard Guide to Benefits will be available on 7/1/19 at suntrust.com/debitcards.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SOLID CHOICE BANKING | 1000113416811 | 06/01/2019 - 06/28/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $19,844.97 | Average Balance | $19,616.39 |
| Deposits/Credits | $.15 | Average Collected Balance | $19,616.39 |
| Checks | $.00 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $545.47 | Annual Percentage Yield Earned | .01% |
| Ending Balance | $19,299.65 | Interest Paid Year to Date | $.34 |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 1000113416811 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| 06/01 | | **Beginning Balance** | | | 19,844.97 |
| 06/17 | | Electronic/ACH Debit Schwab Brokerage Moneylink 558622438329004 | | 400.00 | 19,444.97 |
| 06/18 | | Electronic/ACH Debit American Gen Lif Ins Paymt Cy00797439  13 | | 145.47 | 19,299.50 |
| 06/28 | | Interest Paid This Statement Thru 06/28 | .15 | | 19,299.65 |
| 06/28 | | **Ending Balance** | | | 19,299.65 |
| | | **Credit and Debit Totals** | $.15 | $545.47 | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/01 | 19,844.97 | 19,844.97 | 06/18 | 19,299.50 | 19,299.50 |
| 06/17 | 19,444.97 | 19,444.97 | 06/28 | 19,299.65 | 19,299.65 |

Good news! Interest rates are being discounted by 0.50% for new Custom Choice private student loan applications! Hurry - promotion ends August 31! Suntrust.com/summersavings.

Keep your SunTrust Accounts safer. Use unique usernames and passwords for your online bank accounts.
It's best not to recycle the same username and password on multiple websites
where you have an online profile - especially your financial accounts.
Also, try to avoid characters from your email, phone number, birthdate or other personal information.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 5 of 5
63/B20/0175/0/72
1000183973915
06/28/2019

# Account Statement

## SUNTRUST

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|-------------------------------|-------------------|---------------------|-----------------|
| 06/26 | | Electronic/ACH Debit Century Limited Bill.Com 016Vxzncs13ewjn | | 200.00 | 11,997.69 |
| 06/27 | | Electronic/ACH Credit Airbnb Payments 25O7auhkdx G-A67dimgfwpcy2 | 1,239.66 | | |
| 06/27 | | Check Card Purchase TR DATE 06/26 Dc Gov't Payment 202-727-5000 Dc | | 150.00 | 13,087.35 |
| 06/28 | | Deposit | 1,400.00 | | |
| 06/28 | 363 | Check | | 1,800.00 | |
| 06/28 | | Paper Statement Fee | | 3.00 | 12,684.35 |
| 06/28 | | **Ending Balance** | | | 12,684.35 |
| | | **Credit and Debit Totals** | **$26,830.18** | **$41,627.77** | |

* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.
The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|------|---------|-------------------|------|---------|-------------------|
| | 06/01 | 27,481.94 | 27,481.94 | 06/17 | 7,347.58 | 7,347.58 |
| | 06/03 | 26,427.46 | 26,427.46 | 06/18 | 12,110.98 | 12,110.98 |
| | 06/04 | 26,967.68 | 26,967.68 | 06/19 | 10,212.17 | 10,212.17 |
| | 06/05 | 11,709.27 | 10,459.27 | 06/20 | 11,506.53 | 11,506.53 |
| | 06/06 | 11,137.96 | 11,137.96 | 06/21 | 10,576.99 | 10,576.99 |
| | 06/07 | 9,728.20 | 9,728.20 | 06/24 | 12,612.70 | 12,612.70 |
| | 06/10 | 8,941.11 | 8,941.11 | 06/25 | 12,197.69 | 12,197.69 |
| | 06/11 | 9,558.89 | 9,558.89 | 06/26 | 11,997.69 | 11,997.69 |
| | 06/12 | 10,810.19 | 10,810.19 | 06/27 | 13,087.35 | 13,087.35 |
| | 06/13 | 10,210.19 | 10,210.19 | 06/28 | 12,684.35 | 11,284.35 |
| | 06/14 | 9,521.63 | 9,521.63 | | | |

Good news! Interest rates are being discounted by 0.50% for new Custom Choice private student loan applications! Hurry - promotion ends August 31! Suntrust.com/summersavings.

Keep your SunTrust Accounts safer. Use unique usernames and passwords for your online bank accounts.
It's best not to recycle the same username and password on multiple websites
where you have an online profile - especially your financial accounts.
Also, try to avoid characters from your email, phone number, birthdate or other personal information.

Member FDIC











ENDORSE HERE

CHAPTER 11 QUARTERLY FEES
xxxxxx093501
620019

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE _____

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

20190612
Fed Res Bank Cleveland
>041036017<

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

















Seq: 90
Batch: 987153
Date: 06/19/19

Seq:00090 06/19/19
BAT:987153 CC:355301Z324
WT:01 LTPS:Jacksonville
BC:Bobby Marlboro BC MD4-762





