**DEBTOR:** _Adolphus M Grant_          **CASE NUMBER:** _19-00105-SMT_

## OFFICE OF THE UNITED STATES TRUSTEE
### DISTRICT OF ALEXANDRIA/DISTRICT OF COLUMBIA DIVISIONS
#### MONTHLY OPERATING REPORT
#### CHAPTER 11
#### INDIVIDUAL DEBTORS

### Form 3
### COVER SHEET AND QUESTIONNAIRE

For Period Ended: _July-19_

---

*THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH*

Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| x | ☐ | 1 Cash Flow Statement (Page 2) |
| x | ☐ | 2 Cash Reconciliation(s) and Narrative (Page 3) |
| x | ☐ | 3 Cash Receipts Detail (Page 4) |
| x | ☐ | 4 Cash Disbursements Detail (Page 5) |
| x | ☐ | 5 Receipts and Disbursements Recap Case to Date (Page 6) |
| x | ☐ | 6 **Bank Statements for All Bank Accounts** (remember to redact all but last four digits of bank account number) |

---

### QUESTIONNAIRE

Please answer the questions below for the month being reported:

| | Yes | No |
|---|---|---|
| 1. Did you deposit all receipts into your DIP account this month? | x | |
| 2. Are all insurance policies current and in effect? | x | |
| 3. Have all taxes been timely filed and paid? | x | |
| 4. Did you pay all your bills on time this month? | x | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | x | |
| 6. Did you borrow money from anyone this month? | | x |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | x | |
| 8. Do you have any bank accounts open other than the DIP account? | | x |

---

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

Executed on:      _8/1/2019_

**Signature (Debtor):** _Adolphus Grant_

**Print name:**

**Signature (Co-Debtor, if one):** _____

**Print name:** _____

Rev. 2012-06
PAGE 1

**DEBTOR:** _Adolphus M Grant_     **CASE NUMBER:** _19-00105-SMT_

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

**Month Reporting:**

_July-19_

CASH FLOW SUMMARY (SEE NOTE A)

| | | |
|---|---|---|
| 1. **Beginning Cash Balance** | $ | 31,984.00 **(1)** |
| 2. **Cash Receipts** | | |
| Wages | | |
| Sole Proprietorship Revenues | | 45,763.32 |
| Draws from owned entities other than Sole Prop | | |
| Rental Income | | 28,009.25 |
| Other    Girl Scout Cookies | | |
| Total Cash Receipts | $ | 73,772.57 |
| 3. **Cash Disbursements** | | |
| Rent or home mortgage payment | $ | |
| Utilities and Telephone Expenses | | 610.03 |
| Home maintenance (repairs/upkeep) | | 0.00 |
| Food / Groceries | | 1,113.08 |
| Insurance payments | | 832.70 |
| Installment payments (including auto) | | |
| Transportation (not including car payments) | | 312.25 |
| Legal / Professional Fees / U.S. Trustee Fees | | 9,126.61 |
| Sole Proprietorship Expenses | | 8,788.81 |
| Rental property expenses / repairs | | 7,914.28 |
| Other    Daughter School & Expnses | | 455.00 |
| Other    Client EMD | | 5,025.00 |
| Other | | |
| Miscellaneous | | 903.03 |
| Total Cash Disbursements | $ | 35,080.79 |
| 4. **Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements)** | | 38,691.78 |
| 5. **Ending Cash Balance** | $ | 70,675.78 |

CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 35,080.79 |
| Less: Transfers between bank accounts | 0 |
| Add: Any amounts paid on behalf of the debtor by others | 0 |
| **Disbursements for U.S. Trustee Fee Calculation** | **35,080.79** |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*     Rev. 2012-06

*(1) Current month beginning cash balance should equal the previous month's ending balance.*     PAGE 2

