**DEBTOR:** _Adolphus M Grant_                    **CASE NUMBER:** _19-00105-SMT_

## OFFICE OF THE UNITED STATES TRUSTEE

### DISTRICT OF ALEXANDRIA/DISTRICT OF COLUMBIA DIVISIONS
#### MONTHLY OPERATING REPORT
#### CHAPTER 11
#### INDIVIDUAL DEBTORS

#### Form 3
#### COVER SHEET AND QUESTIONNAIRE

**For Period Ended:** _August-19_

---

**_THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH_**

Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|:---|
| x | ☐ | 1  Cash Flow Statement (Page 2) |
| x | ☐ | 2  Cash Reconciliation(s) and Narrative (Page 3) |
| x | ☐ | 3  Cash Receipts Detail (Page 4) |
| x | ☐ | 4  Cash Disbursements Detail (Page 5) |
| x | ☐ | 5  Receipts and Disbursements Recap Case to Date (Page 6) |
| x | ☐ | 6  **Bank Statements for All Bank Accounts**  (remember to redact all but last four digits of bank account number) |

---

| QUESTIONNAIRE | Yes | No |
|:---|:---:|:---:|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | x | |
| 2. Are all insurance policies current and in effect? | x | |
| 3. Have all taxes been timely filed and paid? | x | |
| 4. Did you pay all your bills on time this month? | x | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | x | |
| 6. Did you borrow money from anyone this month? | | x |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | x | |
| 8. Do you have any bank accounts open other than the DIP account? | | x |

---

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

**Executed on:** _8/31/2019_        **Signature (Debtor):**  _Adolphos Grant_

                                      **Print name:**

                                      **Signature (Co-Debtor, if one):**

                                      **Print name:**

Bankruptcy August 2019  Monthly Operating Report  New Individual IDI #1

**DEBTOR:** Adolphus M Grant          **CASE NUMBER:** 19-00105-SMT

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

Month Reporting:

CASH FLOW SUMMARY (SEE NOTE A)                    August-19

| | | |
|---|---|---:|
| 1. | **Beginning Cash Balance** | $ 70,675.78 (1) |
| 2. | **Cash Receipts** | |
| | Wages | |
| | Sole Proprietorship Revenues | 22,038.25 |
| | Draws from owned entities other than Sole Prop | |
| | Rental Income | 23,163.04 |
| | Other | |
| | Total Cash Receipts | $ 45,201.29 |
| 3. | **Cash Disbursements** | |
| | Rent or home mortgage payment | $ |
| | Utilities and Telephone Expenses | 2,863.75 |
| | Home maintenance (repairs/upkeep) | |
| | Food / Groceries | 1,217.42 |
| | Insurance payments | 880.38 |
| | Installment payments (including auto) | |
| | Transportation (not including car payments) | 2,538.25 |
| | Legal / Professional Fees / U.S. Trustee Fees | |
| | Sole Proprietorship Expenses | 4,114.69 |
| | Rental property expenses / repairs | 8,113.33 |
| | Other          Daughter School & Expnses | 1,140.00 |
| | Other          Client EMD | 1,000.00 |
| | Other | |
| | Miscellaneous | 923.11 |
| | Total Cash Disbursements | $ 22,790.93 |
| 4. | **Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements)** | 22,410.36 |
| 5. | **Ending Cash Balance** | $ 93,086.14 |

CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---:|
| Total Disbursements for the Month (from above) | 22,790.93 |
| Less: Transfers between bank accounts | 0 |
| Add: Any amounts paid on behalf of the debtor by others | 0 |
| **Disbursements for U.S. Trustee Fee Calculation** | **22,790.93** |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Current month beginning cash balance should equal the previous month's ending balance.*

