DEBTOR: _____Adolphus M Grant_____    CASE NUMBER: _____19-00105-SMT_____

## OFFICE OF THE UNITED STATES TRUSTEE
### DISTRICT OF ALEXANDRIA/DISTRICT OF COLUMBIA DIVISIONS
#### MONTHLY OPERATING REPORT
#### CHAPTER 11
#### INDIVIDUAL DEBTORS

#### Form 3
### COVER SHEET AND QUESTIONNAIRE

**For Period Ended:** September-19

---

*THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH*
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| x | ☐ | 1  Cash Flow Statement (Page 2) |
| x | ☐ | 2  Cash Reconciliation(s) and Narrative (Page 3) |
| x | ☐ | 3  Cash Receipts Detail (Page 4) |
| x | ☐ | 4  Cash Disbursements Detail (Page 5) |
| x | ☐ | 5  Receipts and Disbursements Recap Case to Date (Page 6) |
| x | ☐ | 6  **Bank Statements for All Bank Accounts**  (remember to redact all but last four digits of bank account number) |

| QUESTIONNAIRE | Yes | No |
|---|---|---|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | x | |
| 2. Are all insurance policies current and in effect? | x | |
| 3. Have all taxes been timely filed and paid? | x | |
| 4. Did you pay all your bills on time this month? | x | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | x | |
| 6. Did you borrow money from anyone this month? | | x |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | x | |
| 8. Do you have any bank accounts open other than the DIP account? | | x |

---

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

Executed on: ___9/31/2019___    Signature (Debtor): _____

Print name: _____

Signature (Co-Debtor, if one): _____

Print name: _____

Rev. 2012-06
PAGE 1

**DEBTOR:**          Adolphus M Grant          **CASE NUMBER:**    19-00105-SMT

### CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

|  | **Month Reporting:** |
|---|---|
| **CASH FLOW SUMMARY (SEE NOTE A)** | **September-19** |
| 1. **Beginning Cash Balance** | $         93,086.09 (1) |
| 2. **Cash Receipts** | |
|    Wages | |
|    Sole Proprietorship Revenues | 9,152.36 |
|    Draws from owned entities other than Sole Prop | |
|    Rental Income | 23,784.89 |
|    Other | 40,000.00 |
|    Total Cash Receipts | $         72,937.25 |
| 3. **Cash Disbursements** | |
|    Rent or home mortgage payment | $ |
|    Utilities and Telephone Expenses | 2,546.66 |
|    Home maintenance (repairs/upkeep) | |
|    Food / Groceries | 864.11 |
|    Insurance payments | 964.72 |
|    Installment payments (including auto) | |
|    Transportation (not including car payments) | 211.87 |
|    Legal / Professional Fees / U.S. Trustee Fees | 6,925.00 |
|    Sole Proprietorship Expenses | 6,863.74 |
|    Rental property expenses / repairs | 12,611.19 |
|    Other        Daughter School & Expnses | 1,140.00 |
|    Other        Transfer from acct 6811 | 40,000.00 |
|    Other | |
|    Miscellaneous | 1,095.69 |
|    Total Cash Disbursements | $         73,222.98 |
| 4. **Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements)** | -285.73 |
| 5. **Ending Cash Balance** | $         92,800.36 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 73,222.98 |
| Less: Transfers between bank accounts | 0 |
| Add: Any amounts paid on behalf of the debtor by others | 0 |
| **Disbursements for U.S. Trustee Fee Calculation** | **73,222.98** |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*          Rev. 2012-06

*(1) Current month beginning cash balance should equal the previous month's ending balance.*          PAGE 2

