The order below is hereby signed.

Signed: March 6 2020



*S. Martin Teel, Jr.*
S. Martin Teel, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT FOR**

**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE ) | |
| ) | |
| ) | Case No.: 19-00105 |
| Adolphus M. Grant ) | Chapter 11 |
| ) | |
| ) | |
| ) | |
| Debtor. | |

**ORDER GRANTING MOTION DISMISS CHAPTER 11 CASE**

Upon consideration of Adolphus M. Grant's (the "Debtor") Motion To Dismiss, adequate and proper notice having been given, the Court's consideration of any responses filed thereto, and it appearing that the relief requested should be provided as it is in the best interests of the Debtor, the estate and the creditors of the estate, it is by the United States Bankruptcy Court for the District of Columbia:

**ORDERED**, that the Motion To Dismiss is hereby **GRANTED**, the case is dismissed, and the automatic stay is terminated effective upon the Clerk's entering this Order.

[Signed and dated above.]

Copies to: E-recipients; all entities on BNC Mailing List.