**DEBTOR:**   **Adolphus M Grant**                              Case Number: 19-00105-SMT

**BANK RECONCILIATIONS**

| Month ending:           Jul-19 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust | SunTrust | | |
| Last four digits of account | 3915 | 6811 | | |
| Purpose of Acct (Personal or Business) | Both | Both | | |
| Type of account (Checking or Savings) | Checking | Checking | | |
| **Balance per Bank Statement** | 12,684.35 | 19,299.65 | | |
| **ADD**: Deposits not credited (attach list) | 28,009.25 | 45,763.32 | | |
| **SUBTRACT**: Outstanding check (attach list) | 34,535.32 | 545.47 | | |
| Other reconciling items (attach list) | 0.00 | | | |
| **Month end Balance (Must agree with books)** | 6,158.28 | 64,517.50 | 0.00 | 0.00 |
| **TOTAL OF ALL ACCOUNTS** | | | | 70,675.78 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post petition)**

| | |
|---|---|
| - **Personally (attach list stating who, amount, when due)** | |
| - **Business (if applicable) (attach list)** | |
| **TOTAL OWED POST PETITION** | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)**

| | |
|---|---|
| - **Personally (attach list stating who, amount, when due)** | |
| - **Business (if applicable) (attach list)** | |
| **TOTAL AMOUNT OWED TO YOU** | 0.00 |

## NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

| |
|---|
| |
| |
| |
| |

Rev. 2012-06

*(2) Total of all accounts should equal page 2, line 5 - Ending Cash Balance.*

**DEBTOR:**    Adolphus M Grant                        **CASE NO:** 19-00105-SMT

## CASH RECEIPTS DETAIL (SEE NOTE A)
For Period:    7/1/2019  **to**        7/31/2019

*(attach additional sheets as necessary)*

### Debtor In Possession Account:

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 7/15/19 | Remax | Real Estate Sales | 15,420.00 |
| 7/16/19 | Remax | Real Estate Sales | 11,362.50 |
| 7/19/19 | Mortgage | Referral Fee | 1,568.00 |
| 7/24/19 | Remax | Real Estate Sales | 2,562.50 |
| 7/25/19 | Remax | Real Estate Sales | 6,430.00 |
| 7/31/19 | Remax | Real Estate | 8,420.00 |
| 7/1/19 | Rental Property | Rents for Rental Prope | 425.00 |
| 7/2/19 | Rental Property | Rents for Rental Property | 5,369.95 |
| 7/5/19 | Rental Property | Rents for Rental Property | 744.96 |
| 7/8/19 | Rental Property | Rents for Rental Property | 1,846.88 |
| 7/9/19 | Rental Property | Rents for Rental Property | 3,292.65 |
| 7/10/19 | Rental Property | Rents for Rental Property | 843.90 |

Total automatic credits for the month which identify source of deposit

Total Cash Receipts          $_____ (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orde* 58,286.34

*(1)  Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-06
PAGE 4

**DEBTOR:** Adolphus M Grant                    **CASE NO:** 19-00105-SMT

## CASH RECEIPTS DETAIL (SEE NOTE A)

For Period:   7/1/2019  **to**        7/31/2019

*(attach additional sheets as necessary)*

### Debtor In Possession Account: _____

| Date | Payer | Description | Amount |
|---|---|---|---|
| 6/1/19 | Total from Page 4 A | | 58,286.34 |
| 7/15/19 | Rental Property | Rents for F Return of E | 766.30 |
| 7/16/19 | Rental Property | Rents for Rental Property | 6,286.18 |
| 7/19/19 | Rental Property | Rents for Rental Property | 979.70 |
| 7/24/19 | Rental Property | Rents for F | 1,552.97 |
| 7/26/19 | Rental Property | Rents for F | 3,231.18 |
| 7/26/19 | Rental Property | Rents for Rental Prope | 425.00 |
| 7/30/19 | Rental Property | Rents for Rental Property | 1,507.38 |
| 7/31/19 | Rental Proj | Rents for Rental Property | 737.20 |

**Total automatic credits for the month which identify source of deposit** _____

**Total Cash Receipts**     $        0.32 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orde* 73,772.57

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

0
PAGE 4

**DEBTOR:**    Adolphus M Grant                                    **CASE NO:**  19-00105-SMT

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period:  __7/1/19__  to  __7/31/19__