Rev. 2012-06

**DEBTOR:**  Adolphus M Grant                          Case Number: 19-00105-SMT

**BANK RECONCILIATIONS**

| Month ending:           Aug-19 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust | SunTrust | | |
| Last four digits of account | 3915 | 6811 | | |
| Purpose of Acct (Personal or Business) | Both | Both | | |
| Type of account (Checking or Savings) | Checking | Checking | | |
| **Balance per Bank Statement** | 6,158.28 | 64,517.50 | | |
| **ADD**: Deposits not credited (attach list) | 23,162.45 | 22,038.84 | | |
| **SUBTRACT**: Outstanding check (attach list) | 22,070.56 | 720.37 | | |
| Other reconciling items (attach list) | 0.00 | | | |
| **Month end Balance (Must agree with books)** | 7,250.17 | 85,835.97 | 0.00 | 0.00 |
| **TOTAL OF ALL ACCOUNTS** | | | | 93,086.14 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post petition)**

| | |
|---|---|
| **- Personally (attach list stating who, amount, when due)** | |
| **- Business (if applicable) (attach list)** | |
| **TOTAL OWED POST PETITION** | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)**

| | |
|---|---|
| **- Personally (attach list stating who, amount, when due)** | |
| **- Business (if applicable) (attach list)** | |
| **TOTAL AMOUNT OWED TO YOU** | 0.00 |

## NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

|  |
|---|
|  |
|  |
|  |
|  |

*(2) Total of all accounts should equal page 2, line 5 - Ending Cash Balance.*

**DEBTOR:** Adolphus M Grant                    **CASE NO:** 19-00105-SMT

## CASH RECEIPTS DETAIL (SEE NOTE A)

For Period:  8/1/2019 **to**  8/31/2019

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** _____

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 8/1/19 | Total from Page 4 A | | 35,866.31 |
| 8/14/19 | Facebook Refund | Ads      Return of E | 50.22 |
| 8/15/19 | Rental Property | Rents for Rental Property | 459.78 |
| 8/19/19 | Rental Property | Rents for Rental Property | 1,096.87 |
| 8/20/19 | Rental Property | Rents for F | 831.29 |
| 8/26/19 | Rental Property | Rents for F | 2,315.30 |
| 8/27/19 | Rental Property | Rents for Rental Prope | 1,570.00 |
| 8/28/19 | Rental Property | Rents for Rental Property | 1,834.27 |
| 8/29/19 | Rental Pro| | Rents for Rental Property | 587.82 |
| 8/30/19 | Rental Property | Rents for Rental Property | 248.32 |
| 8/23/19 | Rental Pro| E | Rents for Rental Property | 340.52 |

**Total automatic credits for the month which identify source of deposit** _____

**Total Cash Receipts**   $   0.59 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orde* 45,201.29

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

**DEBTOR:**  Adolphus M Grant                          **CASE NO:** 19-00105-SMT

## CASH RECEIPTS DETAIL (SEE NOTE A)
For Period:  8/1/2019  **to**      8/31/2019

*(attach additional sheets as necessary)*

### Debtor In Possession Account:

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 8/13/19 | Remax | Real Estate Sales | 2,323.25 |
| 8/15/19 | Remax | Real Estate Sales | 10,795.00 |
| 8/30/19 | Remax | Real Estate Sales | 8,920.00 |
| 8/2/19 | Rental Property | Rents for Rental Property | 4,075.00 |
| 8/2/19 | Rental Property | Rents for Rental Prope | 1,681.98 |
| 8/6/19 | Rental Property | Rents for F | 1,193.10 |
| 8/6/19 | Rental Property | Rents for Rental Prope | 1,309.50 |
| 8/8/19 | Rental Property | Rents for Rental Property | 715.86 |
| 8/9/19 | Rental Property | Rents for F          Property | 2,650.00 |
| 8/12/19 | Refund Scool | Refund Camp | 315.00 |
| 8/12/19 | Rental Property | Rents for Rental Property | 1,076.70 |
| 8/13/19 | Rental Property | Rents for Rental Property | 810.92 |