**DEBTOR:**  **Adolphus M Grant**                          Case Number: <u>19-00105-SMT</u>

**BANK RECONCILIATIONS**

| Month ending:                Sep-19 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust | SunTrust | | |
| Last four digits of account | 3915 | 6811 | | |
| Purpose of Acct (Personal or Business) | Both | Both | | |
| Type of account (Checking or Savings) | Checking | Checking | | |
| **Balance per Bank Statement** | 7,250.12 | 85,835.97 | | |
| **ADD**: Deposits not credited (attach list) | 63,784.46 | 9,152.79 | | |
| **SUBTRACT**: Outstanding check (attach list) | 32,677.51 | 40,545.47 | | |
| Other reconciling items (attach list) | 0.00 | | | |
| **Month end Balance (Must agree with books)** | 38,357.07 | 54,443.29 | 0.00 | 0.00 |
| **TOTAL OF ALL ACCOUNTS** | | | | 92,800.36 **(2)** |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post petition)**

| | |
|---|---|
| **- Personally (attach list stating who, amount, when due)** | |
| **- Business (if applicable) (attach list)** | |
| **TOTAL OWED POST PETITION** | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)**

| | |
|---|---|
| **- Personally (attach list stating who, amount, when due)** | |
| **- Business (if applicable) (attach list)** | |
| **TOTAL AMOUNT OWED TO YOU** | 0.00 |

## NARRATIVE

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

| |
|---|
| |
| |
| |
| |

*(2)  Total of all accounts should equal page 2, line 5 - Ending Cash Balance.*

**DEBTOR:** Adolphus M Grant          **CASE NO:** 19-00105-SMT

## CASH RECEIPTS DETAIL (SEE NOTE A)

For Period: 9/1/2019 **to** 9/30/2019

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** _____

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 9/1/19 | Total from Page 4 A | | 59,474.12 |
| 9/16/19 | Rental Property | Rents for F Return of E | 1,750.33 |
| 9/17/19 | Rental Property | Rents for Rental Property | 679.18 |
| 9/18/19 | Ameritas | Insurance Commission | 1,957.65 |
| 9/18/19 | Rental Property | Rents for F | 370.54 |
| 9/20/19 | Rental Property | Rents for F | 1,456.94 |
| 9/23/19 | Rental Property | Rents for Rental Prope | 1,187.56 |
| 9/24/19 | Rental Property | Rents for Rental Property | 970.00 |
| 9/25/19 | Rental Proj | Rents for Rental Property | 1,309.50 |
| 9/27/19 | Rental Property | Rents for Rental Property | 370.54 |
| 9/30/19 | Rental Proj E | Rents for Rental Property | 3,366.14 |
| 9/19/19 | Credit | | 44.32 |

**Total automatic credits for the month which identify source of deposit** _____

**Total Cash Receipts**  $ _____0.43_ (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orde* 72,937.25

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

**DEBTOR:**  Adolphus M Grant                                 **CASE NO:** 19-00105-SMT

## CASH RECEIPTS DETAIL (SEE NOTE A)
For Period:  9/1/2019  **to**      9/30/2019

*(attach additional sheets as necessary)*

### Debtor In Possession Account:

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 9/17/19 | Allhomes Mortgage | Mortgage Referral | 1,725.00 |
| 9/16/19 | Remax | Real Estate Sales | 2,177.36 |
| 9/27/19 | Remax | Real Estate Sales | 5,250.00 |
| 9/3/19 | Ransfer from Acct 6811 | | 40,000.00 |
| 9/3/19 | Rental Property | Rents for Rental Prope | 820.62 |
| 9/4/19 | Rental Property | Rents for F | 597.52 |
| 9/4/19 | Rental Property | Rents for Rental Prope | 4,075.00 |
| 9/9/19 | Rental Property | Rents for Rental Property | 498.58 |
| 9/10/19 | Rental Property | Rents for F          Property | 605.28 |
| 9/12/19 | Rental Property | Rents for Rental Property | 772.12 |
| 9/13/19 | Rental Property | Rents for Rental Property | 302.64 |
| 9/13/19 | Rental Property | Rents for Rental Property | 2,650.00 |

**Total automatic credits for the month which identify source of deposit**

**Total Cash Receipts**     $_____ (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money ord* 59,474.12

*(1)  Total for all accounts should agree with total cash receipts listed on page 2.*

0
PAGE 4

**DEBTOR:**  Adolphus M Grant     **CASE NO:**    19-00105-SMT

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)