*(attach additional sheets as necessary)*

### Debtor In Possession Account:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 7/1/19 | | Dr Smith  G | Cardiologist co | 100.00 |
| 7/1/19 | | Premium | Client EMD | 5,000.00 |
| 7/5/19 | | Remax | Real Estate | 3,766.48 |
| 7/5//19 | | MetroPetD | ABNB Servi | 1,000.00 |
| 7/5/19 | | MetroPetDc | ABNB Service | 5,212.81 |
| 7/8/19 | | Hernende  **Landscaping** | Landscaping ervice | 140.00 |
| Summary | | Gas | Gas for Travel | 312.25 |
| Summary | | Safeway | Groceries | 586.82 |
| Summary | | Costco | Groceries | 526.26 |
| 6/18/19 | | Shepherd Park Elem | Daughter School & Aftercare | 455.00 |
| | Ck  364 | Lakia  **Smith** | Assistant Salary | 1,326.00 |
| 7/8/19 | | Hanyman service | Repairs at rental Property | 597.00 |
| Summary | | Utilies | Utilities | 303.06 |
| Summary | | MetroPetDc | Rental Repairs and Cleaning | 1,650.00 |
| 7/10/19 | | State Farm | Insurance | 832.70 |
| 7/16/19 | 378 | Cassandr  Brown | Comission F | 4,055.62 |
| 7/18/19 | 377 | Wasco Cons | Repairs at rent | 1,735.00 |
| 7/19/19 | 359 | Tony Mon | HVAC Repairs | 4,270.00 |

Total automatic debits for the month which identify who is paid  _____

Total Cash Disbursements    $  __31,869.00__ (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

Rev. 2012-06
PAGE 5

**DEBTOR:** Adolphus M Grant      **CASE NO:** 19-00105-SMT

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period:      7/1/19   to   7/31/19

*(attach additional sheets as necessary)*

### Debtor In Possession Account: _____

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| | | Carryover | Carryover fom page 5 | 31,869.00 |
| 7/22/19 | | Sunbelt Re | HVAC Rental | 904.51 |
| 7/23/19 | | Jeff Hickm | Plumbing | 361.00 |
| 7/23/19 | | Amazon | Books | 139.42 |
| 7/24/19 | | Reid Temple | Booth Space | 150.00 |
| 7/29/19 | | Alco Appia | Appliance repair | 482.30 |
| 7/29/19 | | Centrury club | Real Estate marketing | 140.00 |
| 7/29/19 | | Centrury cl | Real Estate marketing | 260.00 |
| 7/17/19 | | American General | Insurance | 145.47 |
| | | | | |
| | | | | |
| | | | | |
| | ## | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total automatic debits for the month which identify who is paid    629.09

**Total Cash Disbursements**    35,080.79

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

0

PAGE 5

# INCOME AND DISBURSEMENTS RECAP

**Debtor:**        **Adolphus M Grant**           **Case Number: 19-00105-SMT**

**Date Case was filed:**    **2/19/2019**

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case.

| | Year: | | | | Year: | | |
|------|--------|----------|----------------|--|--------|----------|----------------|
| | Income | Expenses | Net Inc/ (Loss) | | Income | Expenses | Net Inc/ (Loss) |
| Jan | | | - | | | | #VALUE! |
| Feb | 2,131 | 3,942 | (1,811) | | | | #VALUE! |
| Mar | 31,142 | 37,797 | (6,655) | | | | #VALUE! |
| Apr | 98,249 | 80,519 | 17,730 | | | | #VALUE! |
| May | 51,653 | 24,617 | 27,036 | | | | #VALUE! |
| Jun | 26,830 | 42,173 | (15,343) | | | | #VALUE! |
| Jul | 73,773 | 35,081 | 38,692 | | | | #VALUE! |
| Aug | | | #VALUE! | | | | #VALUE! |
| Sep | | | #VALUE! | | | | #VALUE! |
| Oct | | | #VALUE! | | | | #VALUE! |
| Nov | | | #VALUE! | | | | |
| Dec | | | #VALUE! | | | | - |
| TOTAL | 283,778 | 224,130 | 59,648 | | - | - | #VALUE! |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 5
63/B20/0175/0/72
1000183973915
07/31/2019