**Total automatic credits for the month which identify source of deposit** _____

**Total Cash Receipts**      $_____ (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money order* 35,866.31

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-06
PAGE 4

**DEBTOR:**  Adolphus M Grant                                    **CASE NO:**  19-00105-SMT

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)

For Period:   8/1/19   to   8/31/19

*(attach additional sheets as necessary)*

### Debtor In Possession Account: _____

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 8/1/19 | 369 | Infinty    G | Tires | 900.00 |
| 8/1/19 | | Infinty Ser | Service on FX 45 | 1,638.25 |
| 8/1/19 | | Home De| | Air Filters | 101.67 |
| 8.2/19 | | Sawyer C: | Day Camp | 420.00 |
| 8/5/19 | | Everristo Hernadez | Landscaping e | 140.00 |
| 8/12/19 | | Sawyer C: | Day Camp | 315.00 |
| Summary | | Gas | Gas for Travel | 248.57 |
| Summary | | Safeway | Groceries | 668.85 |
| Summary | | Costco | Groceries | 304.82 |
| | | Shepherd Park Elem | Daughter School & Aftercare | |
| | Ck  370 & 372 | Lakia       **Smith** | Assistant Salary | 2,821.00 |
| | | | | |
| Summary | | Utilies | Utilies | 2,633.43 |
| Summary | | MetroPetDc | Rental Repairs and Cleaning | 6,689.60 |
| Summary | | State Farm | Insurance | 880.38 |
| 8/12/19 | | Kidlite     Brown | Daughter Sc   Clothes | 350.00 |
| 8/15/19 | 372 | Remax Allegi | Real Estate Fe | 1,749.29 |
| 8/16/19 | 371 | Client De| | Deposit for closing | 1,000.00 |

**Total automatic debits for the month which identify who is paid** _____

**Total Cash Disbursements**   $   20,860.86 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

Rev. 2012-06

PAGE 5

**DEBTOR:** _Adolphus M Grant_    **CASE NO:** _19-00105-SMT_

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period: _8/1/19_ to _8/31/19_

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** _____

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| | | Carryover f | Carryover fom page 5 | 20,860.86 |
| 8/26/19 | | Luis | Repair on Rental Property | 1,050.00 |
| 8/27/19 | | Star Achei | Aftercare | 55.00 |
| 8/27/19 | | Wasco Cor | Plumbing | 250.00 |
| 8/28/19 | | Luis Vid | Appliance repair | 130.00 |
| 8/28/18 | | Luis Vid | Appliance repair | 130.00 |
| 8/29/19 | | CE Shop | Real Estate CE Credits | 83.40 |
| | ## | | | |

| | | | |
|---|---|---|---|
| **Total automatic debits for the month which identify who is paid** | | | 231.67 |
| **Total Cash Disbursements** | | | 22,790.93 |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

0

# INCOME AND DISBURSEMENTS RECAP

**Debtor:**  **Adolphus M Grant**  **Case Number:** 19-00105-SMT

**Date Case was filed:**  **2/19/2019**

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date.
It serves as a running total of overall income, expenses and net income (or loss) for the case.

| | Year: | | | | Year: | | |
|---|---|---|---|---|---|---|---|
| | Income | Expenses | Net Inc/ (Loss) | | Income | Expenses | Net Inc/ (Loss) |
| Jan | | | - | | | | #VALUE! |
| Feb | 2,131 | 3,942 | (1,811) | | | | #VALUE! |
| Mar | 31,142 | 37,797 | (6,655) | | | | #VALUE! |
| Apr | 98,249 | 80,519 | 17,730 | | | | #VALUE! |
| May | 51,653 | 24,617 | 27,036 | | | | #VALUE! |
| Jun | 26,830 | 42,173 | (15,343) | | | | #VALUE! |
| Jul | 73,773 | 35,081 | 38,692 | | | | #VALUE! |
| Aug | 45,201.29 | 22,790.93 | 22,410 | | | | #VALUE! |
| Sep | | | #VALUE! | | | | #VALUE! |
| Oct | | | #VALUE! | | | | #VALUE! |
| Nov | | | #VALUE! | | | | #VALUE! |
| Dec | | | #VALUE! | | | | - |
| TOTAL | 328,979 | 246,921 | 82,059 | | - | - | #VALUE! |