For Period:    9/1/19   to   9/30/19

*(attach additional sheets as necessary)*

### Debtor In Possession Account:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 9/1/19 | | Carryover 1 | Carryover fom page 5 | 28,727.79 |
| 9/23/19 | | LJS Signs | Signs | 245.04 |
| 9/23/19 | | Apartment | | 560.00 |
| 8/27/19 | | Wasco Co | Plumbing | 250.00 |
| 9/24/19 | | Luis Vid | Painting | 626.00 |
| 9/30/19 | | Eric Wells | Door Repair | 618.49 |
| 8/29/19 | | Transfer to Acct 3915 | | 40,000.00 |
| 9/16/19 | | Fueniture f | | 954.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| ## | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total automatic debits for the month which identify who is paid    1,241.66

**Total Cash Disbursements**    73,222.98

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

0

**DEBTOR:**   Adolphus M Grant                                   **CASE NO:**  19-00105-SMT

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period:   9/1/19   to   9/30/19

*(attach additional sheets as necessary)*

### Debtor In Possession Account:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 9/3/19 | | Frank Frit: G | Painter | 1,400.00 |
| 9/4/19 | | Rism LLC | Attorney Fees | 6,000.00 |
| 9/12/19 | | Doccusigr | Air Filters | 254.40 |
| 9/12/19 | | US Truste | | 925.00 |
| 9/13/19 | | Flooring in new rental | | 750.00 |
| 9/16/19 | 527 | Cassandr **Brown** | Real Estate Commission | 2,880.00 |
| Summary | | Gas | Gas for Travel | 211.87 |
| Summary | | Safeway | Groceries | 580.55 |
| Summary | | Costco | Groceries | 283.56 |
| 9/3/19 | | Shepherd Park Elem | Daughter School & Aftercare | 345.00 |
| | Ck 526 | Lakia **Smith** | Assistant Salary | 1,200.00 |
| Summary | | ATT | Cell Phone | 234.42 |
| Summary | | Utilies | Utilies | 2,312.24 |
| Summary | | MetroPetDc | Rental Repairs and Cleaning | 8,246.73 |
| Summary | | State Farm | Insurance | 819.72 |
| 9/16/19 | | Bright ML: MLS | MLS Quarte Clothes | 136.30 |
| 9/27/19 | 529 | Remax Allegi | Real Estate Fe | 1,748.00 |
| 9/17/19 | | Century U | Marketing | 400.00 |

Total automatic debits for the month which identify who is paid _____

**Total Cash Disbursements**   $   28,727.79 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

Rev. 2012-06

PAGE 5

# INCOME AND DISBURSEMENTS RECAP

**Debtor:** __Adolphus M Grant__  **Case Number: 19-00105-SMT**

**Date Case was filed:** __2/19/2019__

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date.
It serves as a running total of overall income, expenses and net income (or loss) for the case.

| | Year: | | | | Year: | | |
|---|---|---|---|---|---|---|---|
| | Income | Expenses | Net Inc/ (Loss) | | Income | Expenses | Net Inc/ (Loss) |
| Jan | | | - | | | | #VALUE! |
| Feb | 2,131 | 3,942 | (1,811) | | | | #VALUE! |
| Mar | 31,142 | 37,797 | (6,655) | | | | #VALUE! |
| Apr | 98,249 | 80,519 | 17,730 | | | | #VALUE! |
| May | 51,653 | 24,617 | 27,036 | | | | #VALUE! |
| Jun | 26,830 | 42,173 | (15,343) | | | | #VALUE! |
| Jul | 73,773 | 35,081 | 38,692 | | | | #VALUE! |
| Aug | 45,201.29 | 22,790.93 | 22,410 | | | | #VALUE! |
| Sep | 72,937 | 73,223 | (286) | | | | #VALUE! |
| Oct | | | #VALUE! | | | | #VALUE! |
| Nov | | | #VALUE! | | | | |
| Dec | | | #VALUE! | | | | - |
| TOTAL | 401,917 | 320,144 | 81,773 | | - | - | #VALUE! |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 5
63/B20/0175/0/72
1000183973915
09/30/2019