# SUNTRUST

ADOLPHUS M GRANT
CASE 19-00105-SMT CHAPTER 11
1346 HEMLOCK ST NW
WASHINGTON DC 20012-1551

# Account Statement

Questions? Please call
1-800-786-8787

As of July 1, 2019, changes will be made to Rules and Regulations for Deposit Accounts and Funds Availability Policy. The changes will be reflected in the 06/2019 versions and can be viewed or obtained online at www.suntrust.com/disclosures, by requesting a copy at 800.SUNTRUST, or by visiting a SunTrust branch.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| ESSENTIAL CHECKING | 1000183973915 | 06/29/2019 - 07/31/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $12,684.35 | Average Balance | $6,439.69 |
| Deposits/Credits | $28,009.25 | Average Collected Balance | $6,188.38 |
| Checks | $15,990.40 | Number of Days in Statement Period | 33 |
| Withdrawals/Debits | $18,544.92 | | |
| Ending Balance | $6,158.28 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 1000183973915 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| 06/29 | | **Beginning Balance** | | | 12,684.35 |
| 07/01 | | Electronic/ACH Credit Square Inc * Cash App T200131575599 | 425.00 | | |
| 07/01 | | Check Card Purchase TR DATE 06/28 Medical Faculty Associ Greenbelt   MD | | 100.00 | |
| 07/01 | | Check Card Purchase TR DATE 06/28 US Fuel Greenbelt RD Berwyn Heightmd | | 62.29 | |
| 07/01 | | Point of Sale Debit TR DATE 06/29 Safeway  Store Washington   Dc 12760005 | | 92.29 | |
| 07/01 | | Check Card Purchase TR DATE 06/29 Cork And Bottle Inc Washington   Dc | | 58.42 | |
| 07/01 | | Recurring Check Card Purchase TR DATE 07/01 Facebk 4Lsnpl29y2 Menlo Park  Ca | | 7.71 | |
| 07/01 | | Point of Sale Debit TR DATE 07/01 Safeway  Store Silver Springmd 13690003 | | 98.73 | |
| 07/01 | | Outgoing Fedwire Dr Trn #015604 | | 5,000.00 | |
| 07/01 | | Outgoing Fedwire Transfer Fee Trn #015604 | | 25.00 | 7,664.91 |
| 07/02 | | Electronic/ACH Credit Airbnb Payments 7Sowjwtx3g G-75C6selvy5hgd | 552.90 | | |
| 07/02 | | Electronic/ACH Credit Airbnb Payments 5Cso5bqvr5 G-Pqkripynvjl5u | 742.05 | | |
| 07/02 | | Electronic/ACH Credit District of Colu Deposit 000138 | 4,075.00 | | 13,034.86 |
| 07/03 | | Point of Sale Debit TR DATE 07/03 Costco Whse #1 Washington   Dc 99112013 | | 257.97 | 12,776.89 |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 5
63/B20/0175/0/72
1000183973915
07/31/2019