Rev. 2012-06
PAGE 6

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 5
63/B20/0175/0/72
1000183973915
08/30/2019

## Account Statement

# SUNTRUST

ADOLPHUS M GRANT
CASE 19-00105-SMT CHAPTER 11
1346 HEMLOCK ST NW
WASHINGTON DC 20012-1551

Questions? Please call
1-800-786-8787

Keep your SunTrust Accounts safer. Use unique usernames and passwords for your online bank accounts.
It's best not to recycle the same username and password on multiple websites
where you have an online profile - especially your financial accounts.
Also, try to avoid characters from your email, phone number, birthdate or other personal information.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| ESSENTIAL CHECKING | 1000183973915 | 08/01/2019 - 08/30/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $6,158.28 | Average Balance | $5,600.46 |
| Deposits/Credits | $23,162.40 | Average Collected Balance | $5,335.46 |
| Checks | $6,072.29 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $15,998.27 | | |
| Ending Balance | $7,250.12 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 1000183973915 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| 08/01 | | **Beginning Balance** | | | 6,158.28 |
| 08/01 | | Check Card Purchase TR DATE 07/31 Moseley Flint Schools 800-7294292 Va | | 39.00 | |
| 08/01 | *369 | Check | | 900.00 | |
| 08/01 | | Point of Sale Debit TR DATE 08/01 Infinitiof Silver Spri Silver Springmd 01560003 | | 1,638.25 | |
| 08/01 | | Point of Sale Debit TR DATE 08/01 The Home Depot Silver Springmd 06180682 | | 101.67 | |
| 08/01 | | Point of Sale Debit TR DATE 08/01 Safeway  Store Silver Springmd 13690001 | | 167.43 | 3,311.93 |
| 08/02 | | Electronic/ACH Credit District of Colu Deposit 000138 | 4,075.00 | | |
| 08/02 | | Electronic/ACH Credit Airbnb 4977 Edi Paymnt G-Aczafyc3sc6rg | 1,681.98 | | |
| 08/02 | | Check Card Purchase TR DATE 08/01 Va Dpor 804-3678597  Va | | 65.00 | |
| 08/02 | | Check Card Purchase TR DATE 08/01 Eb Twelve Days of Chr 8014137200  Ca | | 79.81 | |
| 08/02 | | Recurring Check Card Purchase TR DATE 08/01 Sawyer*createartscente 8778877815  Ny | | 420.00 | |
| 08/02 | | Check Card Purchase TR DATE 08/02 Comcast 800-Comcast  MD | | 144.98 | |
| 08/02 | | Check Card Purchase TR DATE 08/02 Comcast 800-Comcast  MD | | 211.78 | 8,147.34 |

179853

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 5
63/B20/0175/0/72
1000183973915
08/30/2019