# SunTrust

ADOLPHUS M GRANT
CASE 19-00105-SMT CHAPTER 11
1346 HEMLOCK ST NW
WASHINGTON DC 20012-1551

## Account Statement

Questions? Please call
1-800-786-8787

Use your SunTrust Mastercard for qualifying purchases from 9/15 to 11/15/19 and you could
be surprised with a trip for two to London, Paris, Madrid or Milan.
No purchase necessary. Void where prohibited. U.S. res, 18+ before 9/15/19.
PIN-based debit, Int'l & corp. transactions ineligible. Card must be opened by 9/15/19. Ends 11/15/19.
Restrictions apply. See pricelesssurprises.com/suntrustCOF for details.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| ESSENTIAL CHECKING | 1000183973915 | 08/31/2019 - 09/30/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $7,250.12 | Average Balance | $34,202.78 |
| Deposits/Credits | $63,784.46 | Average Collected Balance | $33,946.33 |
| Checks | $7,041.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $25,636.51 | | |
| Ending Balance | $38,357.07 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 1000183973915 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| 08/31 | | **Beginning Balance** | | | 7,250.12 |
| 09/03 | | Electronic/ACH Credit Airbnb 4977 Edi Paymnt G-5Nwi6d3i5fw3p | 341.44 | | |
| 09/03 | | Electronic/ACH Credit Airbnb 4977 Edi Paymnt G-Zr3u3rbwil6x2 | 479.18 | | |
| 09/03 | | Mobile App Transfer From 1000113416811 | 40,000.00 | | |
| 09/03 | | Point of Sale Debit TR DATE 08/30 Washingtongas Phonepmt Washington  Dc 001 | | 134.96 | |
| 09/03 | | Check Card Purchase TR DATE 08/31 Comcast 800-Comcast  MD | | 211.83 | |
| 09/03 | | Check Card Purchase TR DATE 08/31 Comcast 800-Comcast  MD | | 145.24 | |
| 09/03 | | Recurring Check Card Purchase TR DATE 09/01 Abcmouse.Com* 800-633-3331 Ca | | 45.00 | |
| 09/03 | | Point of Sale Debit TR DATE 09/01 Safeway  Fuel Bowie     MD 27130063 | | 34.56 | |
| 09/03 | | Recurring Check Card Purchase TR DATE 09/01 Star Achievers (Sessa) 2024650514  Dc | | 345.00 | |
| 09/03 | | Point of Sale Debit TR DATE 09/02 Namo, Inc Silver Springmd 12705101 | | 67.51 | |
| 09/03 | | Electronic/ACH Debit Square Inc * Cash App T200148364764 | | 1,400.00 | 45,686.64 |

Member FDIC
Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 5
63/B20/0175/0/72
1000183973915
09/30/2019