# Account Statement

# SUNTRUST

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|--------------------------------|-------------------|---------------------|-----------------|
| 07/05 | | Electronic/ACH Credit<br>Airbnb Payments L6xjzx5kqf G-Bnwr57o6auijv | 744.96 | | |
| 07/05 | | Check Card Purchase TR DATE 07/04<br>Parkmobile 770-818-9036 Dc | | 1.05 | |
| 07/05 | | Recurring Check Card Purchase TR DATE 07/04<br>Amazon Prime Amzn.Com/Billwa | | 13.77 | |
| 07/05 | | Zelle Transfer To M Care 07/05 9185P060cjdx | | 1,000.00 | |
| 07/05 | *376 | Check | | 3,766.48 | |
| 07/05 | | Electronic/ACH Debit<br>Paypal Inst Xfer Metropetdc | | 5,212.81 | 3,527.74 |
| 07/08 | | Electronic/ACH Credit<br>Airbnb Payments K76m3qwzfq G-E44oy5lgge362 | 1,846.88 | | |
| 07/08 | | Recurring Check Card Purchase TR DATE 07/06<br>Apl*itunes.Com/Bill 866-712-7753 Ca | | 3.17 | |
| 07/08 | | Point of Sale Debit TR DATE 07/06<br>Dunifab Inc Washington  Dc 12594501 | | 65.87 | |
| 07/08 | | Recurring Check Card Purchase TR DATE 07/08<br>Aol* Service 800-827-6364 Va | | 24.95 | |
| 07/08 | *421 | Check | | 140.00 | |
| 07/08 | | Electronic/ACH Debit<br>Square Inc * Cash App T200133809976 | | 285.00 | |
| 07/08 | | Electronic/ACH Debit<br>Square Inc * Cash App T200133825907 | | 312.00 | 4,543.63 |
| 07/09 | | Electronic/ACH Credit<br>Airbnb Payments 7R2ybqeaf3 G-K2eyggxp555cm | 166.84 | | |
| 07/09 | | Electronic/ACH Credit<br>Airbnb Payments Ccjavilkq4 G-Nocicb6oe6em4 | 334.65 | | |
| 07/09 | | Electronic/ACH Credit<br>Airbnb Payments Vc75s6hjjn G-Moomtjzmjsalp | 552.90 | | |
| 07/09 | | Deposit | 2,238.26 | | |
| 07/09 | | Check Card Purchase TR DATE 07/09<br>Parkmobile 770-818-9036 Dc | | 5.05 | |
| 07/09 | | Point of Sale Debit TR DATE 07/09<br>Costco Whse #0 Beltsville  MD 99021413 | | 199.03 | |
| 07/09 | | Point of Sale Debit TR DATE 07/09<br>Vitaminshoppe8 Silver Springmd 002 | | 49.96 | |
| 07/09 | | Electronic/ACH Debit<br>Square Inc * Cash App T200134047438 | | 33.30 | 7,548.94 |
| 07/10 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-M4e6c7w2gkwqg | 843.90 | | |
| 07/10 | | Check Card Purchase TR DATE 07/09<br>State Farm  Insurance 8009566310  Il | | 832.70 | |
| 07/10 | | Point of Sale Debit TR DATE 07/09<br>Vitaminshoppe8 Silver Springmd 002 | | 66.58 | |
| 07/10 | | Electronic/ACH Debit<br>Paypal Inst Xfer Thevitamins | | 34.95 | 7,458.61 |
| 07/11 | | Point of Sale Debit TR DATE 07/11<br>Safeway  Store Silver Springmd 13690003 | | 79.10 | 7,379.51 |
| 07/15 | | Electronic/ACH Credit<br>Airbnb Payments K3kb4sgax4 G-Ybnirp6pw76mi | 766.30 | | |

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 5
63/B20/0175/0/72
1000183973915
07/31/2019