# Account Statement

# SUNTRUST

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|--------------------------------|-------------------|---------------------|-----------------|
| 08/05 | | Check Card Purchase TR DATE 08/02<br>Potomac Electric Resi 202-833-7500 Dc | | 283.46 | |
| 08/05 | | Check Card Purchase TR DATE 08/02<br>McDonald's F6449 Washington   Dc | | 9.98 | |
| 08/05 | | Check Card Purchase TR DATE 08/03<br>Dc Water And Sewer Ivr 2023543600   Dc | | 425.00 | |
| 08/05 | | Check Card Purchase TR DATE 08/03<br>Dc Water And Sewer Ivr 2023543600   Dc | | 350.00 | |
| 08/05 | | Recurring Check Card Purchase TR DATE 08/04<br>Amazon Prime Amzn.Com/Billwa | | 13.77 | |
| 08/05 | 366 | Check | | 140.00 | |
| 08/05 | | Electronic/ACH Debit<br>Square Inc * Cash App T200141051439 | | 35.00 | 6,890.13 |
| 08/06 | | Electronic/ACH Credit<br>Airbnb Payments Cxoaiwhzcq G-Mxs4homvqbxtx | 1,193.10 | | |
| 08/06 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-Vhueghjbzwqmf | 1,309.50 | | |
| 08/06 | | Zelle Transfer To M Care 08/06 9218P080j1p4 | | 1,000.00 | |
| 08/06 | | Point of Sale Debit TR DATE 08/06<br>Sunoco 0273964700 Midlothian   Va 41819501 | | 26.05 | |
| 08/06 | | Point of Sale Debit TR DATE 08/06<br>Sunoco  0720665900 Midlothian   Va 27643803 | | 35.75 | 8,330.93 |
| 08/07 | | Recurring Check Card Purchase TR DATE 08/06<br>Apl*itunes.Com/Bill 866-712-7753 Ca | | 3.17 | |
| 08/07 | | Electronic/ACH Debit<br>Paypal Inst Xfer Metropetdc | | 4,036.17 | 4,291.59 |
| 08/08 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-C2apjsd6cjluf | 715.86 | | |
| 08/08 | | Recurring Check Card Purchase TR DATE 08/08<br>Aol* Service 800-827-6364 Va | | 24.95 | 4,982.50 |
| 08/09 | | Deposit | 2,650.00 | | |
| 08/09 | | Point of Sale Debit TR DATE 08/08<br>The Vitamin Sh Columbia    MD 002 | | 47.68 | |
| 08/09 | | Electronic/ACH Debit<br>Paypal Inst Xfer Thevitamins | | 105.65 | |
| 08/09 | 370 | Check | | 1,152.00 | 6,327.17 |
| 08/12 | | Check Card Credit TR DATE 08/09<br>Sawyer*createartscente 8778877815   Ny | 315.00 | | |
| 08/12 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-Dhbackvm6er7e | 1,076.70 | | |
| 08/12 | | Check Card Purchase TR DATE 08/08<br>Tapco Underwriters Inc 800-3345579 Nc | | 330.00 | |
| 08/12 | | Recurring Check Card Purchase TR DATE 08/09<br>Sawyer*createartscente 8778877815   Ny | | 315.00 | |
| 08/12 | | Check Card Purchase TR DATE 08/09<br>Nbx*kidelite 240321928 240-321-9287 Dc | | 350.00 | |
| 08/12 | | Check Card Purchase TR DATE 08/09<br>Morris Miller Wine And Washington   Dc | | 110.28 | |
| 08/12 | | Check Card Purchase TR DATE 08/09<br>Dc Parking Meters Washington  Dc | | 4.14 | |
| 08/12 | | Point of Sale Debit TR DATE 08/10<br>South Capitol Washington   Dc 12597301 | | 14.32 | |

Member FDIC                    Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 5
63/B20/0175/0/72
1000183973915
08/30/2019