# SunTrust

## Account Statement

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|--------------------------------|-------------------|--------------------|-----------------|
| 09/04 | | Electronic/ACH Credit Airbnb Payments Opiluuhmnd G-Xvghht4lbubw2 | 597.52 | | |
| 09/04 | | Electronic/ACH Credit District of Colu Deposit 000138 | 4,075.00 | | |
| 09/04 | | Check Card Purchase TR DATE 09/03 Rism LLC Washington   Dc | | 6,000.00 | |
| 09/04 | | Zelle Transfer To M Care 09/04 9246P0506fr5 | | 1,000.00 | 43,359.16 |
| 09/05 | | Zelle Transfer To M Care 09/05 9248P010degb | | 1,000.00 | 42,359.16 |
| 09/06 | | Check Card Purchase TR DATE 09/04 Sears Outlet 9282 Wheaton     MD | | 584.97 | |
| 09/06 | | Check Card Purchase TR DATE 09/05 Google *Pay G.Co/Helppay#Ca | | 100.00 | |
| 09/06 | | Check Card Purchase TR DATE 09/06 Google *Pay G.Co/Helppay#Ca | | 2,846.73 | |
| 09/06 | | Electronic/ACH Debit Square Inc * Cash App T200149765142 | | 2,000.00 | 36,827.46 |
| 09/09 | | Electronic/ACH Credit Airbnb 4977 Edi Paymnt G-Zkrdqgbgdkzty | 498.58 | | |
| 09/09 | | Recurring Check Card Purchase TR DATE 09/06 Apl*itunes.Com/Bill 866-712-7753 Ca | | 3.17 | |
| 09/09 | | Recurring Check Card Purchase TR DATE 09/07 Amazon Prime Amzn.Com/Billwa | | 13.77 | |
| 09/09 | | Point of Sale Debit TR DATE 09/07 Safeway  Store Washington   Dc 12760003 | | 150.15 | |
| 09/09 | | Recurring Check Card Purchase TR DATE 09/08 Aol* Service 800-827-6364 Va | | 24.95 | |
| 09/09 | 375 | Check | | 280.00 | 36,854.00 |
| 09/10 | | Electronic/ACH Credit Airbnb Payments 67R2bpwi47 G-Alz2xa2cm3j6n | 302.64 | | |
| 09/10 | | Electronic/ACH Credit Airbnb Payments 76Gycod43k G-Btehtvlvjigvx | 302.64 | | |
| 09/10 | | Check Card Purchase TR DATE 09/09 Cash App*luis G Vid 4153753176   Ca | | 120.00 | 37,339.28 |
| 09/11 | | Check Card Purchase TR DATE 09/09 At&t*bill Payment 8003310500   Ga | | 234.42 | |
| 09/11 | | Check Card Purchase TR DATE 09/10 Potomac Electric Resi 202-833-7500 Dc | | 301.97 | |
| 09/11 | | Electronic/ACH Debit Square Inc * Cash App T200151295856 | | 430.00 | 36,372.89 |
| 09/12 | | Electronic/ACH Credit Airbnb Payments Nxe2kkq74h G-Twa46dzrnsojqi | 273.54 | | |
| 09/12 | | Electronic/ACH Credit Airbnb 4977 Edi Paymnt G-Ahlwbkvmi54ug | 498.58 | | |
| 09/12 | | Check Card Purchase TR DATE 09/12 Parkmobile 770-818-9036 Dc | | 4.65 | |
| 09/12 | | Electronic/ACH Debit Paypal Inst Xfer Docusigninc | | 254.40 | |
| 09/12 | 374 | Check | | 925.00 | 35,960.96 |
| 09/13 | | Electronic/ACH Credit Airbnb Payments Ytzxy3qdd4 G-Gbkcwfettc4fh | 302.64 | | |
| 09/13 | | Deposit | 2,650.00 | | |

232602

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 5
63/B20/0175/0/72
1000183973915
09/30/2019