# SUNTRUST

## Account Statement

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|--------------------------------|-------------------|---------------------|-----------------|
| 07/15 | | Electronic/ACH Debit<br>Square Inc * Cash App T200135154327 | | 40.00 | |
| 07/15 | | Electronic/ACH Debit<br>Square Inc * Cash App T200135154265 | | 88.98 | 8,016.83 |
| 07/16 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-Vwlm4m3jfzyeu | 1,059.24 | | |
| 07/16 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-Zcvp65jiqp4ky | 1,542.30 | | |
| 07/16 | | Electronic/ACH Credit<br>Paypal Transfer *********6370 | 3,684.64 | | |
| 07/16 | | Point of Sale Debit TR DATE 07/16<br>Google *Google Storage Mountain Viewca 64923881 | | 2.11 | |
| 07/16 | 378 | Check | | 4,055.62 | 10,245.28 |
| 07/17 | | Recurring Check Card Purchase TR DATE 07/17<br>Comcast 800-Comcast  MD | | 278.11 | |
| 07/17 | | Check Card Purchase TR DATE 07/16<br>Fairway Village Dash I Waldorf      MD | | 41.98 | |
| 07/17 | | Point of Sale Debit TR DATE 07/17<br>Safeway  Store Silver Springmd 13690006 | | 85.27 | |
| 07/17 | 377 | Check | | 1,735.00 | 8,104.92 |
| 07/18 | | Check Card Purchase TR DATE 07/17<br>Primary Care Physician Bowie        MD | | 50.00 | |
| 07/18 | | Check Card Purchase TR DATE 07/18<br>Parkmobile 770-818-9036 Dc | | 5.05 | 8,049.87 |
| 07/19 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-Bwn5yvxgiusxp | 979.70 | | |
| 07/19 | | Recurring Check Card Purchase TR DATE 07/18<br>At&t*bill Payment 8003310500   Ga | | 306.97 | |
| 07/19 | | Point of Sale Debit TR DATE 07/18<br>CVS/Pharm 0641 Washington   Dc 30641902 | | 27.20 | |
| 07/19 | | Zelle Transfer To M Care 07/19 9200P010e5dc | | 250.00 | |
| 07/19 | 359 | Check | | 4,270.00 | |
| 07/19 | *364 | Check | | 1,326.00 | 2,849.40 |
| 07/22 | | Check Card Purchase TR DATE 07/19<br>Sunbelt Rentals #155 Laurel        MD | | 904.51 | |
| 07/22 | | Point of Sale Debit TR DATE 07/19<br>Safeway  Store Washington   Dc 12760006 | | 32.80 | 1,912.09 |
| 07/23 | | Check Card Purchase TR DATE 07/22<br>Cash App*jeffreyhic 4153753176   Ca | | 361.00 | |
| 07/23 | | Point of Sale Debit TR DATE 07/22<br>Amazon.Com*ma2f17n92 Seattle       Wa 00000101 | | 139.42 | |
| 07/23 | | Electronic/ACH Debit<br>Square Inc * Cash App T200137780346 | | 200.00 | 1,211.67 |
| 07/24 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-P4smc2gxng6ta | 523.80 | | |
| 07/24 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-2Yivolm2f6zox | 1,029.17 | | |
| 07/24 | | Point of Sale Debit TR DATE 07/23<br>Safeway  Store Silver Springmd 13690005 | | 114.89 | |
| 07/24 | | Point of Sale Debit TR DATE 07/22<br>Amazon.Com*ma7yo4zq1 Seattle       Wa 00000000 | | 69.26 | |

247174                              Member FDIC                              Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 4 of 5
63/B20/0175/0/72
1000183973915
07/31/2019

## Account Statement

# SUNTRUST

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|-------------------------------|-------------------|---------------------|-----------------|
| 07/24 | | Electronic/ACH Debit<br>Square Inc * Cash App T200138113337 | | 150.00 | 2,430.49 |
| 07/25 | | Check Card Purchase TR DATE 07/24<br>Reid Temple 301-3520320  MD | | 150.00 | |
| 07/25 | | Zelle Transfer To M Care 07/25 9206P050i0z4 | | 150.00 | 2,130.49 |
| 07/26 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-P2vmly7efaanj | 739.14 | | |
| 07/26 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-Itvx57trp45za | 1,406.50 | | |
| 07/26 | | Deposit | 1,085.54 | | |
| 07/26 | | Check Card Purchase TR DATE 07/25<br>Lowell School 2025772006  Dc | | 455.00 | |
| 07/26 | | Electronic/ACH Debit<br>Square Inc * Cash App T200138569699 | | 178.93 | 4,727.74 |
| 07/29 | | Electronic/ACH Credit<br>Square Inc * Cash App T200138717278 | 425.00 | | |
| 07/29 | | Check Card Purchase TR DATE 07/27<br>Parkmobile 770-818-9036 Dc | | 5.05 | |
| 07/29 | | Point of Sale Debit TR DATE 07/27<br>Dunifab Inc Washington  Dc 12594501 | | 58.49 | |
| 07/29 | | Point of Sale Debit TR DATE 07/29<br>Camark Inc Beltsville  MD 12633901 | | 25.20 | |
| 07/29 | 365 | Check | | 140.00 | |
| 07/29 | *361 | Check | | 75.00 | |
| 07/29 | *368 | Check | | 482.30 | 4,366.70 |
| 07/30 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-Soodtmutsmjef | 430.68 | | |
| 07/30 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-Cny2dot3hbv5z | 1,076.70 | | 5,874.08 |
| 07/31 | | Electronic/ACH Credit<br>Airbnb Payments Vk5dyzggbi G-Fm5onrfflgnvz | 737.20 | | |
| 07/31 | | Electronic/ACH Debit<br>Square Inc * Cash App T200139787841 | | 190.00 | |
| 07/31 | | Electronic/ACH Debit<br>Century Limited Bill.Com 016Tpvgze14igtz | | 260.00 | |
| 07/31 | | Paper Statement Fee | | 3.00 | 6,158.28 |
| 07/31 | | **Ending Balance** | | | 6,158.28 |
| | | **Credit and Debit Totals** | $28,009.25 | $34,535.32 | |

* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.
The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your
available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|--------------------------|------|---------|-------------------|------|---------|-------------------|
| | 06/29 | 12,684.35 | 11,284.35 | 07/11 | 7,379.51 | 7,379.51 |
| | 07/01 | 7,664.91 | 7,664.91 | 07/15 | 8,016.83 | 8,016.83 |
| | 07/02 | 13,034.86 | 13,034.86 | 07/16 | 10,245.28 | 10,245.28 |
| | 07/03 | 12,776.89 | 12,776.89 | 07/17 | 8,104.92 | 8,104.92 |
| | 07/05 | 3,527.74 | 3,527.74 | 07/18 | 8,049.87 | 8,049.87 |
| | 07/08 | 4,543.63 | 4,543.63 | 07/19 | 2,849.40 | 2,849.40 |
| | 07/09 | 7,548.94 | 5,310.94 | 07/22 | 1,912.09 | 1,912.09 |
| | 07/10 | 7,458.61 | 7,458.61 | 07/23 | 1,211.67 | 1,211.67 |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 5 of 5
63/B20/0175/0/72
1000183973915
07/31/2019

# SUNTRUST

## Account
## Statement

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 07/24 | 2,430.49 | 2,430.49 | 07/29 | 4,366.70 | 4,366.70 |
| | 07/25 | 2,130.49 | 2,130.49 | 07/30 | 5,874.08 | 5,874.08 |
| | 07/26 | 4,727.74 | 3,642.74 | 07/31 | 6,158.28 | 6,158.28 |

Keep your SunTrust Accounts safer. Use unique usernames and passwords for your online bank accounts.
It's best not to recycle the same username and password on multiple websites
where you have an online profile - especially your financial accounts.
Also, try to avoid characters from your email, phone number, birthdate or other personal information.

Good news! Interest rates are being discounted by 0.50% for new Custom Choice private student loan
applications! Hurry - promotion ends August 31! Suntrust.com/summersavings.

247176









ENDORSE, RE

( 9 1 9 8 9 3 8 3 )

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE OR REMOTE DEPOSIT

Seq: 192
Batch: 395139
Date: 07/05/19

Cash Check

CKCHHDH*****************

$1/01
$140.00



For Deposit Only
$ 121 3319

>054000959<
Industrial Bank #001
2019-07-26
0001894781
Batch 189432273

0001394781











For Deposit Only
ALCO APPLIANCE SALES SERVICE
0005158931062
07/29/2019





For Deposit Only
Allegiance Realty Partners,LLC
Re/Max Allegiance-Horizons
Burke & Herbert Bank















Neal Martin

For edefoot of NFCU

NOT A TO STATE CHECK SIGN BELOW THIS LINE

Navy Federal Credit Union
820 Follin Lane, Vienna VA 22180
07/17/2018 - 17:45:53
0000008006867
<<256074974>>
eDeposits