# Account
# Statement

# SUNTRUST

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|--------------------------------|-------------------|---------------------|-----------------|
| 08/12 | | Point of Sale Debit TR DATE 08/11<br>Safeway Fuel Bowie   MD 27130061 | | 59.31 | |
| 08/12 | | Point of Sale Debit TR DATE 08/11<br>Safeway Store Bowie   MD 27130002 | | 87.09 | |
| 08/12 | | Point of Sale Debit TR DATE 08/12<br>Costco Whse #1 Washington   Dc 99112013 | | 304.82 | |
| 08/12 | | Electronic/ACH Debit<br>Paypal Inst Xfer Ebay Inc | | 3.00 | |
| 08/12 | | Electronic/ACH Debit<br>Paypal Inst Xfer Capri Unl | | 49.99 | 6,090.92 |
| 08/13 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-Rdl2qx3ikzoef | 258.02 | | |
| 08/13 | | Electronic/ACH Credit<br>Airbnb Payments Wc4rxemjry G-K266yclkafjnp | 552.90 | | |
| 08/13 | | Recurring Check Card Purchase TR DATE 08/12<br>Nbx*kidelite 240321928 240-321-9287 Dc | | 100.00 | |
| 08/13 | | Electronic/ACH Debit<br>Paypal Inst Xfer Thevitamins | | 107.75 | 6,694.09 |
| 08/14 | | Check Card Credit TR DATE 08/13<br>Facebk 5Zxsckn8y2 Menlo Park   Ca | 50.22 | | 6,744.31 |
| 08/15 | | Electronic/ACH Credit<br>Airbnb Payments Nfrvpbbsqe G-Zgsgiwjtjwdcm | 459.78 | | |
| 08/15 | 372 | Check | | 1,749.29 | 5,454.80 |
| 08/16 | | Check Card Purchase TR DATE 08/15<br>State Farm Insurance 8009566310   Il | | 404.91 | |
| 08/16 | 371 | Check | | 1,000.00 | |
| 08/16 | | Point of Sale Debit TR DATE 08/15<br>Google *Google Storage Mountain Viewca 64923881 | | 2.11 | |
| 08/16 | | Electronic/ACH Debit<br>Square Inc * Cash App T200144195626 | | 30.00 | |
| 08/16 | | Electronic/ACH Debit<br>Square Inc * Cash App T200144181769 | | 377.16 | 3,640.62 |
| 08/19 | | Electronic/ACH Credit<br>Airbnb Payments Bcupancutt G-V632gbpmb3irs | 283.24 | | |
| 08/19 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-L2fuayvduw24e | 813.63 | | |
| 08/19 | | Recurring Check Card Purchase TR DATE 08/17<br>Comcast 800-Comcast  MD | | 278.68 | |
| 08/19 | | Point of Sale Debit TR DATE 08/17<br>Richmond Hwy C Alexandria   Va 005Aua02 | | 62.46 | |
| 08/19 | | Zelle Transfer To M Care 08/19 9230P02045c6 | | 400.00 | 3,996.35 |
| 08/20 | | Electronic/ACH Credit<br>Airbnb Payments Fyh4vbof5r G-Aemw77vy5jhw2 | 319.13 | | |
| 08/20 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-34Ljdbqku4mwh | 512.16 | | |
| 08/20 | | Recurring Check Card Purchase TR DATE 08/19<br>At&t*bill Payment 8003310500   Ga | | 230.32 | 4,597.32 |
| 08/23 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-Qy6ux5lgfpgoh | 340.47 | | |
| 08/23 | | Point of Sale Debit TR DATE 08/22<br>Target T- 1116 Wheaton   MD 31415086 | | 144.97 | |
| 08/23 | 373 | Check | | 1,131.00 | 3,661.82 |

179855

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 4 of 5
63/B20/0175/0/72
1000183973915
08/30/2019