# SUNTRUST

## Account Statement

---

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|-------------------------------|-------------------|---------------------|-----------------|
| 09/13 | | Check Card Purchase TR DATE 09/11 Dc Parking Meters Washington  Dc | | 2.30 | |
| 09/13 | | Check Card Purchase TR DATE 09/13 Parkmobile 770-818-9036 Dc | | 2.75 | |
| 09/13 | | Point of Sale Debit TR DATE 09/13 Washingtongas Phonepmt Washington  Dc 001 | | 493.56 | |
| 09/13 | | Point of Sale Debit TR DATE 09/13 Safeway 1369 Silver Springmd 46422003 | | 73.87 | |
| 09/13 | | Electronic/ACH Debit Square Inc * Cash App T200151720829 | | 750.00 | |
| 09/13 | *526 | Check | | 1,200.00 | 36,391.12 |
| 09/16 | | Electronic/ACH Credit Airbnb Payments Xyviled4ka G-6Fmwdg2oy3zmc | 273.54 | | |
| 09/16 | | Electronic/ACH Credit Square Inc * Cash App T200152193576 | 500.00 | | |
| 09/16 | | Electronic/ACH Credit Airbnb 4977 Edi Paymnt G-Ribkppdespl6l | 976.79 | | |
| 09/16 | | Check Card Purchase TR DATE 09/12 Bright Mls Inc 301-8387100  MD | | 136.30 | |
| 09/16 | | Check Card Purchase TR DATE 09/14 Towne Park Ltd-0172 Washington  Dc | | 26.00 | |
| 09/16 | | Zelle Transfer To M Care 09/16 9257P07085xd | | 954.00 | |
| 09/16 | | Point of Sale Debit TR DATE 09/14 Shell Service Station Lanham    MD 81564201 | | 46.28 | |
| 09/16 | | Point of Sale Debit TR DATE 09/15 Google *Google Storage Mountain Viewca 64923881 | | 2.11 | |
| 09/16 | | Point of Sale Debit TR DATE 09/16 Costco Whse #1 Washington  Dc 99112013 | | 283.56 | |
| 09/16 | | Point of Sale Debit TR DATE 09/16 Cwc Wdc LLC #1 Washington  Dc 93116513 | | 26.47 | |
| 09/16 | 527 | Check | | 2,888.00 | |
| 09/16 | | Electronic/ACH Debit Square Inc * Cash App T200152385437 | | 20.00 | |
| 09/16 | | Electronic/ACH Debit Square Inc * Cash App T200152384928 | | 130.00 | 33,628.73 |
| 09/17 | | Electronic/ACH Credit Airbnb Payments 4P5ww3d3jr G-Ojxjouweqjrmx3 | 479.18 | | |
| 09/17 | | Electronic/ACH Credit Square Inc * Cash App T200152629720 | 200.00 | | |
| 09/17 | | Recurring Check Card Purchase TR DATE 09/17 Comcast 800-Comcast  MD | | 278.68 | |
| 09/17 | | Electronic/ACH Debit Century Limited Bill.Com 016Rrapof165b8k | | 400.00 | 33,629.23 |
| 09/18 | | Electronic/ACH Credit Ameritas Life In Direct Dep  ********7660Jy3 | 1,957.65 | | |
| 09/18 | | Electronic/ACH Credit Airbnb Payments J75w2mauqt G-2Pze2zujdo73b | 370.54 | | 35,957.42 |
| 09/19 | | Point of Sale Credit TR DATE 09/19 Cash App*cash Out San Franciscoca 807093 | 44.32 | | |
| 09/19 | | Point of Sale Debit TR DATE 09/18 Safeway 1276 Washington  Dc 46420803 | | 173.02 | 35,828.72 |

232603

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 4 of 5
63/B20/0175/0/72
1000183973915
09/30/2019