**SUNTRUST**

## Account Statement

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|-------------------------------|-------------------|--------------------|-----------------|
| 08/26 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-Bpvsge2j3dng5 | 587.82 | | |
| 08/26 | | Electronic/ACH Credit<br>Paypal Transfer *********4257 | 1,727.48 | | |
| 08/26 | | Point of Sale Debit TR DATE 08/23<br>Safeway  Store Washington  Dc 12760003 | | 215.56 | |
| 08/26 | | Point of Sale Debit TR DATE 08/24<br>Target T- 3101 Alexandria  Va 31076086 | | 70.01 | |
| 08/26 | | Electronic/ACH Debit<br>Square Inc * Cash App T200146824890 | | 1,050.00 | 4,641.55 |
| 08/27 | | Electronic/ACH Credit<br>Airbnb Payments Ppivmnudh7 G-Vfql7lpnlohrv | 233.90 | | |
| 08/27 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-Kedbzptvnhg3g | 611.10 | | |
| 08/27 | | Electronic/ACH Credit<br>Square Inc * Cash App T200147095389 | 300.00 | | |
| 08/27 | | Electronic/ACH Credit<br>Square Inc * Cash App T200147112758 | 425.00 | | |
| 08/27 | | Check Card Purchase TR DATE 08/26<br>Star Achievers (Sessa) 2024650514  Dc | | 55.00 | |
| 08/27 | | Electronic/ACH Debit<br>Square Inc * Cash App T200147015510 | | 250.00 | 5,906.55 |
| 08/28 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-Who6iubzw7mbb | 1,834.27 | | |
| 08/28 | | Check Card Purchase TR DATE 08/27<br>Dc Water And Sewer Ivr 2023543600  Dc | | 400.00 | |
| 08/28 | | Check Card Purchase TR DATE 08/27<br>Cash App*luis G Vid 4153753176  Ca | | 130.00 | |
| 08/28 | | Point of Sale Debit TR DATE 08/27<br>Amazon.Com*mo3cp5hx2 Seattle     Wa 00000101 | | 17.97 | |
| 08/28 | | Point of Sale Debit TR DATE 08/27<br>Amazon.Com*mo85m03a0 Seattle     Wa 00000101 | | 24.18 | 7,168.67 |
| 08/29 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-W46mkxkzdxvmc | 587.82 | | |
| 08/29 | | Check Card Purchase TR DATE 08/28<br>Potomac Electric Resi 202-833-7500 Dc | | 237.58 | |
| 08/29 | | Check Card Purchase TR DATE 08/28<br>Potomac Electric Resi 202-833-7500 Dc | | 301.95 | |
| 08/29 | | Check Card Purchase TR DATE 08/28<br>Ce Shop Real Estate Ed 8888270777  Co | | 83.40 | 7,133.56 |
| 08/30 | | Electronic/ACH Credit<br>Airbnb Payments 6Bqkayrnr6 G-Gkc6ioczvado6 | 248.32 | | |
| 08/30 | | Point of Sale Debit TR DATE 08/29<br>Safeway  Store Silver Springmd 13690003 | | 128.76 | |
| 08/30 | | Paper Statement Fee | | 3.00 | 7,250.12 |
| 08/30 | | **Ending Balance** | | | 7,250.12 |
| | | **Credit and Debit Totals** | $23,162.40 | $22,070.56 | |

* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.
The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 5 of 5
63/B20/0175/0/72
1000183973915
08/30/2019

# SunTrust

## Account Statement

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 08/01 | 3,311.93 | 3,311.93 | 08/15 | 5,454.80 | 5,454.80 |
| | 08/02 | 8,147.34 | 8,147.34 | 08/16 | 3,640.62 | 3,640.62 |
| | 08/05 | 6,890.13 | 6,890.13 | 08/19 | 3,996.35 | 3,996.35 |
| | 08/06 | 8,330.93 | 8,330.93 | 08/20 | 4,597.32 | 4,597.32 |
| | 08/07 | 4,291.59 | 4,291.59 | 08/23 | 3,661.82 | 3,661.82 |
| | 08/08 | 4,982.50 | 4,982.50 | 08/26 | 4,641.55 | 4,641.55 |
| | 08/09 | 6,327.17 | 3,677.17 | 08/27 | 5,906.55 | 5,906.55 |
| | 08/12 | 6,090.92 | 6,090.92 | 08/28 | 7,168.67 | 7,168.67 |
| | 08/13 | 6,694.09 | 6,694.09 | 08/29 | 7,133.56 | 7,133.56 |
| | 08/14 | 6,744.31 | 6,744.31 | 08/30 | 7,250.12 | 7,250.12 |

Activate your personalized SunTrust Deals in Online or Mobile Banking! Earn up to 10% cash back when you shop at select retailers with your SunTrust debit or credit card. Simply log in, activate your favorite deals, shop and get cash back. Learn more at suntrust.com/suntrustdeals.