# SUNTRUST

## Account
## Statement

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|--------------------------------|-------------------|---------------------|-----------------|
| 09/20 | | Electronic/ACH Credit Airbnb 4977 Edi Paymnt G-Wowklpozov7qo | 331.74 | | |
| 09/20 | | Electronic/ACH Credit Airbnb Payments Zxx2b3juuu G-3Gllz4wbyvlcd | 273.54 | | |
| 09/20 | | Electronic/ACH Credit Airbnb 4977 Edi Paymnt G-Isdjq2oakhgfm | 851.66 | | |
| 09/20 | | Check Card Purchase TR DATE 09/19 Cash App*luis G Vid 4153753176  Ca | | 245.00 | |
| 09/20 | | Check Card Purchase TR DATE 09/19 Epik Holdings Inc 425-366-8810 Wa | | 35.00 | |
| 09/20 | | Point of Sale Debit TR DATE 09/20 Safeway 1276 Washington  Dc 46420805 | | 98.37 | 36,907.29 |
| 09/23 | | Electronic/ACH Credit Airbnb 4977 Edi Paymnt G-Qbsvlfipzbkls | 319.41 | | |
| 09/23 | | Electronic/ACH Credit Airbnb Payments 6Lzzi7xszy G-S5xtbqh4oto57 | 868.15 | | |
| 09/23 | | Check Card Purchase TR DATE 09/20 State Farm  Insurance 8009566310  Il | | 819.72 | |
| 09/23 | | Check Card Purchase TR DATE 09/20 Dc Water And Sewer Ivr 2023543600  Dc | | 746.00 | |
| 09/23 | | Check Card Purchase TR DATE 09/20 Your Wood Post Sign Co 4105512666  MD | | 50.00 | |
| 09/23 | | Check Card Purchase TR DATE 09/20 Your Wood Post Sign Co 4105512666  MD | | 195.04 | |
| 09/23 | | Electronic/ACH Debit Square Inc * Cash App T200154246999 | | 180.00 | |
| 09/23 | | Electronic/ACH Debit Square Inc * Cash App T200154340875 | | 180.00 | |
| 09/23 | | Electronic/ACH Debit Square Inc * Cash App T200153982900 | | 200.00 | 35,724.09 |
| 09/24 | | Electronic/ACH Credit Square Inc * Cash App T200154422241 | 470.00 | | |
| 09/24 | | Electronic/ACH Credit Square Inc * Cash App T200154464030 | 500.00 | | |
| 09/24 | | Check Card Purchase TR DATE 09/24 Google *Pay G.Co/Helppay#Ca | | 626.00 | |
| 09/24 | | Electronic/ACH Debit Square Inc * Cash App T200154385619 | | 50.00 | 36,018.09 |
| 09/25 | | Electronic/ACH Credit Airbnb Payments G4vkwrhy6r G-K4ms6o4glekrz | 420.98 | | |
| 09/25 | | Electronic/ACH Credit Airbnb 4977 Edi Paymnt G-Yo5ohjumd2pyj | 888.52 | | |
| 09/25 | | Check Card Purchase TR DATE 09/24 Idra 2022087381  Dc | | 200.00 | |
| 09/25 | | Point of Sale Debit TR DATE 09/25 Safeway 2912 Washington  Dc 46432105 | | 85.14 | 37,042.45 |
| 09/27 | | Electronic/ACH Credit Airbnb Payments 4W2vklofst G-2Oobo5yndqajp | 370.54 | | |
| 09/27 | *529 | Check | | 1,748.00 | 35,664.99 |
| 09/30 | | Incoming Rtp Credit From Paypal | 2,045.00 | | |

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 5 of 5
63/B20/0175/0/72
1000183973915
09/30/2019

# SUNTRUST

## Account Statement

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|---------------------------------|-------------------|---------------------|-----------------|
| 09/30 | | Electronic/ACH Credit<br>Airbnb Payments Qbot36vht2 G-Tdvl3dmo7jati | 490.82 | | |
| 09/30 | | Electronic/ACH Credit<br>Airbnb 4977 Edi Paymnt G-2Udgcjuiyr2ss | 830.32 | | |
| 09/30 | | Point of Sale Debit TR DATE 09/29<br>Dunifab Inc Washington   Dc 12592901 | | 52.57 | |
| 09/30 | | Electronic/ACH Debit<br>Square Inc * Cash App T200156120730 | | 178.93 | |
| 09/30 | | Electronic/ACH Debit<br>Square Inc * Cash App T200156212610 | | 439.56 | |
| 09/30 | | Paper Statement Fee | | 3.00 | 38,357.07 |
| 09/30 | | **Ending Balance** | | | 38,357.07 |
| | | **Credit and Debit Totals** | $63,784.46 | $32,677.51 | |

* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.
The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|------|---------|-------------------|------|---------|-------------------|
| 08/31 | 7,250.12 | 7,250.12 | 09/16 | 33,628.73 | 33,628.73 |
| 09/03 | 45,686.64 | 45,686.64 | 09/17 | 33,629.23 | 33,629.23 |
| 09/04 | 43,359.16 | 43,359.16 | 09/18 | 35,957.42 | 35,957.42 |
| 09/05 | 42,359.16 | 42,359.16 | 09/19 | 35,828.72 | 35,828.72 |
| 09/06 | 36,827.46 | 36,827.46 | 09/20 | 36,907.29 | 36,907.29 |
| 09/09 | 36,854.00 | 36,854.00 | 09/23 | 35,724.09 | 35,724.09 |
| 09/10 | 37,339.28 | 37,339.28 | 09/24 | 36,018.09 | 36,018.09 |
| 09/11 | 36,372.89 | 36,372.89 | 09/25 | 37,042.45 | 37,042.45 |
| 09/12 | 35,960.96 | 35,960.96 | 09/27 | 35,664.99 | 35,664.99 |
| 09/13 | 36,391.12 | 33,741.12 | 09/30 | 38,357.07 | 38,357.07 |

Paying for college? Know your options.
In addition to private student loans, SunTrust offers tools & resources to help you plan for college costs.
Visit suntrust.com/studentloans to learn more.