Good news! Interest rates are being discounted by 0.50% for new Custom Choice private student loan applications! Hurry - promotion ends August 31! Suntrust.com/summersavings.

Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 2
63/B20/0175/0/72
1000113416811
08/30/2019

# SUNTRUST

ADOLPHUS M GRANT
CASE 19-00105-SMT CHAPTER 11
1346 HEMLOCK ST NW
WASHINGTON DC 20012-1551

## Account Statement

Questions? Please call
1-800-786-8787

Keep your SunTrust Accounts safer. Use unique usernames and passwords for your online bank accounts.
It's best not to recycle the same username and password on multiple websites
where you have an online profile - especially your financial accounts.
Also, try to avoid characters from your email, phone number, birthdate or other personal information.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SOLID CHOICE BANKING | 1000113416811 | 08/01/2019 - 08/30/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $64,517.50 | Average Balance | $71,642.14 |
| Deposits/Credits | $22,038.84 | Average Collected Balance | $71,642.14 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $720.37 | Annual Percentage Yield Earned | .01% |
| Ending Balance | $85,835.97 | Interest Paid Year to Date | $1.25 |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 1000113416811 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 08/01 | | Beginning Balance | | | 64,517.50 |
| 08/13 | | Electronic/ACH Credit Bank of America P2p Herbert - Belto | 2,323.25 | | 66,840.75 |
| 08/15 | | Electronic/ACH Credit Arp LLC Payroll Co-850147 | 10,795.00 | | |
| 08/15 | | Electronic/ACH Debit Schwab Brokerage Moneylink 558622438329004 | | 400.00 | 77,235.75 |
| 08/19 | | Electronic/ACH Debit American Gen Lif Ins Paymt Cy00797439   13 | | 145.47 | 77,090.28 |
| 08/22 | | Electronic/ACH Debit Paypal Inst Xfer Ebay Inc | | 9.90 | |
| 08/22 | | Electronic/ACH Debit Paypal Inst Xfer Benzjeweler | | 165.00 | 76,915.38 |
| 08/30 | | Electronic/ACH Credit Arp LLC Payroll Co-850147 | 8,920.00 | | |
| 08/30 | | Interest Paid This Statement Thru 08/30 | .59 | | 85,835.97 |
| 08/30 | | Ending Balance | | | 85,835.97 |
| | | Credit and Debit Totals | $22,038.84 | $720.37 | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

## Balance Activity History

631115

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/01 | 64,517.50 | 64,517.50 | 08/13 | 66,840.75 | 66,840.75 |

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 2
63/B20/0175/0/72
1000113416811
08/30/2019

# SunTrust

## Account Statement

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 08/15 | 77,235.75 | 77,235.75 | 08/22 | 76,915.38 | 76,915.38 |
| | 08/19 | 77,090.28 | 77,090.28 | 08/30 | 85,835.97 | 85,835.97 |

Activate your personalized SunTrust Deals in Online or Mobile Banking! Earn up to 10% cash back when you shop at select retailers with your SunTrust debit or credit card. Simply log in, activate your favorite deals, shop and get cash back. Learn more at suntrust.com/suntrustdeals.

Good news! Interest rates are being discounted by 0.50% for new Custom Choice private student loan applications! Hurry - promotion ends August 31! Suntrust.com/summersavings.

Member FDIC











191989 3831

CHECK HERE AFTER MILE OR REV'D'S DEPOSIT

Seq: 220
Batch: 397473
Date: 08/02/19

Seq:0220 08/02/19
BAT:397473 CC:356000223
WT:01 LTPS:Jacksonville
BC:Dunkirk Town Center BC MD% 988











For Deposit Only
Allegiance Realty Partners, LLC
Re/Max Allegiance-Horizons
Burke & Herbert Bank