The threat of identity theft is real. SunTrust wants to help protect your journey to financial confidence with IDnotify credit monitoring from Experian. Visit suntrust.com/IDnotify to find out how you can enroll in this premium service at no cost to you.
IDnotify is a registered trademark of CSID, an Experian company.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 2
63/B20/0175/0/72
1000113416811
09/30/2019

# SUNTRUST

## Account Statement

ADOLPHUS M GRANT
CASE 19-00105-SMT CHAPTER 11
1346 HEMLOCK ST NW
WASHINGTON DC 20012-1551

Questions? Please call
1-800-786-8787

Use your SunTrust Mastercard for qualifying purchases from 9/15 to 11/15/19 and you could
be surprised with a trip for two to London, Paris, Madrid or Milan.
No purchase necessary. Void where prohibited. U.S. res, 18+ before 9/15/19.
PIN-based debit, Int'l & corp. transactions ineligible. Card must be opened by 9/15/19. Ends 11/15/19.
Restrictions apply. See pricelesssurprises.com/suntrustCOF for details.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SOLID CHOICE BANKING | 1000113416811 | 08/31/2019 - 09/30/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $85,835.97 | Average Balance | $51,129.46 |
| Deposits/Credits | $9,152.79 | Average Collected Balance | $51,129.46 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $40,545.47 | Annual Percentage Yield Earned | .01% |
| Ending Balance | $54,443.29 | Interest Paid Year to Date | $1.68 |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 1000113416811 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| 08/31 | | **Beginning Balance** | | | 85,835.97 |
| 09/03 | | Mobile App Transfer To 1000183973915 | | 40,000.00 | 45,835.97 |
| 09/16 | | Electronic/ACH Debit Schwab Brokerage Moneylink 558622438329004 | | 400.00 | 45,435.97 |
| 09/17 | | Electronic/ACH Debit American Gen Lif Ins Paymt Cy00797439   13 | | 145.47 | 45,290.50 |
| 09/18 | | Electronic/ACH Credit Herbert Belton Sender  *****8522 | 1,725.00 | | 47,015.50 |
| 09/27 | | Electronic/ACH Credit Arp LLC Payroll Co-850147 | 2,177.36 | | |
| 09/27 | | Electronic/ACH Credit Arp LLC Payroll Co-850147 | 5,250.00 | | 54,442.86 |
| 09/30 | | Interest Paid This Statement Thru 09/30 | .43 | | 54,443.29 |
| 09/30 | | **Ending Balance** | | | 54,443.29 |
| | | **Credit and Debit Totals** | $9,152.79 | $40,545.47 | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/31 | 85,835.97 | 85,835.97 | 09/17 | 45,290.50 | 45,290.50 |
| 09/03 | 45,835.97 | 45,835.97 | 09/18 | 47,015.50 | 47,015.50 |
| 09/16 | 45,435.97 | 45,435.97 | 09/27 | 54,442.86 | 54,442.86 |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 2
63/B20/0175/0/72
1000113416811
09/30/2019

# SUNTRUST

## Account Statement

| Balance Activity History | Date | Balance | Collected Balance | |
|---|---|---|---|---|
| | 09/30 | 54,443.29 | 54,443.29 | |

Paying for college? Know your options.
In addition to private student loans, SunTrust offers tools & resources to help you plan for college costs.
Visit suntrust.com/studentloans to learn more.

The threat of identity theft is real. SunTrust wants to help protect your journey to financial confidence with IDnotify credit monitoring from Experian. Visit suntrust.com/IDnotify to find out how you can enroll in this premium service at no cost to you.
IDnotify is a registered trademark of CSID, an Experian company.

Member FDIC















